Honorable Richard A. Jones

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON AT SEATTLE

JENNIFER DOLD, personal representative of the estate of Alexander Dold; and KATHY DUNCAN,

               Plaintiffs,

      v.

SNOHOMISH COUNTY, a political subdivision of the State of Washington; BRYSON McGEE; and CODY McCOY,

               Defendants.

NO. 2:20-cv-00383-RAJ

DECLARATION OF JAMES E. LOBSENZ IN SUPPORT OF PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT ON CLAIM FOR WARRANTLESS ENTRY

     I, James E. Lobsenz, do hereby declare under penalty of perjury under the laws of the United State of America that the following facts are true and correct:

1. I am counsel for the Plaintiffs. I have personal knowledge of the facts set forth here.

2. Attached to this declaration as Appendix A are true and correct copies of excerpts from the deposition of Plaintiff Kathy Duncan.

3. Attached to this declaration as Appendix B is a true and correct copy of the SNOPAC 911 Radio Traffic Recording of Kathy Duncan's 911 call made on March 21, 2017.

4. Attached to this declaration as Appendix C are true and correct copies of excerpts from the deposition of defendant Bryson McGee.

DECLARATION OF JAMES E. LOBSENZ IN SUPPORT OF PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT ON CLAIM FOR WARRANTLESS ENTRY – 1 (2:20-cv-00383-RAJ)

DOL013-0001 6870416

**CARNEY BADLEY SPELLMAN, P.S.**
701 Fifth Avenue, Suite 3600
Seattle, WA 98104-7010
(206) 622-8020

5. Attached to this declaration as Appendix D are true and correct copies of excerpts from the deposition of defendant Cody McCoy.

6. Attached to this declaration as Appendix E is a true and correct copy of pages 10 and 18 from the transcript of the tape-recorded statement given by defendant McGee to Detective Mike Stone on April 10, 2017.

7. Attached to this declaration as Appendix F are true and correct copies of the Taser logs, furnished to Plaintiffs in this case, which recorded the times that deputies McGee and McCoy deployed their tasers on March 21, 2017.

8. Attached to this declaration as Appendix G is an excerpt from a Snohomish County Sheriff's training presentation on the subject of responding to a domestic violence incident.

DATED this 23rd day of March, 2022.

_s/ James E. Lobsenz_
James E. Lobsenz WSBA #8787
Attorneys for Plaintiffs
CARNEY BADLEY SPELLMAN, P.S.
701 Fifth Avenue, Suite 3600
Seattle, WA 98104
Phone: (206) 622-8020
lobsenz@carneylaw.com

DECLARATION OF JAMES E. LOBSENZ IN SUPPORT OF
PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT
ON CLAIM FOR WARRANTLESS ENTRY – 2
(2:20-cv-00383-RAJ)

**CARNEY BADLEY SPELLMAN, P.S.**
701 Fifth Avenue, Suite 3600
Seattle, WA 98104-7010
(206) 622-8020

DOL013-0001 6870416

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

## CERTIFICATE OF SERVICE

I hereby certify that on this 23rd day of March, 2022, I electronically filed the foregoing **DECLARATION OF JAMES E. LOBSENZ IN SUPPORT OF PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT ON CLAIM FOR WARRANTLESS ENTRY** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

**Attorneys for Defendant Snohomish County**
Ted Buck                     tbuck@freybuck.com
Delaney DiGiovanni           ddigiovanni@freybuck.com
Nick Gross                   ngross@freybuck.com

**Attorneys for Defendants Cody McCoy and Bryson McGee**
Shannon M. Ragonesi          sragonesi@kbmlawyers.com
Richard B. Jolley            rjolley@kbmlawyers.com
Sean M. Dwyer                sdwyer@kbmlawyers.com

DATED this 23rd day of March, 2022.

_s/ Deborah A. Groth_
Legal Assistant

DECLARATION OF JAMES E. LOBSENZ IN SUPPORT OF
PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT
ON CLAIM FOR WARRANTLESS ENTRY – 3
(2:20-cv-00383-RAJ)

DOL013-0001 6870416

**CARNEY BADLEY SPELLMAN, P.S.**
701 Fifth Avenue, Suite 3600
Seattle, WA 98104-7010
(206) 622-8020

# APPENDIX A

UNITED STATES DISTRICT COURT FOR THE

WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

--------------------------------------------------------------

JENNIFER DOLD, personal representative )
of the estate of Alexander Dold; and   )
KATHY DUNCAN, mother of Alexander Dold,)
                                       )
              Plaintiffs,              )
                                       )
       vs.                             )
                                       ) NO. 2:20-CV-00383
SNOHOMISH COUNTY, a political          )
subdivision of the State of            )
Washington; BRYSON MCGEE; and          )
CODY MCCOY,                            )
                                       )
              Defendants.              )

--------------------------------------------------------------

REMOTE

VIDEO DEPOSITION UPON ORAL EXAMINATION OF

KATHY DUNCAN

--------------------------------------------------------------

9:39 a.m.

January 26, 2022

Seattle, Washington

STENOGRAPHICALLY REPORTED BY:

JANE L. WORDEN, RPR, CCR No. 2726

1    A.  Less than six months.

2    Q.  And you mentioned he worked at a casino as a

3  dealer?

4    A.  Yes.

5    Q.  What casino was that?

6    A.  Drift On Inn in Shoreline.

7    Q.  How long did he work there?

8    A.  I'm not sure.

9    Q.  Was it less than six months?

10    A.  I believe more.

11    Q.  Do you remember what year he worked there?

12    A.  Well, it was before I was in Edmonds.

13        So before 2011, if I remember correctly.

14    Q.  Do you know why he left that job?

15    A.  Please repeat.

16    Q.  Yes, do you know why he left that job?

17    A.  He was uncomfortable.  He used to say things like

18  people were staring at him and talking about him.  And I

19  don't know if he quit or if he was let go.

20    Q.  Was Alex receiving any type of disability

21  benefits?

22    A.  Yes.

23    Q.  Where was he getting those benefits from?

24    A.  The federal government; it was Social Security

25  Disability.

1    A.   When he didn't go get his shot, they dropped him

2    out of the program he was in, and we were trying to find

3    another doctor that would accept him to give him meds.

4         And we were upset that they dropped him out of

5    the program he was in.

6    Q.   What program was he in?

7    A.   When he was involuntarily committed, they set him

8    up on this thing where he was going to have like a

9    caseworker and somebody would come see him all the time,

10   and they could take him shopping.

11        And it looked good on paper, but it never

12   worked out the way they said it was going to.  And he

13   never even met the caseworker, the man that was supposed

14   to be helping him.  He never came out to the house like he

15   was supposed to.

16   Q.   It's my understanding that Alex was hospitalized

17   on at least two occasions; is that correct?

18   A.   Yes.

19   Q.   When was the first time that he was hospitalized?

20   A.   I don't remember the year.

21   Q.   Do you remember where you were living when that

22   happened?

23   A.   Edmonds.

24   Q.   So sometime between 2011 and 2014 was his first

25   hospitalization?

1          Later on I like to catch CNN.

2     Q.  When you have the TV on for background and you're

3  resting in your chair, do you do anything else at the same

4  time such as read or look through mail?

5     A.  I look at my phone sometimes.

6     Q.  Do you remember if you looked at your phone that

7  day on the 21st?

8     A.  I'm sure I did.

9     Q.  What happened when Alex came back into the house?

10    A.  He asked for more money.

11    Q.  Did he approach you -- I'm sorry.

12    A.  He asked for more money.

13    Q.  Did he approach you as soon as he came back in the

14  house?

15    A.  Repeat, please.

16    Q.  Sure.  Did he come and ask for money as soon as he

17  came back in the house?

18    A.  Yes.

19    Q.  What did you say?

20    A.  I said, Alex, you've already had your money for

21  today, and you still have quite a bit of month left.

22              (Reporter clarification.)

23    A.  Yes, quite a few days of the month left.  Yeah.

24    Q.  What happened next?

25    A.  Well, he said it was his money and, you know,

1  he'll be okay.  And that's when he walked over to where I
2  was sitting.
3      Q.  And what happened next?
4      A.  Okay.  He grabbed my lanyard.  And this is what it
5  was like for keys, no money, no nothing, just keys.  And
6  he broke it.  It was a purple one.  He tried to take my
7  phone.  And I was going like this.
8          And he put his hand back like he was going to
9  hit me.  And he spit on me.  And he grabbed the foot of my
10 recliner that was out and pulled it up, and so the
11 recliner went backwards with me in it.  And then he left.
12     Q.  So I just want to remind you to try and sit back a
13 little bit from the computer.  Thank you so much.
14         So did Alex raise his voice during this
15 instance with you?
16     A.  He didn't say anything when he was by my chair.
17 But when he first came in, he was a little bit louder, but
18 he wasn't yelling or anything.  He wasn't like --
19         He just said, It's my money.  I'll be okay.
20     Q.  Did he appear to be angry that you were not giving
21 him the money?
22     A.  Yes.
23     Q.  You said that he broke your lanyard.
24         Did he try to tear it off your neck?
25     A.  He just went like that.  It's cloth, and just went

1  like that, and it broke.

2     Q.  And it was hard to see on the video.  But can you

3  show us what you were doing with your phone?

4     A.  When he tried to take it, I was holding it as hard

5  as I could like this so he wouldn't get it.

6     Q.  Did he say why he was trying to take it?

7        MR. LOBSENZ:  Excuse me, Shannon, just for one

8  sec.  Object to form as to the assumption that she was

9  holding her phone.  She doesn't have a phone in her hands

10  right now.  I know you can't see that exactly, but there's

11  no phone.

12     Q.  BY MS. RAGONESI:  Ms. Duncan?

13     A.  Yes.

14     Q.  Did Alex say why he was trying to take your phone?

15     A.  No.

16     Q.  Why do you think he was trying to take your phone?

17     A.  I have no idea.

18     Q.  And then did you say that he spit on you?

19     A.  Yes.

20     Q.  Where did he spit on you?

21     A.  I think it went on my shirt.

22     Q.  And did you believe he did that intentionally?

23     A.  Yes.

24     Q.  You said that he grabbed the bottom of your

25  recliner and flipped it up?

Page 55

1    A.   Yeah.  I had my feet up, the foot part, and he

2  grabbed the foot part and flipped the chair backwards.

3            And then he left.

4    Q.  When he flipped the chair backwards, did that flip

5  you as well?

6    A.   I was sitting in the chair; so I was sitting

7  upside down in my recliner.

8    Q.  During this confrontation did you also get hit in

9  the mouth?

10    A.   He did not hit me with his hand.  When I had the

11  phone and we were fighting over it, that's what I meant

12  when I said he gave me a fat lip, because we were going

13  like this, and I had a perfect little indent of my

14  cellphone right there.

15        MR. GROSS:  Sorry to interrupt.  But it looks like

16  something's going on with Jen and Vanessa Dold.  They're

17  doing something that I don't know what it is.

18        MR. LOBSENZ:  I think what they're talking about

19  is the battery on the laptop that's connecting them is

20  running low.  Oh, it's connecting me.  You won't be able

21  to see me in a minute or so.

22            So maybe we can stop for a second and figure

23  out what to plug in or something, I don't know.

24        MS. RAGONESI:  Let's take a break in place until

25  you can plug in.  Thanks, Nick.

1  what to do, you know.  I was just so surprised and maybe

2  could have been like shocked.  But I was just surprised

3  that he did that because he'd never done that before.

4      Q.  What were you thinking about after it happened?

5      A.  Oh, he needs to be back on meds.  He needs to go

6  to the hospital, you know.  How are we going to do that.

7              Just the usual mom things.

8              (Reporter clarification.)

9      A.  Mom things, yeah, and...

10     Q.  Go ahead.  Were you finished with your answer?

11     A.  Oh, didn't I answer?

12     Q.  No, you did.  I just didn't know if you were

13  finished.  I couldn't tell if you were still thinking.

14           So after you thought about what to do, then

15  you called Jen and Vanessa?

16     A.  Yes.

17     Q.  And what did you talk about with them?

18     A.  I told them what happened.  And I said, I want to

19  get Alex back in the hospital and back on his meds.  This

20  would be a perfect example for the hospital to say, yes,

21  we'll admit him.

22     Q.  And what did they say?

23     A.  Pardon?

24     Q.  What did they say when you told them that?

25     A.  Oh, yeah.  Well, I know one time Jennifer goes,

Page 60

1   Mom, you want to come to my house?  And I said, No, I want

2   to stay here for if and when he comes back because I want

3   him to go to the hospital.  So I stayed.  I didn't leave.

4       Q.  You mentioned that this was a perfect opportunity

5   for the hospital to say yes.

6           Had there been a time when the hospital had

7   said, no, it would not accept Alex?

8       A.  Well, not specifically.  They evaluate, and they

9   can say we don't think they need to be in, or they, yes,

10  we agree.  So to me this was an obvious yes.

11      Q.  And when you spoke with Jen and Vanessa, did the

12  three of you come up with a plan of what to do next?

13      A.  Well, I told them, I'm going to wait here for if

14  and when he comes home.  And then when he comes home, I'll

15  call and have somebody come out and talk to him and take

16  him to the hospital.

17      Q.  Who did you plan to call to come and talk to him?

18      A.  Well, the first people we called, or I called and

19  Jennifer called, was a crisis number we were given by

20  NAMI.  And that was the first number I called, and they

21  wouldn't come out.

22      Q.  Do you remember who you spoke with at the crisis

23  center?

24      A.  Not a name, but I have the phone number still on

25  my phone, and it's on my phone records.  I called them,

1    and a different number called me back from the same

2    association, yeah.

3        Q.  And what did they say when you called them?

4        A.  They wouldn't come.  Call 911.

5                    (Reporter clarification.)

6        A.  Call 911 they said.  That's totally against what

7    NAMI taught us.  They said call that number for help.

8                And they didn't help.

9        Q.  Did they tell you why they wouldn't come?

10       A.  Not to me, no.  They just said, Call 911.  And I

11   said okay.

12       Q.  Did they tell someone else why they wouldn't come?

13       A.  Pardon?

14       Q.  Well, you said "Not to me."

15               So I'm wondering did they tell somebody else

16   why they would not come out to the house?

17       A.  Well, Jennifer made a separate call.

18       Q.  Did she make her call after you had made your call

19   to the crisis center?

20       A.  I don't know what time.  I'm sure close.

21       Q.  And what did Jennifer tell you the crisis center

22   told her?

23       A.  He's not violent enough.  Call 911.

24       Q.  Did they tell her anything else that she shared

25   with you?

1    A.  Not that I recall.

2    Q.  What happened next?

3    A.  Pardon?

4    Q.  What happened next?

5    A.  I sat and waited for Alex to come home.  I figured

6    the police would come in, talk to him.  So I cleaned off

7    his coffee table that had a bunch of his stuff on it,

8    cups, ashtrays, that type of thing, cleaned that up.  Just

9    sat and waited.

10            And the girls, you know, called back and

11   forth.  Is he home yet?  No.  You know, I just waited.  I

12   didn't know if he was going to come back, but I wanted to

13   be there when he did.

14   Q.  And eventually Alex did come back; correct?

15   A.  Yes.

16   Q.  How long had he been gone?

17   A.  Over three hours.

18   Q.  And why do you say it was over three hours?

19   A.  Well, from when he left to when he came back.

20   Q.  So what time did he leave?

21   A.  When did he leave?

22   Q.  Yes.

23   A.  5:30?

24   Q.  And how do you know it was 5:30?

25   A.  Just from when I got home and when he was upset.

Page 63

1   And he left right away after he turned my chair over.

2       Q.  So did you look at a clock, or are you

3   guesstimating the time?

4       A.  Probably going by what happened, yeah.

5       Q.  So you're guessing at the time?

6           MR. LOBSENZ:  Object, misstates her testimony.

7           Go ahead.

8           THE WITNESS:  From when I got home to when it

9   happened and he left, it was in a short time.  And then I

10  waited for him to come home.  He came home once, and I

11  thought, oh good, he's home for the night.  And that was,

12  I don't know, 8:30ish.

13          And then he left again to go to a I believe a

14  gas station for something.  And then he came back.  And

15  then that's when I figured he was home for the night.  And

16  that would have been 9:00, 9:05, around there, because I

17  called 911 at 9:15.

18      Q.  BY MS. RAGONESI:  So to back up, after the

19  altercation with Alex and he left the house, did you look

20  at the clock when he left the house?

21      A.  I don't recall.

22      Q.  You said that he came home the first time around

23  8:30ish.  How do you know it was 8:30ish?

24      A.  Well, I know when he was home for the night and he

25  wasn't gone too long.  He just ran to a local gas station

Page 64

1  to get a snack or whatever.  And then he came right back.

2  Because I was thinking, oh, geez, I hope he's not, you

3  know, going to be been gone for the rest of the night now.

4           But he came back.

5     Q.  So when he came back the first time, did you look

6  at the clock to note the time that he returned?

7     A.  No.

8     Q.  At some point you left the house to call 911;

9  correct?

10    A.  Yes.

11    Q.  When did you do that?

12    A.  I called them around 9:15.  So probably

13 five minutes before that, and I said, I'm going to the

14 store, Alex.  I'll be right back.

15    Q.  Excuse me.

16    A.  I was being nonchalant.

17    Q.  No, no, no, I was just coughing.  Sorry, trying

18 not to cough in your ear.

19           So what were you hoping to happen when you

20 called 911?

21    A.  Three times I said, I want an officer to come,

22 talk to Alex, take him to be evaluated and hopefully

23 admitted to the hospital.  Three times.  That was the

24 whole reason I called.

25    Q.  So you wanted him admitted to the hospital?

# APPENDIX B

**SM17-6 911 CALLS AND RADIO TRAFFIC**

---

**CALL #1:**

SNOPAC          911, what is the location of your emergency?

CALLER          Um, 12...

SNOPAC          (Inaudible) go ahead.

CALLER          Pardon?

SNOPAC          Go ahead.

CALLER          12014 221st St. SE, Snohomish.

SNOPAC          2...did you say 2...

CALLER          I'm...I'm...

SNOPAC          Did you say...(inaudible) hold on, did you say 224th St.?

CALLER          No, 12014...

SNOPAC          Uh-huh (affirmative response).

CALLER          ...221st...

SNOPAC          1st.

CALLER          ...St. and you go up Echo Lake Road and right past...

DOLD-BL-000846

SNOPAC        And that's what, SE?

CALLER        Yes.

SNOPAC        Okay; and is that a house or a...

CALLER        You go up Echo Lake...

SNOPAC        Is that a house or an apartment?

CALLER        It's a house.

SNOPAC        And what's happening there?

CALLER        Well, my...my adult son lives with me, he has schizophrenia and he hasn't
              taken his medicine since November or December and he was tossing around
              the house tonight and he hasn't done that before so that's...he just went over
              the line and he...

SNOPAC        So he's verbal?

CALLER        I have a fat lip and he yanked the landlord...or he...the lanyard off my neck and
              he was trying to get my phone and I think that's when he hit me and he had his
              arms cocked...

SNOPAC        Any weapons involved?

CALLER        Um, no. I...I have a gun but it's with me and uh...

SNOPAC        Is it secured?

CALLER        Pardon?

SNOPAC        Is it secured?

DOLD-BL-000847

CALLER      Yes, it's zipped up and it will be locked in…in the car.  He won't be violent with them.  He's afraid of police because when he…a friend of his in high school was killed by a policeman so he was…

SNOPAC      And…what is the…

CALLER      And I want no lights, no sirens.  I just want them to go and talk to him and then he has to go to the hospital 'cause I'm…I'm…I…I was so afraid.  I mean, he spit on me, he flipped my recliner upside down, I was upside down, uh, he hit me in the lip, um, and he…he's…he's never done that before.

SNOPAC      What's his first name?

CALLER      Alexander; and he's 29.  He's like 6 feet tall.

SNOPAC      What's his last name?

CALLER      Dole, D-O-L-D.

SNOPAC      D.

CALLER      He's…he's been in um, the hospital twice for this; not for being violent but for schizophrenia.  Usually he's just been…

SNOPAC      Where…where is he right…where is he right now?

CALLER      He's…he's at our house and I just came up to the store pretending like I'm coming to the store so I can call and then I'll…I'll go back.

SNOPAC      Well, I want for you to do whatever you need to do to keep yourself safe.  So are you injured?  Do you need an aid car?

CALLER      Oh no, no, no.

DOLD-BL-000848

SNOPAC        But you're requesting an aid car for him?

CALLER        No, (inaudible)...

SNOPAC        Are you requesting an aid car for him or...

CALLER        No, I'm...no I'm...

SNOPAC        Okay.

CALLER        ...requesting an officer to take him to the psychiatric...be evaluated tonight; he
              needs to be in the hospital because he hasn't...

SNOPAC        Okay; so...

CALLER        ...done that before and I'm...

SNOPAC        Okay.

CALLER        ...I'm afraid to have him with me.

SNOPAC        Okay; so...but nobody there needs an ambulance, nobody there needs aid, is
              that correct?

CALLER        Pardon?

SNOPAC        Nobody there needs aid, like an aid car?

CALLER        No, no, no, no, no, no...

SNOPAC        Okay.

DOLD-BL-000849

CALLER        No, he's...he's...he's calm now and I haven't said anything; since he came back I was just waitin' for him to come back so I could call 911 'cause, you know, he crossed the line tonight and I...he has to be in the hospital 'cause you know, he...I was really afraid when he did that. He just had his arms cocked back like he was just gonna...and he spit on me then he, you know, just like...

SNOPAC        So you...

CALLER        ...he was trying to grab my phone and...

SNOPAC        So you have...

CALLER        ...I was talking to the crisis place.

SNOPAC        So you left the house in order to call?

CALLER        Ye...yes because if he hears me he'll probably take off; and my house is on the left-hand side of 221st, there's a streetlight right on...on my driveway, it's...it has a wooden fence around it and...and a straight-in driveway and he's...he's parked in there so if they block the driveway he won't be able to leave. I can park out on the street. But you know, like I said, he's...he doesn't have weapons, he's normally not violent, he...he wanted more money and he's, you know, gone through...he gets social security and he gets so much and he's had it three times today and I said, "Alex, you're gonna run out of money, you know, you just can't keep doing this" and he got really mad and "It's my money!" You know, "Give it to me!" and he just went crazy.

SNOPAC        Okay; and can I get your name?

CALLER        But he's calm now.

SNOPAC        Can I get your name?

CALLER        Kathy Duncan; I'm his mother.

DOLD-BL-000850

SNOPAC          Is that with a C or a K, Kathy?

CALLER          K; and he's been hospitalized, uh, twice.

SNOPAC          Okay; and can I get your phone number?

CALLER          Um, my cell is 360-551-0814. That's...that's the one I'm on right now.

SNOPAC          So where...

CALLER          There's no working house...

SNOPAC          So where are you going to be for contact? You said you're gonna...are you going back to the house or...

CALLER          Oh, I'll...I'll...I'll go home. I can go home.

SNOPAC          Okay; well, I want you to do whatever you need to do to keep yourself safe, okay?

CALLER          Yeah yeah. You know, you know, like I said, he's...he's not like the people you see on the news that are going around with hatchets and stuff, you know, he just...

SNOPAC          Okay; so you're going back to that...

CALLER          You know, he...

SNOPAC          ...you're going back to the house?

CALLER          Ye...yes, yes; I'm just gonna act like nothing's goin' on and then you...you...you guys can come, um, there's a automatic light that comes on and he has a white Neon, it's parked in the driveway and when you walk

DOLD-BL-000851

towards the front door the light will come on and at the back door the light comes on too.

SNOPAC          So his...his vehicle is a white...like a white Dodge Neon? Is that what you said?

CALLER          It...I think it's a...it says Plymouth on the car.

SNOPAC          Oh Plymouth, okay, Plymouth Neon.

CALLER          Yeah, it's...it's a old 90's...

SNOPAC          Yeah.

CALLER          ...cream colored, uh, Neon and he just came back from...he was probably at the store and I just acted like...I didn't even talk to him, I just said, "I'll be back in a bit." Yeah, you know, I just...

SNOPAC          And what kind of vehicle...what kind of...what kind of vehicle are you in?

CALLER          I'm...I'm in a blue Yaris Hatchback and I can...I can park by that...in front of the fence.  I...I won't go in the driveway.

SNOPAC          Okay; well, I've advised...

CALLER          (Inaudible)...

SNOPAC          I've advised deputies to contact you there, okay?  And like I said, I want for you to do whatever you need to do to keep yourself safe.

CALLER          Okay, well I...I just want him taken in for...he...he needs a psychic eval...or he needs a psych evaluation 'cause I'm...I'm not gonna go through this again, you know, with him doing that to me 'cause I...I was really afraid.  You know, I thought he was just gonna haul off and he's...he's big, he's 6 foot, you know, he's a big guy and you know he could've really...

DOLD-BL-000852

SNOPAC      So he's...

CALLER      ...done more damage than he did.

SNOPAC      So is he a white male adult?

CALLER      Yes; and he's cut off his hair.  He...

SNOPAC      Oh...

CALLER      ...he does that every once in a while; he likes to shave his hair off.

SNOPAC      So it...so he...so he's bald right now?

CALLER      Um...

SNOPAC      Or shaved...

CALLER      ...I would...I would call it bald...

SNOPAC      ...kinda tight?

CALLER      ...yeah, shaved head.

SNOPAC      Okay.

CALLER      6 feet, um, and he could possibly...

SNOPAC      Do we know what...

CALLER      ...be on the...when you...when they come he could possibly be on the front porch smoking 'cause they'll be ankle deep in cigarette butts and his pop cans and stuff 'cause he just throws stuff all...all over the front yard...

DOLD-BL-000853

SNOPAC    What is he...

CALLER    ...but he goes out...

SNOPAC    ...what is he...what is he...what is he wearing for a shirt or jacket?

CALLER    Uh, probably sweats and a T-shirt. He...He's just really casual; sweats, T-shirts, short...oh, he la...when I left he had a orange, um, soccer jacket on. I...I don't know if he still has it on.

SNOPAC    Okay.

CALLER    It's a real...a real bright orange but yeah, he...he...it...it...it's only me and him and I...and we have a little yappy dog so I better go get her tied up.

SNOPAC    Okay, well I want...

CALLER    'cause she...

SNOPAC    ...yeah, I want for you to do whatever you need to do to keep yourself safe. I have advised, uh, deputies to contact you there.

CALLER    Okay.

SNOPAC    Uh...

CALLER    Do I...so they'll come or call?

SNOPAC    Well, I've advised 'em to contact you there in person 'cause that's what you wanted...

CALLER    Okay, good.

DOLD-BL-000854

SNOPAC        ...right?

CALLER        Yes, yes.

SNOPAC        So if they...

CALLER        But I...I just want them to take him and have him evaluated because...

SNOPAC        Uh-huh (affirmative response).

CALLER        ...it's not...

SNOPAC        Okay.

CALLER        ...you don't throw your mom around the house and hit her and you know...

SNOPAC        Okay.

CALLER        ...when you do stuff like that, that's not normal.

SNOPAC        Right. So if anything...like I said, that's why I want you to do whatever you need
              to do to keep yourself safe, okay?

CALLER        Okay, okay.

SNOPAC        And if...

CALLER        Okay, I will.

SNOPAC        And...and if anything changes call us right back, okay?

CALLER        Oh, okay.

SNOPAC        Alright.

DOLD-BL-000855

| | |
|---|---|
| CALLER | Okay, thanks. |
| SNOPAC | Thank you, buh-bye. |

**CALL #2:**

| | |
|---|---|
| SNOPAC | 911, what's the location of the emergency? |
| CALLER | Um, 12027 221st St. SE, Snohomish, WA, 98296. |
| SNOPAC | Okay, that was 12027? |
| CALLER | But it...yeah, it's not our house though, it's the one in front so we have the...we have the fence and then it's the house in front of the fence. |
| SNOPAC | Okay, it looks like somebody's on the call... |
| CALLER | Under the lamp. |
| SNOPAC | ...let me make sure, hold on. |
| CALLER | (Inaudible). |
| SNOPAC | Do you know what's going on? |
| CALLER | I have no idea but there's just a lot of screaming. We could hear it from inside the house. |
| SNOPAC | What kind of screaming are you hearing? |
| CALLER | Um, we heard somebody say, "Show your hands" and then um, sorry, I'm...I'm running inside my house. Um, they uh, (Talking to background- Travis, can |

DOLD-BL-000856

# APPENDIX C

2
3
4
5
6

7          UNITED STATES DISTRICT COURT

8      WESTERN DISTRICT OF WASHINGTON AT SEATTLE

9   JENNIFER DOLD, personal      )
    representative of the estate )
10  of Alexander Dold; and       )
    KATHY DUNCAN,                 )
11                                )
           Plaintiffs,           )
12                                )
              vs.                 )        NO. 2-20-cv-00383-RAJ
13                                )
    SNOHOMISH COUNTY, a political )
14  subdivision of the State of   )
    Washington; BRYSON McGEE; and )
15  CODY McCOY,                   )
                                  )
16         Defendants.           )

17  _____

    REMOTE VIDEO RECORDED DEPOSITION UPON ORAL EXAMINATION OF
18
                        BRYSON MCGEE
19  _____

20
21
22
23
24            TUESDAY, DECEMBER 7, 2021

25                DEHUFFDEPO.COM


                            1

```
1    Q    Okay.  Was anyone else in the precinct, if you recall,
2         besides you?
3    A    The only ones that I recall being there were
4         Cody McCoy and Dep. Chris Marino.
5    Q    Dep. Chris Marino was also there?
6    A    Yes.
7    Q    Okay.  And did you get information from police radio
8         around 9 o'clock?
9    A    Did I?
10   Q    Yeah.
11   A    I, at some point after 9 I believe I did, yes.
12   Q    What was the information you got initially?
13   A    Exactly what it was -- I'm not sure what was said, but
14        it was dispatching myself and Dep. McCoy to a physical
15        domestic.
16   Q    Okay.  Anything else you remember besides getting
17        information that you were to go to a physical domestic?
18   A    The, the address was off -- it was quite a distance
19        away.  It was in the Charles 4 beat.  And the
20        information was something to the effect of a male and a
21        female were physical, there was an altercation, and it
22        may not have been in this order, but the male was
23        schizophrenic or something and off his medication and
24        the mom -- the reporting party had requested that he go
25        for a psych' eval'.
```

```
1        reading the text of the call the R, the R, the reporting
2        party was identified as Ms. Duncan.
3    Q   Okay.  So, if we pick for a moment the moment where
4        you're standing on the porch just about to knock on the
5        door to the Duncan house, at least by that point you
6        knew that the reporting party was the mother of somebody
7        else living there?
8    A   I believe so, yes.
9    Q   Okay.  You said that the radio told you that there was a
10       physical domestic.  Have you had a chance to -- not
11       "have you had a chance."  In the last couple of days,
12       have you reviewed the transcript of the police radio?
13   A   I've -- I briefly looked at it.
14   Q   Okay.  And do you recall that you were told by police
15       radio male verbal and physical?
16   A   Well, I don't, I don't know what was -- what the
17       dispatcher said because they don't always, they don't
18       always state the context of the calls.
19   Q   Okay.  What, if anything, at least while you were there
20       in the precinct were you told about how the male had
21       been physical?
22   A   At this point I, I don't recall.
23   Q   By the time you got to that point where you're about to
24       knock on the door to the house, do you know if you'd
25       been told anything at all at that point about how the
```

```
 1        male had been physical?

 2   A    I don't recall.

 3   Q    By the time you're about to knock on the house, do you

 4        recall if you had learned anything at all about anything

 5        verbal that the male had said to the female?

 6   A    That the dispatcher said?

 7   Q    Yeah.  I -- It's do you recall whether you got any

 8        information from Dispatch or any other place by the

 9        point that you're about to knock on the door.  Did you

10        get any information from anyplace about how the male had

11        been verbal in some way?

12   A    I don't recall.

13   Q    Okay.  But by the time you knocked on the house door you

14        knew that there was a relationship between the male and

15        the female and you knew they were mother and son; is

16        that correct?

17   A    Correct.

18   Q    Okay.  All right.  What, if anything, can you recall

19        Dispatch telling you about this address or the

20        neighborhood to which you were sent?

21   A    All I recall was them dispatching me to, to the address.

22   Q    Do you recall Dispatch telling you that the mother was

23        going to go back to the house and was not in it when she

24        placed the call?

25   A    I remember that being in, in the text that she had left
```

```
1       to call because he was gonna be upset if he, if he knew

2       that she had called.

3   Q   Okay.  And what about the other part, that she was gonna

4       go back to the house; do you recall being aware of that

5       by the time you're knocking on the door?

6   A   I believe the last -- one of the updates that, that we

7       received, I think that came in while we were driving

8       there, that she was heading back.

9   Q   Okay.  So, you've referred to update and maybe something

10      else.  I take it between the precinct and getting to the

11      dispatched address that you receive additional

12      information occasionally from police radio?

13  A   I'm sure, I'm sure we did.  Any of the supplements that

14      were given like that being one of them that she was

15      returning to the house, but what exactly they were at

16      this point I don't recall.

17  Q   Did police radio tell you anything about the mother's

18      emotional state?

19  A   The mother's?

20  Q   Yeah.

21  A   Not that I recall.

22  Q   Do you remember police radio telling you that the mother

23      says everything is calm, or "I am calm"?

24  A   I don't recall that, no.

25  Q   Do you recall whether the police radio told you that the
```

44

```
 1        mother sounded -- had any kind of emotional sound in her
 2        voice, tell you anything about her voice?
 3   A    Not, not that I recall.
 4   Q    Did police radio tell you that she sounded scared?
 5   A    Did the dispatcher tell me that?  Is that what you
 6        asked?
 7   Q    Yeah.
 8   A    I don't recall the dispatcher saying that at all.
 9   Q    Did anybody tell you that prior to the point you're
10        knocking on the door?
11   A    No.  Don't recall.
12   Q    But you do recall at some point before the knock on the
13        door learning that the mother wanted the son to have a
14        psych' eval'; is that right?
15   A    Yeah, I think that was, that was a part of the original
16        dispatch.
17   Q    Okay.  At any point before knocking on the door, did the
18        police radio tell you anything about whether the mother
19        wanted her son to be arrested?
20   A    If she wanted him to be what?
21   Q    Arrested.
22   A    I'm not certain if that was said or not.
23   Q    Okay.  When you learned that the mother wanted the son
24        taken for a psych' eval', did that trigger any thinking
25        in your mind about where you were gonna go after this,
```

```
1   A   I don't believe I completed.  I think -- If my memory
2       suits me that's why I was -- I was working on, a report
3       when we got dispatched.
4   Q   But that isn't my question if you were working on a
5       report when you got dispatched.  But my question is then
6       the dispatch comes.  And I'm asking you do you remember
7       continuing to work on that report after you got
8       dispatched.
9   A   No.  What I, what I would have done was collect whatever
10      papers I had, save the report and punched the address
11      into the map and be on our way.
12  Q   Did police dispatch radio ever tell you that there was
13      an emergency?
14  A   That what?
15  Q   That there was an emergency at this address.
16  A   I -- It wasn't -- It only came across that it was
17      dispatched at.
18  Q   Yeah, my question is did police dispatch ever tell you
19      there was an emergency at this address?
20  A   I don't believe "emergency" came out of her mouth.
21  Q   Okay.  Did you have any reason to think there was any
22      emergency at that address?
23  A   Well, that's...  A physical domestic is a, kind of a
24      higher priority call.
25  Q   That's not my question.  Did you have any reason to
```

```
 1        think there was an emergency at that address?
 2                MS. RAGONESI:  Object to the form of the
 3        question.
 4    A   Yes.
 5    Q   Okay.  And why did you think there was an emergency at
 6        that address?
 7    A   Because it was dispatched as a physical domestic.
 8    Q   Okay.
 9    A   The information that was given.
10    Q   What information that was given?  You mean male
11        physical?
12    A   Yeah.
13    Q   Okay.  And what made you think that that male physical
14        dispatch information meant that there was something
15        emergent at that time?
16    A   Well, typically when, when we get dispatched to people
17        that are assaulting other people that's a, that's a
18        priority.
19    Q   Okay.  Were you given any information as to when this
20        physical altercation had occurred?
21    A   Not that I recall.
22    Q   Okay.  So, you had -- You tell me if this is right.  You
23        had no way of knowing when in the last twelve hours this
24        had occurred?
25    A   The way that it, that it was dispatched it made it
```

```
 1        think there was an emergency at that address?
 2                   MS. RAGONESI:  Object to the form of the
 3        question.
 4   A    Yes.
 5   Q    Okay.  And why did you think there was an emergency at
 6        that address?
 7   A    Because it was dispatched as a physical domestic.
 8   Q    Okay.
 9   A    The information that was given.
10   Q    What information that was given?  You mean male
11        physical?
12   A    Yeah.
13   Q    Okay.  And what made you think that that male physical
14        dispatch information meant that there was something
15        emergent at that time?
16   A    Well, typically when, when we get dispatched to people
17        that are assaulting other people that's a, that's a
18        priority.
19   Q    Okay.  Were you given any information as to when this
20        physical altercation had occurred?
21   A    Not that I recall.
22   Q    Okay.  So, you had -- You tell me if this is right.  You
23        had no way of knowing when in the last twelve hours this
24        had occurred?
25   A    The way that it, that it was dispatched it made it
```

```
 1        appear as though it was recent.

 2    Q   Okay.  Tell me what it -- the way in which it was

 3        dispatched made it appear recent.

 4    A   The fact that she had called it in.  She said that it

 5        was a physical domestic, she had to leave to call 9-1-1

 6        because he was gonna be upset or leave.  I mean, that

 7        pretty much sums it up.

 8    Q   Okay.  And what about that information made it appear

 9        recent, that it had happened recently?

10              MS. RAGONESI:  Object to form.

11    A   The fact that she didn't say it happened yesterday.

12    Q   Okay.  So, you thought it had happened in the last

13        twenty-four hours?

14              MS. RAGONESI:  Object to form.

15    A   I believe that it happened in the last previous few

16        hours.

17    Q   Previous few hours.  Okay.  Did you think anyone was in

18        danger at that address when you got dispatched?

19    A   Did I think that anyone was in danger when I got

20        dispatched?

21    Q   Yeah.

22    A   Just the mom.

23    Q   So, you thought she was in danger at that time shortly

24        after 9?

25    A   I did, yeah.
```

```
 1    Q    Okay.  And tell me all the reasons why you thought she
 2         was in danger at that time.
 3    A    Well, typically people that aren't fearful of somebody
 4         or of a situation won't leave to call 9-1-1; they do it
 5         then and there.  To, you know, obviously if my...  My,
 6         my view of it is if she wasn't in danger she wouldn't
 7         have left, she would have felt comfortable staying
 8         there, which clearly wasn't the case.
 9    Q    Did you hurry to get to that address?
10    A    Did I hurry?
11    Q    Yep.
12    A    I, I drove straight to the address.
13    Q    Did you hurry?
14              MS. RAGONESI:  Object to the form.
15    A    What is your definition of "hurry?"?
16    Q    Well, what's your definition of "hurry"?
17    A    Like I said I drove, I drove straight to the address.  I
18         don't know what, what speed I drove.  I didn't drive --
19         I'm sure I didn't drive 35.
20    Q    Okay.  Well, let me ask you some questions about the
21         route.  When you left the police station you started to
22         drive to that address you said something about asking
23         Google or asking somebody on the internet, asking some
24         computer service to help you plan a route; is that
25         right?
```

```
 1   Q   Well, how many years did you live in Snohomish County?

 2   A   How many years did I live there?  Thirty-two on and off.

 3   Q   And how many years did you patrol Snohomish County?

 4   A   Almost ten.

 5   Q   Okay.  And in all those years you don't have the ability

 6       to say in general how far it was from the police station

 7       to this house?

 8                   MS. RAGONESI:  Object to form.

 9   A   I can tell you it wasn't right next door, but as far as

10       distance-wise, I, I couldn't tell you.  It would be

11       purely speculative.

12   Q   When you were driving toward this address, were you

13       expecting to find Kathy Duncan, the mother, at the house

14       when you got there?

15   A   Was I expecting to find her there?

16   Q   Yeah.

17   A   Yeah, the last, the last update -- or an update we

18       received was that she was returning back to the house.

19   Q   Okay.  And how close were you to the house when you got

20       that update?

21   A   I don't recall.

22   Q   Was that an update you got within the last sixty seconds

23       of -- before knocking on the door or not?

24   A   Again, I, I don't recall.

25   Q   Was that an update that you got while driving?
```

1  violence didn't apply in this case, and I determined

2  that he needed to go to the hospital for a mental

3  evaluation then, then that would have been the course of

4  action.  That's, that's not what happened.

5  Q  Okay.  I'm asking you about not that situation but the

6  flip.  You just talked about if you determined that

7  there had been an assault.  Right?

8  A  I said if there had not been an assault.

9  Q  I'm sorry, I misspoke.  So -- But you also were talking

10  about a mandatory arrest law.  So, my question was if

11  you had determined that there was an assault, are you

12  saying that means "we're not going to a hospital, I have

13  to do an arrest"?

14  A  State law mandates --

15  Q  -- So, that's a "yes;" is that a "yes"?

16  MS. RAGONESI:  Counsel, please don't interrupt

17  the witness; he was trying to answer.

18  MR. LOBSENZ:  Sorry.  Go ahead.

19  A  I'm saying state law dictates mandatory arrest in

20  certain situations, and unfortunately I don't have a

21  say.  If, if the law dictates that's, that's the course

22  of action, then that's the course of action.  If it does

23  not, then it's discretionary.

24  Q  Okay.  So, I'll ask again.  Are you saying if you

25  determined that there was a domestic assault that meant

68

```
 1        absolutely "we are not going to the hospital because we
 2        must take him into custody and take him to jail"?
 3                    MS. RAGONESI:  Object to the form of the
 4        question.
 5   A    No.  As I've just explained, there's two courses of
 6        action.  If it's a mandatory arrest, then that dictates
 7        going to jail.  If it's not a mandatory arrest
 8        situation, discretionary, and if at that time
 9        hypothetically there was no assault, and I determined
10        that it was not -- it did not fall under the purview of
11        the mandatory arrest laws in Washington state and that
12        he needed to go to a mental hospital at that point, then
13        that would have been the course of action.  But that did
14        not happen.
15   Q    So, tell me if I'm right.  You're saying, "If I
16        determine that it was a mandatory arrest then we were
17        definitely not going to the hospital"?
18                    MS. RAGONESI:  Object to the form of the
19        question.
20   A    Sorry, you said if it was?
21   Q    If you determined that it was a mandatory arrest then
22        you were definitely not going to take him to a hospital;
23        correct?
24                    MS. RAGONESI:  Object to form.
25   A    It depends.  If it's a mandatory arrest situation and he
```

| | | |
|---|---|---|
| 1 | | needs to go to the hospital first, then that would have |
| 2 | | been the course of action. |
| 3 | Q | Explain to me when there would be a mandatory arrest but |
| 4 | | he would have to go to the hospital first. |
| 5 | A | If I felt the need for him to be evaluated, for him or |
| 6 | | her for one thing or the other, then first stop would be |
| 7 | | the hospital for clearance to book. And then if he was |
| 8 | | cleared to book or she was cleared to book, then we go, |
| 9 | | then we go to jail. If not, then depending on what, |
| 10 | | what the supervisor at the time says, if they get |
| 11 | | admitted to the hospital we'd stay. If not, then we |
| 12 | | figure out a different course of action. |
| 13 | Q | Okay. So, go back to my question about whether the |
| 14 | | mother could be of assistance to you. If you had |
| 15 | | decided that "I'll exercise my discretion and take him |
| 16 | | to the hospital," the mother could have been of |
| 17 | | assistance to you in that; couldn't she? |
| 18 | | MS. RAGONESI: Object to form. |
| 19 | A | I'm sorry, what was the question? |
| 20 | Q | If you had determined that you were going to take him to |
| 21 | | the hospital, the mother could have been of assistance |
| 22 | | to you in arranging that; correct? |
| 23 | | MS. RAGONESI: Same objection. |
| 24 | A | How so? |
| 25 | Q | I'm asking you. Are you saying, no, you're not |

| | | |
|---|---|---|
| 1 | | the door? |
| 2 | A | Yes. |
| 3 | Q | Do you recall the door you didn't knock on doesn't have |
| 4 | | any steps leading up to it? |
| 5 | A | I don't recall. |
| 6 | Q | Okay.  Okay.  While you, from the point you left your |
| 7 | | car, your parked patrol vehicle, to the point the second |
| 8 | | before you were gonna knock, did you hear the voices of |
| 9 | | any people? |
| 10 | A | I don't, I don't recall if I, if I did or didn't at that |
| 11 | | point, to be honest with you. |
| 12 | Q | If you had heard voices would you have put that in your |
| 13 | | report? |
| 14 | | MS. RAGONESI:  Object to form. |
| 15 | A | More than likely.  If I could understand, you know, what |
| 16 | | was saying or, like, an argument or something like that, |
| 17 | | then that would have gone in there. |
| 18 | Q | Okay.  And just to be clear, I'm not referring just to |
| 19 | | voices coming from inside the house you're about to |
| 20 | | knock on.  I'm saying any voices anywhere from any other |
| 21 | | houses or not houses.  Any voices at all that you can |
| 22 | | remember hearing? |
| 23 | A | Like if somebody was yelling for the dog-down-the-street |
| 24 | | type of thing? |
| 25 | Q | Yeah.  Do you recall anything like that? |

1    A    No.

2    Q    Okay.  Do you recall hearing any dogs barking?

3    A    No.

4    Q    Do you recall hearing any sounds of any machines?

5    A    Machines?

6    Q    Yeah.  Like -- I don't know -- anything from a leaf

7         blower to a T.V. to an air conditioner, anything?

8    A    I don't recall any of those, no.

9    Q    Okay.  So, as far as you can recall when you walked from

10        your car to the house it was silent; is that right?

11   A    I'm sure there was ancillary noise.  I mean --

12   Q    -- What --

13   A    -- What's that?

14   Q    Go ahead.  Sorry.

15   A    Ancillary, ancillary noises.  I don't, I don't remember

16        being precisely silent, but I'm sure there's some

17        ambient noise in the background.  What it was, I don't

18        know, but it wasn't silent.

19   Q    Okay.  Well, what noise do you remember?

20   A    I just said I don't recall.  Like I said, I'm assuming

21        that there was some ambient noise because we're pretty

22        rural, but I don't recall it just being silent.

23   Q    Would you explain to me why the fact that it's pretty

24        rural makes you think there would be ambient noise?

25   A    I mean, we were right off of Echo Lake Road, and, you

1    know, cars drive by there, and that would be considered
2    in my opinion ambient noise.
3  Q  Does that have something to do with it being rural?
4  A  With it being a rule?
5  Q  Rural.
6  A  No, just that there's, there's not, you know, five
7     hundred houses packed in right next to each other.
8  Q  Okay.  Now, a couple of times you told me, I think it
9     was not -- what the exact words were -- not super well
10    lit in the area of, in the area of the Duncan house;
11    right?
12 A  I, I remember it not being, not being, yeah, super well
13    lit; it was kind of densely lit.
14 Q  What do you mean by "densely lit"?
15 A  Kind of like, well, like your office -- the -- it's
16    pretty dense.  It's kind of hard to see.  Like everyone
17    else is pretty well lit, so you can see everything in
18    the background.
19 Q  Okay.  I'm looking at myself on the tile on the Zoom
20    thing, and it's pretty hard to see my face; right?
21 A  Right.
22 Q  Okay.  That happens to me because up unfortunately there
23    are these huge windows behind me and all of this light
24    coming in from the west, but...  Is the level of light
25    on my face right now more or less, in your opinion, or

```
1          into it.
2    Q    Okay.  So, while you're standing -- I asked you about
3          noise before, but now you're -- While you're standing
4          right there outside the front door, at that point can
5          you hear any noise from inside the house?
6    A    At that point I don't, I don't recall hearing noise
7          directly until I knock.
8    Q    Okay.  Do you recall hearing the sound of either a T.V.
9          or a radio or anything like that?
10   A    I don't recall at this point.
11   Q    Do you recall later when the door was opened being able
12         to hear any noise like a T.V. or a radio?
13   A    A T.V. or radio, no, I don't recall.
14   Q    So, as far as you can remember, inside the house it was
15         silent; true?
16   A    I, I don't know that I would say it was silent, but I
17         don't, I don't recall hearing a T.V. or radio.
18   Q    Okay.  Well, what did you recall hearing?
19   A    The conversation that I had with Mr. Dold.
20   Q    Before you knocked, what do you recall hearing coming
21         from inside the house?
22   A    I answered that.  I don't recall there being a noise
23         that I can recall at this point.
24   Q    Okay.  At this point are you using any flashlight to
25         see?  "This point" meaning you're about to knock.
```

```
1    A    I don't recall.

2    Q    Do you recall whether McCoy was using a flashlight to

3         see anything, shining it on anything?

4    A    I don't, no.

5    Q    Okay.  So, I'm gonna focus on this moment right before

6         you're about to knock, like, you know, half a second

7         before you're about to knock.  At that moment could you

8         tell me everything that you knew about the son.

9    A    As far as what had been dispatched?

10   Q    Tell me everything you knew about the son at that

11        moment, from any source at all.

12   A    I mean, without, without referring to the CAD print out

13        or my report I can't give you a precise answer.

14   Q    Okay.  Well, give me the best answer that you can.  Tell

15        me everything you can remember that you knew at that

16        moment.

17   A    That he had assaulted his mother, that's why we got

18        dispatched to it.  There was a description of him, what

19        he was wearing; I don't recall exactly what it was.

20        That he hadn't been on his medication.  I don't recall

21        for the extent of the time that he had not.  And again,

22        without, without having a CAD print off or my report

23        that's right now at the moment what I remember.

24   Q    Okay.  And you recall that you knew at that point that

25        he was mentally ill?
```

```
 1   A   I don't know if he was or not.  That was what was --
 2       that he had some kind of mental item going on.  What it
 3       was, I don't know.
 4   Q   Okay.  And you recall that the mom wanted him taken to a
 5       hospital?
 6   A   I recall something to that effect.
 7   Q   And you recall knowing that the mom thought he would
 8       flee if he knew police were coming?
 9                   MS. RAGONESI:  Object to form.
10   A   Again, something to that effect.  What, exactly what was
11       said, I don't, I don't know.
12   Q   Okay.  And you recall knowing that the mom left the
13       house to make a call, said she going to return, and you
14       knew she had returned?
15   A   Now, what now?  Sorry.
16   Q   You knew at that moment -- right -- you'd been informed
17       that the mom had left the house to make the call, had
18       said she was going back to the house after the call, and
19       you knew that she was back at the house from the car?
20                   MS. RAGONESI:  Object to form.
21   A   I, I didn't know if she was back at the house or not.
22       The last -- One of the updates that I got was that she
23       was going back.
24   Q   Okay.  Am I wrong?  I thought you told me that you knew
25       by the time you got there she was back.
```

```
 1        is that right?
 2   A    Again, I don't, I don't recall how, how far I could see
 3        in the house or if I could or not.  I don't, I don't
 4        remember it being a wide open window where I could see
 5        everything that was going on.
 6   Q    Okay.  So, you have no memory of seeing any part of the
 7        inside while you were standing outside; right?
 8   A    At this point I don't recall without, without
 9        referencing my report of whether I did or not.
10   Q    Okay.  Now, while you're about to knock, tell me what
11        position McCoy is in.
12   A    I don't know the exact position that he was in.  I just,
13        -- I know that he was, he was behind me.
14   Q    Okay.  And that's all you know, just somewhere behind
15        you?
16   A    Yeah.  What his exact position was, I, I don't know.
17        You'd have to ask him.  But I recall him being -- I
18        don't know if he was on the stairs with me or at the
19        bottom of the stairway; I don't know exactly where he
20        was in reference to me.
21   Q    What's the last memory you have, if any, of what McCoy
22        was doing before you knocked?
23   A    Of what McCoy was doing?
24   Q    Yeah.  Do you have any memory at all of what he was
25        doing before you knocked?
```

```
 1   A    I, I don't, I don't know what he was doing.  He was, he
 2        was behind me, so...
 3   Q    Okay.  Do you remember if he was holding anything when
 4        he was standing behind you?
 5   A    I, I don't recall if he was holding anything or not.
 6   Q    Do you remember before you knocked he had a gun in his
 7        hand?
 8   A    I, I don't know that. because, again, he was behind me.
 9   Q    Is it your typical practice when backing up an officer
10        about to knock on a door to draw your gun?
11             MS. RAGONESI:  Object to form.
12   A    It depends on, on a number of things, and I don't know,
13        like I said, I mean -- a number of things factors into
14        that, and it's ultimately up to the officer that had
15        their weapon out.
16   Q    My question is is it your typical practice that you do.
17             MS. RAGONESI:  Object to form.
18   A    Is it typical that we do?
19   Q    Is it your typical practice, your typical practice to do
20        that when you're backing up an officer knocking on a
21        door?
22   A    Like I said, it depends on the circumstances.
23             MR. LOBSENZ:  Move to strike.
24   Q    Is it your typical practice to do that?  I'm not saying
25        for you to describe the circumstances when you do, when
```

```
1   A   Again, I, I don't know.  I wasn't, I wasn't the backup.
2       I was the primary.
3   Q   You had no information one way or the other as to
4       whether he was armed or not; right?
5   A   Again, I don't recall there being a conversation about
6       whether he was armed or not.
7   Q   Did you have any information to indicate he was armed at
8       the moment you stood on that landing about to knock?
9   A   One way or the other, no.
10  Q   Did you have any information to indicate that an assault
11      was ongoing?
12  A   That it was ongoing?
13  Q   Yeah.  That's your word.  Did you have any information
14      to indicate at the moment that you were going to knock
15      that an assault was ongoing?
16  A   I don't know.  I wasn't inside.
17  Q   That's not the question.  Did you have any information
18      standing outside to indicate that an assault was
19      ongoing?
20  A   It could have been.  I don't know.
21  Q   Did you have any information that it was.  Not that it
22      could have been.  Did you have any information as you
23      stood outside that it was ongoing?
24  A   Again, I, I don't know whether or not it was or was not;
25      I was outside.
```

| | | |
|---|---|---|
| 1 | | with, with lighting. |
| 2 | Q | I see. Okay. So, if the time of the evening indicates |
| 3 | | there's no daylight, does that make it more or less |
| 4 | | appropriate in your mind to draw a gun before knocking? |
| 5 | A | If it's -- Sorry, if it's nighttime? |
| 6 | Q | Yep. |
| 7 | A | I would say it's probably more appropriate because you |
| 8 | | can see, see more obviously during the daytime than you |
| 9 | | can when it's dark out. |
| 10 | Q | Did you have anything in either of your hands when you |
| 11 | | knocked? |
| 12 | A | I don't recall. The only, the only thing I would have |
| 13 | | had would have been a flashlight. |
| 14 | | MR. LOBSENZ: Move to strike "the only thing I |
| 15 | | would have had." |
| 16 | Q | Do you recall whether you had anything in your hand? |
| 17 | | MS. RAGONESI: Object to the motion to strike. |
| 18 | A | Specifically what I had in my hands, if anything, I, I |
| 19 | | don't know. |
| 20 | Q | Okay. Okay. When you knocked, do you recall if you |
| 21 | | said anything when you knocked? |
| 22 | A | I announced that it was the police. |
| 23 | Q | Okay. And tell me what you said. |
| 24 | A | Something to the effect of "police." |
| 25 | Q | Okay. Anything besides that, knocked and said "police"? |

| | | |
|---|---|---|
| 1 | A | I'm not exactly sure if, if I said anything else.  I do |
| 2 | | remember saying that, though. |
| 3 | Q | Okay.  Do you remember anything else that you said? |
| 4 | A | I... |
| 5 | Q | I'm sorry, did you answer? |
| 6 | A | I said "sorry, no." |
| 7 | Q | Okay.  Okay.  So, you knocked and said "it's the police" |
| 8 | | or something like that.  Was there any response to that? |
| 9 | A | Somebody, a male voice said "who is it," or something to |
| 10 | | that effect. |
| 11 | Q | Okay.  Besides that response by voice, did you hear |
| 12 | | anything else from inside the house? |
| 13 | A | I don't, I don't believe so, no. |
| 14 | Q | Okay.  Did you answer the question "who is it?" |
| 15 | A | I did.  Again said that it was a -- it was the police. |
| 16 | Q | Did you say anything else the second time besides "it's |
| 17 | | the police"? |
| 18 | A | Something, something, I believe I said something to the |
| 19 | | effect of "can you come to the door" or something like |
| 20 | | that. |
| 21 | Q | Okay.  That remark about come to the door, do you |
| 22 | | remember was it a request or an order? |
| 23 | A | Was what? |
| 24 | Q | Was it a request? |
| 25 | A | Yeah, I was asking if they could come to the door. |

| | | |
|---|---|---|
| 1 | Q | Okay. And it was not an order. It was not "come to the |
| 2 | | door." It was "would you" or "could you" or "can you" |
| 3 | | or "will you"? |
| 4 | A | I don't, I don't know exactly what was said. It was |
| 5 | | something to the effect of "can you come to the door" or |
| 6 | | "come to the door." I don't know exactly. |
| 7 | Q | Could it have been an order? |
| 8 | A | That would be speculative. |
| 9 | Q | Okay. So, you don't know? |
| 10 | A | What's that? |
| 11 | Q | So, you don't know whether it was an order or not? It |
| 12 | | would be speculative; right? |
| 13 | A | For me to say that I ordered him to the door, that would |
| 14 | | be -- |
| 15 | Q | -- For you to say -- That would be speculative? |
| 16 | A | No, that would -- You asked for me to respond would be |
| 17 | | speculative. I didn't order -- I don't remember |
| 18 | | ordering "come to the door or you'll go to jail" or |
| 19 | | something like that. That was not -- |
| 20 | Q | -- I'm not asking... Did you hear any noise from |
| 21 | | inside? A movement? |
| 22 | A | Briefly. After -- I don't recall if it was before or |
| 23 | | after I knocked, I heard some movement and, yeah, |
| 24 | | towards the door. |
| 25 | Q | Okay. Can you describe the "some movement" you heard? |

```
1   A    Just the sound of someone moving towards the door.

2   Q    Okay.  Then what happened?

3   A    Sorry?

4   Q    Then what happened?

5   A    There was -- I could see some, a person or a shadow

6        around the door, and when I, when I knocked again or

7        when I said that it was the police -- I don't know -- I

8        think that was...

9   Q    How could you see, how could you see what was going on

10       on the other side of the door?

11  A    I didn't say I saw.  I saw a figure or shadow.

12  Q    How could you see that figure or shadow?

13  A    Because they popped up right in front of the door, the

14       window.

15  Q    I thought before you said you couldn't see through the

16       window.  Why could you see through the window now?

17            MS. RAGONESI:  Object to the form of the

18       question.  Misstates the prior testimony.

19  A    Yeah, I mean if -- We can go back and read verbatim,

20       but, but what I said was not that.  It was something to

21       the effect that I couldn't see straight into the door,

22       it was, it was pretty desolate.  I couldn't see if there

23       was a curtain or not, but it was a figure or shadow that

24       approached the door.

25  Q    Let me go back and ask for clarification.  What did you
```

1　Q　Okay. And then you walked back up the steps to the

2　　　landing?

3　A　I believe so, yeah.

4　Q　And in that intervening time of going down looking in

5　　　the window on the left and coming back up, is there any

6　　　more conversation?

7　A　Just when, when I went back up to the, to the door.

8　Q　Okay. Then you're back up at the door. Now what

9　　　happens?

10　A　The door swung open fairly quickly, just a couple, a

11　　　couple feet. It wasn't, it wasn't open all the way.

12　　　Male, male stood in the doorway.

13　Q　Okay. So, do you know what I mean by a circle has 360

14　　　degrees?

15　A　I do.

16　Q　Okay. So, if we -- If the door had swung open so far as

17　　　to hit the other wall, that would be 180 degrees. If it

18　　　had swung open to a right angle it would be 90 degrees.

19　　　What can you tell me about, you said -- how many degrees

20　　　roughly open this door is? Is it like a right angle?

21　A　Honestly, I don't recall. It was only open a couple of

22　　　feet. It wasn't, it wasn't wide open and it wasn't

23　　　closed.

24　Q　Okay. And this door opens into the house; right?

25　A　I believe it did, yeah.

```
1    Q    Okay.  Did the door make any kind of noise as it was
2         opened?
3    A    I'm not sure.
4    Q    Do you remember the door making any kind of noise when
5         it opened?
6    A    I don't recall, no.
7    Q    Do you remember if he said anything when he opened the
8         door?
9    A    I think he, again, said something, something to the
10        effect of "who is it."
11   Q    Okay.  And is he still standing inside his house when he
12        says that?
13   A    Yeah, standing right kind of by the threshold.
14   Q    When he opens the door, does he step back away from the
15        door, away from the outside?
16   A    Did he step back away from what?
17   Q    The outside.  Did he step in the direction of further
18        inside the house as he opened the door?
19   A    I don't recall.
20   Q    When he's talking to you then and says "who is it,"
21        where is his head?
22   A    His head was facing me.
23   Q    Okay.  Do you remember him doing anything with his head?
24   A    At that point, no.
25   Q    No.  Do you remember doing anything after he opened the
```

| | | |
|---|---|---|
| 1 | | door with his head? |
| 2 | A | No. |
| 3 | Q | Did he poke his head out? |
| 4 | A | I, I don't know if he did or not. I don't recall if he |
| 5 | | did or not. |
| 6 | Q | Do you know what -- after he opened the door where his |
| 7 | | hands were after he opened it? |
| 8 | A | No. |
| 9 | Q | Could you see his hands after he opened it? |
| 10 | A | I would -- Again, without, without having my report, I |
| 11 | | don't know. |
| 12 | Q | Now, when he opens the door is the light -- is there any |
| 13 | | light shining on his face? |
| 14 | A | I don't recall at this point. |
| 15 | Q | Is there any light behind him putting him in shadow? |
| 16 | A | I don't know if -- I remember there being some ambient |
| 17 | | light in the background. I -- inside the house. I |
| 18 | | don't, I don't know where it was coming from, but it |
| 19 | | was... |
| 20 | Q | Okay. But it was behind him? |
| 21 | A | I believe so, yes. |
| 22 | Q | Okay. Now, you said he said something again along the |
| 23 | | lines of "who is it" or "what do you want." So, you |
| 24 | | respond to that? |
| 25 | A | I -- Excuse me -- again told him that we were the police |

| | | |
|---|---|---|
| 1 | | and, and that his mom had called and, and that we were |
| 2 | | there -- Without my report I don't know exactly what I |
| 3 | | said, but it was something on, on those lines. |
| 4 | Q | Okay.  Did it cross your mind that telling him that you |
| 5 | | were there because his mom called might make him try to |
| 6 | | run away? |
| 7 | A | Did it cross my mind that what? |
| 8 | Q | That telling him that his mom had called the police |
| 9 | | might make him try to run away. |
| 10 | A | Did it cross my mind that he would do that? |
| 11 | Q | Do you need the question again? |
| 12 | A | I said I don't know if, if it crossed my mind or not.  I |
| 13 | | don't... |
| 14 | Q | Okay.  Okay.  Besides saying "your mom called the |
| 15 | | police," is there anything else you remember saying to |
| 16 | | him at that point? |
| 17 | A | Yeah, I asked him on the lines of if she was there. |
| 18 | Q | Okay.  And did he respond to your question if she was |
| 19 | | there? |
| 20 | A | He did.  He said something to the effect of "she's |
| 21 | | fine." |
| 22 | Q | Okay.  Did you take -- Did you interpret that as "yes, |
| 23 | | she is there"? |
| 24 | A | Yes. |
| 25 | Q | Okay.  And that's what you expected; right?  You |

| | | |
|---|---|---|
| 1 | | expected that she was there; true? |
| 2 | A | Like I said, the last, the last update that I got was |
| 3 | | that she was heading back, so I did anticipate her being |
| 4 | | there at some point, if not already. |
| 5 | Q | So, when, when he said "she's fine," could you see her |
| 6 | | at that point? |
| 7 | A | I don't believe I could, no. |
| 8 | Q | Okay. I'd like to ask you some questions about training |
| 9 | | that you received from the Snohomish County Sheriff's |
| 10 | | Office during your time there. |
| 11 | A | Okay. |
| 12 | Q | Had you received any training while -- from the |
| 13 | | Sheriff's Office on how to deal with people who were |
| 14 | | mentally ill? |
| 15 | A | At some point, yes. |
| 16 | Q | Okay. What do you recall being taught? |
| 17 | A | I, I don't recall at this point what the training was. |
| 18 | Q | Do you recall anything at all about the training? |
| 19 | A | No. No, it was -- No, no, at this point. |
| 20 | Q | Okay. That evening of March 21, 2017 as you were |
| 21 | | driving out there, do you remember whether at that time |
| 22 | | you were recalling any of your training for how to deal |
| 23 | | with mentally ill people? |
| 24 | A | If I was, if I was thinking about the training? |
| 25 | Q | Yeah. Did you think about the training as you were |

```
 1        what?

 2   Q    At that point in time.  Could you hear the other point?

 3        The point in time is he said she's fine.  Got that?

 4   A    Yeah.

 5   Q    At that point in time, had you seen or heard anything to

 6        indicate to you that he was lying to you?

 7   A    At that -- No, just what was, what was in the call.

 8   Q    Okay.  Well, what was in the call was not at that time.

 9        So, at that time did you see anything to indicate he was

10        lying to you?

11   A    At the moment that we were interacting?

12   Q    Yep.

13   A    I, I had to rely on what I had learned up to that point.

14        And after that, I couldn't tell you he was or not.

15   Q    So, what are you telling me?  That, yes, you had reason

16        to think he was lying to you at that point?

17   A    I'm telling you I couldn't, couldn't answer that one way

18        or the other because all of the information that I have

19        up until that point is, is what I have.

20   Q    At that point had you seen or heard anything to indicate

21        that Kathy Duncan was hurt?

22   A    At that point not yet, no.

23   Q    Okay.  At that point had you seen or heard anything to

24        indicate that Kathy Duncan needed any kind of emergency

25        assistance?
```

```
1   A    Other, other than --

2                MS. RAGONESI:   -- Object to the form.  Go

3        ahead.

4   A    Other than she called 9-1-1 and reported that her son

5        assaulted her.

6   Q    Uh-huh.  And that was about thirty-two minutes earlier

7        or more; right?

8   A    I don't know what the exact time frame was.

9   Q    You don't know what the exact time frame was.  But you

10       know perfectly well it was at least thirty minutes

11       earlier; right?

12               MS. RAGONESI:   Object to the form.

13  A    If, if that's what you're pulling off the CAD, then

14       sure, but I don't know.

15  Q    Okay.  So, when you get there, at that time are you

16       seeing or hearing anything to indicate that she's in

17       need of emergency assistance at that time when he says

18       "she's fine"?

19  A    I hadn't seen her yet so I just, again, have to rely on

20       what was, what was, what was said when she called 9-1-1.

21               MR. LOBSENZ:  Move to strike.

22  Q    At that time that you're standing there in the door and

23       he says "she's fine" -- Forget about -- I'm not asking

24       about information you got before.  Right now, right at

25       that moment, what had you seen or heard that indicated
```

1    she was in need of assistance at that moment?

2         MS. RAGONESI:  Object to the motion to strike.

3  A  So, I'll answer what I heard.  And what I had heard was

4     the dispatcher advising that she called 9-1-1 to report

5     an assault.

6  Q  And what had you heard standing there on the porch that

7     indicated she was in need of emergency assistance?

8  A  From who?  From her?

9  Q  From you.

10  A  I'm having difficulty understanding that question.

11  Q  Well, I'll ask it again.  At that time, standing there

12     on the porch, what had you heard or seen standing there

13     on the porch knocking and having that conversation that

14     indicated Kathy Duncan needed your emergency assistance

15     at that moment?

16  A  Well, the moment then transpires into all the

17     information I have up until that point.  And, again, the

18     information that I had that she had called 9-1-1 to

19     report that he had assaulted her, that plays a factor

20     into everything I have from the moment I got the call to

21     the moment that I left.

22  Q  Okay.  At that moment while you're -- because he says

23     she's fine, had you seen Alexander Dold do anything to

24     his mother?

25  A  Had I seen him do anything?

```
 1  Q   Yes, that was the question.

 2  A   I did not see anything at that moment.

 3  Q   At that moment had you heard him say anything

 4      threatening to his mother?

 5  A   I had only been there a very short amount of time, so I

 6      didn't hear him communicate with his mom.

 7  Q   Okay.  At that time had you heard his mother call out

 8      for help at that time while you're out there at the

 9      house knocking on the door?

10  A   No.  That was, that was later.

11  Q   You later heard his mother asking for help?

12  A   It was, it was the way that she said it and what she had

13      said I took it as needed assistance.

14  Q   You took what?  What did she say that you took as an ask

15      for help?

16  A   So, when I was interacting with Mr. Dold at the door I

17      had asked her -- or excuse me -- I asked him where

18      Ms. Duncan was.  He had, again, said that she was fine.

19      In the background at some point within a few seconds I

20      heard her faintly said "I'm here" or something to that

21      effect.  And the way that she, the way that she said it

22      was fearful, afraid, scared.  It made the hairs on the

23      back of my neck stand up, that she was not, that she was

24      not okay.

25  Q   Are you done?
```

```
1   A    Yes, sir.

2   Q    Okay.  Anything besides that you ever heard him saying

3        that made you think she needed your emergency

4        assistance?

5   A    Other than when she called 9-1-1 and reported the

6        assault.

7   Q    Anything that you ever heard her say.  I'm not asking

8        about -- Anything else that you heard her say?

9   A    Directly to me, no.

10  Q    Anything that you heard her say to you, to the sky, to

11       Alexander, to McCoy, anything else you ever heard her

12       say that indicated she needed your emergency assistance?

13  A    That, other than what I already stated, no.

14  Q    Other than "I'm here"?

15            MS. RAGONESI:  Object to form.

16  Q    Right?

17  A    Like I said, all of the other things that I described,

18       the way that she said it, fearful.

19  Q    Okay.

20  A    Those things.

21  Q    Okay.  Okay, now, can you see her when she says "I'm

22       here"?

23  A    I don't believe I could see her at that point.

24  Q    Okay.  Could you see her somewhere, like, in the next

25       three or four seconds?
```

| | | |
|---|---|---|
| 1 | A | I don't recall what the time frame was from what I can |
| 2 | | remember. |
| 3 | Q | Well, could you see her in the next thirty seconds? |
| 4 | A | It -- What happened next happened very quickly, so I |
| 5 | | don't, I don't know what the time frame was that I saw |
| 6 | | her. |
| 7 | Q | You don't know whether you saw her in the next thirty |
| 8 | | seconds; you don't know? |
| 9 | | MS. RAGONESI: Object to form. |
| 10 | A | Again, I, I don't know from when he punched me in the |
| 11 | | face to when I when I saw her I don't, I don't know. It |
| 12 | | all happened very rapidly. I don't know the exact time. |
| 13 | Q | Okay. After you hear her say "I'm here," then what |
| 14 | | happened? |
| 15 | A | I asked him if I could -- something to the effect of if |
| 16 | | I could come in and talk to her. And he replied |
| 17 | | something to the effect of "No, she's fine." I had |
| 18 | | asked him what had happened. He said that they -- that |
| 19 | | something along the lines of he owed her (SIC) $20 and |
| 20 | | he wanted his money, she wouldn't give it to him and |
| 21 | | shoved her on the couch, and -- |
| 22 | Q | -- Let me stop, let me stop you there. Okay? While |
| 23 | | this talking is going on is he still standing with his |
| 24 | | head visible in the doorway? |
| 25 | A | I believe so, but I'm not, not a hundred percent |

125

| | | |
|---|---|---|
| 1 | | certain. I have to have my report to be... |
| 2 | Q | Okay. While he's having this conversation with you, can |
| 3 | | you yet see Kathy Duncan? |
| 4 | A | At that point, no. |
| 5 | Q | Okay. |
| 6 | A | I don't recall seeing her. |
| 7 | Q | Okay. Okay. At the point where he said "she's fine," |
| 8 | | at that point in time had you made any decision yet as |
| 9 | | to whether or not you were going to arrest him? |
| 10 | A | At which point, because he said, he said that twice, I |
| 11 | | believe? |
| 12 | Q | Okay. The first time he said "she's fine," had you made |
| 13 | | any decision that you were going to arrest him yet? |
| 14 | A | No, at that point we were still investigating the |
| 15 | | assault and -- |
| 16 | Q | -- How about the second, how about the second time he |
| 17 | | said "she's fine," had you made any decision whether you |
| 18 | | were going to arrest him yet? |
| 19 | A | Had I made a decision to arrest him at that point? |
| 20 | Q | Yeah, right, that's the question. The same question I |
| 21 | | asked you a moment ago, but this is the second time he |
| 22 | | said "she's fine." Had you made a decision yet to |
| 23 | | arrest him? |
| 24 | A | The determination that, that he was going to be arrested |
| 25 | | made -- made was after he had advised me that he had |

```
 1        assaulted his mother.  That's when I determined that he
 2        was going to be arrested.
 3   Q    Okay.  And he told you that he shoved her down on the
 4        couch; correct?
 5   A    Correct, something to that effect.
 6   Q    Well, do you remember her telling -- him telling you
 7        anything else about this assault?
 8   A    Again, I don't, I don't recall the exact, exact
 9        verbiage, but it was something to the effect of he
10        shoved her on the couch to, to get it.
11   Q    Yeah, my question is do you remember him saying anything
12        else about the assault besides that?
13   A    No, besides that, I don't recall at this point without
14        my report in front of me.
15   Q    Okay.  Then when he told you that, you decided "I am
16        going to arrest him;" right?
17   A    Yeah, he had admitted -- he had advised me that he did
18        assault his mother.
19   Q    Okay.  And at that point you were standing outside the
20        house; right?
21   A    Right outside the door, yes.
22   Q    Okay.  And at that point he was standing inside the
23        house; right?
24   A    He was in the, in the doorjamb, yeah.
25   Q    Okay.  And at that point you didn't have a warrant; did
```

1    you?

2  A  That...

3  Q  What?

4  A  Can you repeat the question?  Sorry.

5  Q  At that point you did not have a warrant?

6  A  A search warrant?

7  Q  Any kind of warrant.  You had no warrant at all; right?

8  A  No, we did not have a warrant.

9  Q  Okay.  And at that point you decided you'd go into the

10    house anyway without a warrant?

11  A  At that point?

12          MS. RAGONESI:  Object to form.

13  Q  Yeah.

14  A  At that point, yes, I determined that he was, he was

15    under arrest and we were going to arrest him.

16  Q  Okay.  Did he make an effort to shut the door?

17  A  He at some point shortly thereafter he did, yes.

18  Q  Shortly thereafter saying "she's fine"?

19  A  After he had told me that he had assaulted her, he --

20    the conversation was brief and I had asked to, to speak

21    with her, and, and that's when he started to kind of

22    shut the door.

23  Q  So, between the time he said whatever these words were

24    to the effect of he shoved her and the time he started

25    to shut the door is a matter of just a few seconds; is

```
 1        that correct?
 2   A    I don't, I don't know the exact time frame, but it
 3        wasn't, it wasn't a long period of time, no.
 4   Q    I didn't ask for the exact time frame.  Was it more or
 5        less than five seconds?
 6             MS. RAGONESI:  Object to form.
 7   A    Again, I don't, I don't know the exact time frame.
 8   Q    No, I didn't ask that.  Is it more or less than ten
 9        seconds?
10             MS. RAGONESI:  Object to form.
11   A    Again, I don't, I don't recall the time frame.
12   Q    Are you saying that you cannot answer because you don't
13        know whether it was more or less than ten seconds
14        between those two events?
15   A    What I'm saying is I don't, I don't recall how much time
16        had, had lapsed.
17   Q    That's not my question.  Are you saying it's impossible
18        for you to tell me honestly whether it was more or less
19        than ten seconds?
20             MS. RAGONESI:  Object to form.
21   A    No.  What I'm telling you is I don't recall, and I'm not
22        going to guess how much time elapsed because I don't
23        recall.
24   Q    So, was it more or less than ten seconds?
25             MS. RAGONESI:  Object to form.
```

```
 1   A    I, I don't recall.

 2   Q    Okay.  Then he started to shut the door, at any rate?

 3   A    Yes, sir.

 4   Q    Okay.  And then you put your foot inside the door to

 5        block it?

 6   A    I put my foot on the door, yes.

 7   Q    You put it inside the house; right?

 8   A    I believe it was on, on the doorjamb.

 9   Q    Well, some part of that --

10   A    -- On the bottom plate.  Sorry.

11   Q    Well, wasn't some part of it inside the house?

12   A    I don't know if it was or was not.

13   Q    Well, you put it so that he couldn't shut the door

14        without hitting your foot; right?

15   A    That's correct.

16   Q    Okay.  So, did it hit your foot?

17   A    Yeah, it did.

18   Q    Okay.  Then what happened?

19   A    I advised him that he was under arrest.

20   Q    Okay.  And you pushed the door?

21   A    After I advised him that he was under arrest, yes.

22   Q    Okay.  And you -- And he pushed back to try to still

23        shut it?  Yes?

24   A    There was, there was some, some movement back, yeah.

25   Q    Some movement.  Did he push back or not?
```

| | | |
|---|---|---|
| 1 | A | He was applying pressure, so I'm assuming that he did. |
| 2 | | I, I don't know what he was doing, but yes. |
| 3 | Q | You couldn't, you couldn't see him pushing? |
| 4 | A | I don't -- I just said I don't recall him pushing it, |
| 5 | | but there was -- I do remember there was, there was |
| 6 | | pressure coming back toward me.  I'm assuming that he |
| 7 | | was pushing back towards me. |
| 8 | Q | Do you remember asking him if he'd step outside? |
| 9 | A | At some point during the conversation I did ask that. |
| 10 | Q | Why did you ask that? |
| 11 | A | To separate the two of them because I had not seen |
| 12 | | Ms. Duncan.  She had, she had called 9-1-1.  She was |
| 13 | | fearful enough to leave, and typically when we're |
| 14 | | investigating domestic violence assaults we want to |
| 15 | | separate those involved so one's not influenced by the |
| 16 | | other, then we get an accurate portrayal of what |
| 17 | | happened and that -- We were there at that point |
| 18 | | investigating her calling 9-1-1 alleging a domestic |
| 19 | | violence assault on her as the victim.  So, like I said, |
| 20 | | at that point we're -- my goal is to get him outside to |
| 21 | | get his, his side of the story and get another deputy |
| 22 | | inside to get her side of the story. |
| 23 | Q | Okay, if he steps outside then you wouldn't need a |
| 24 | | warrant; would you? |
| 25 | A | A warrant for what? |

```
1   Q   To arrest him.  Once he steps outside you don't need a
2       warrant; right?
3                   MS. RAGONESI:  Object to form.
4   A   Well, there's many reasons why you would need a warrant
5       and why you would not need a warrant.
6   Q   Normally don't you need a warrant to go into somebody's
7       house when they say, "No, you can't come in"?
8   A   It depends on the totality of the circumstances.
9   Q   Normally don't you need a warrant when you want to go
10      into the house and he says no you can't go in, normally?
11  A   Again, it depends on, on what you're there for and if
12      there's any, any exigencies to, to not get a warrant.
13  Q   All right.  The question is normally, and you've
14      referred to exigencies.  If there are exigent
15      circumstances you don't need a warrant; right?
16  A   On, on certain ones, yes.
17  Q   If there aren't exigencies you need a warrant to go into
18      somebody's house when they say no; right?
19                  MS. RAGONESI:  Object to form.
20  A   In, in most cases you would, yes.
21  Q   Okay.  So, if he had stepped outside, you wouldn't need
22      a warrant and you wouldn't need exigent circumstances;
23      right?
24                  MS. RAGONESI:  Object to form.
25  A   In that instance I had an exigency so I didn't need one.
```

```
 1        But to answer your question, no, I wouldn't have needed

 2        one anyways if he had stepped out.

 3   Q    What was your exigency?

 4   A    Again, Ms. Duncan being in there.  I don't know the

 5        level of the assault.  She called 9-1-1.  She was

 6        fearful enough to call 9-1-1 to advise us that she had

 7        been assaulted by, by her son.  When I did hear from

 8        her, the, the way that she portrayed "I'm fine" led me

 9        to believe that she was not okay.  And if I had left,

10        given what she had described of her son, that an assault

11        would have, would have continued, my, my, my overall

12        synopsis was that if I had left that, that she was in

13        danger.  Like I said, her, her response to me led me to

14        believe that she was not okay and that she feared for

15        her safety and, and, no.

16   Q    Are you done?

17   A    Yes, sir.

18   Q    Anything else?  Anything else that led you to think that

19        there was an exigency that you haven't already

20        mentioned?

21   A    Again, just the demeanor in her voice.

22   Q    I said anything else.

23   A    No, that was something else but...

24   Q    Okay.  Then tell me everything else, anything else.

25   A    Other than what I've stated already, we're good there.
```

```
 1   Q   Well, I thought you just said there was something else.
 2       Anything else?
 3                MS. RAGONESI:  Object to the form of the
 4       question.  That's misstating what he said.
 5   A   No, what I said was that her -- the demeanor in her
 6       voice not something I had said.
 7   Q   Okay.  At this point now is there anything that you
 8       haven't already told me that made you think there was an
 9       exigency?
10   A   Again, without, without having my report in front of me,
11       I don't know.
12   Q   Okay.  So, when you got inside the house, did -- at any
13       point when you were inside the house, did you see
14       whether Kathy Duncan had anything in her hands?
15   A   I don't recall.  I believe she was on the phone.  I
16       don't know if she had it in her hand or not.
17   Q   Do you recall hearing her talking on a phone?
18   A   I remember her speaking, speaking in a phone.  I don't,
19       I don't recall exactly what she was saying or who she
20       was talking to.
21   Q   You don't recall seeing her holding the phone that she
22       was talking into?
23   A   I, I don't recall that, no.
24   Q   Okay.  How about in the bedroom when there was a
25       struggle in the bedroom, you don't recall her holding a
```

```
 1        cell phone?
 2   A    I was a little busy in the bedroom.  I don't, I don't
 3        recall what she had in her hand at that point, no.
 4   Q    Do you recall because when you told her to go back into
 5        the house when you're struggling on the steps, then do
 6        you recall seeing her holding the phone?
 7   A    When he punched me in the face or after that?
 8   Q    No.  Go into the bedroom, out of the bedroom, out onto
 9        the back steps.  Then is there not a point when you told
10        her to go back into the house?
11             MS. RAGONESI:  Object to form.
12   A    Without my report, I'm not sure.
13   Q    You don't know?
14   A    Yeah, without my report I'm not, I'm not a hundred
15        percent sure.
16   Q    Without your report do you know anything at all about
17        whether you spoke to her while you were outside the
18        house?
19   A    No, just specifically what you, what you just asked, I'm
20        not certain if I asked her.
21   Q    Tell me all the conversation you can remember without
22        looking at your report after he had dragged you out of
23        the house and you were on the steps.
24   A    After he dragged me out?
25   Q    Tell me everything you can remember, without looking at
```

```
 1        your report, about conversation with Kathy Duncan after.
 2   A    I don't recall when the conversations I had with her --
 3   Q    -- So, without your report you recall nothing; is that
 4        right?
 5             MS. RAGONESI:  Object to the form of the
 6        question.
 7   A    That's, that's not what I said.
 8   Q    Then tell me what you do recall, without your report.
 9   A    I said I don't, I don't recall the conversations, if I
10        had any or not with her.  That's what...
11   Q    Okay.  Other than the fact that her voice was quiet when
12        she said "I'm here," tell me what else about her voice
13        made it sound like she was scared or in danger.
14             MS. RAGONESI:  Object to the form of the
15        question.
16   A    Other than what I, what I said previously?
17   Q    Well, I understood you said previously it was quiet.
18        I'm asking you is there anything else besides it was
19        quiet about her voice that made you think that.
20             MS. RAGONESI:  Object to the form.
21   A    I... As I said previously I said that it was quiet, it
22        was a little shaky, and just the way -- I've been doing
23        this a very long time, I've talked with tens of
24        thousands of people, and I can pick up on when, when
25        people are in -- speaking in distress and fear, and
```

```
 1         that's, that's what I picked up at that point.
 2    Q    Okay.  So, quiet and shaky.  Anything else about her
 3         voice?
 4    A    Again, based, based on my thousands of contacts with --
 5    Q    -- Not asking, not asking about your experience.  Listen
 6         to the question.  Anything else about her voice besides
 7         it was quiet and shaky?
 8                   MS. RAGONESI:  Object to the form of the
 9         question.
10    A    Again, everything that I'm, that I'm describing goes
11         into the totality of why --
12    Q    -- Not my question.  I'm not asking about the totality.
13         I'm asking solely about her voice.  Anything about her
14         voice besides it was quiet and shaky.  That's an easy
15         question.  Voice.  Anything else about her voice?
16                   MS. RAGONESI:  Object to form.
17    A    Again, it's not an easy question because a lot of, a lot
18         of factors moved into why I made the determination of
19         what I did of her voice.
20                   MR. LOBSENZ:  Okay.  Move to strike.
21    Q    I'm not asking about why you made the determination.
22         I'm not asking about your determination.  I'm not asking
23         about your thinking.  I'm asking what else about her
24         voice did you hear besides it was quiet and shaky.
25                   MS. RAGONESI:  Object to the motion to strike
```

1      and object to the form.

2   A   Again, there's, there's a number of things.  The way

3       that she said what she said, the way that I received it.

4              MR. LOBSENZ:  Do you want to...  Counsel, do

5       you think there's any point in taking a recess and

6       having a talk to Mr. McGee about answering the question?

7              MS. RAGONESI:  I think he's answering the

8       questions, Counsel.  I think you're asking poor

9       questions, and you're asking the same question again and

10      again.  And you're trying to improperly restrict his

11      answers.

12             MR. LOBSENZ:  Okay.  Well, I'll ask it again,

13      and I'm not restricting anything that has to do with her

14      voice; that's my question.

15  Q   Anything besides her voice you noted besides it was

16      quiet and shaky?

17  A   Anything besides her voice would qualify what I had

18      already answered about the factors that I have numerous

19      contacts and thousands of contacts I have with people in

20      distress and people with fear, and that all factored

21      into why I made that determination from her voice.

22             MR. LOBSENZ:  I reserve the right to ask

23      Judge Jones to order Mr. McGee to have further

24      deposition so I get actual answers.

25  Q   Okay.  You were successful pushing your way in; is that

```
1         correct?

2                   MS. RAGONESI:  Object to the form of the

3         question.

4    A    We, I did make entry into the house; correct.

5    Q    What happened to him when you stepped inside?

6    A    Before I could step inside he, he punched me in the

7         face.

8    Q    Before you stepped inside?

9    A    So, I think it happened as I was stepping in or right

10        about then.

11   Q    It happened as you were stepping in?

12   A    At some point, either prior -- right as I was stepping

13        in or at that point in the threshold of the door, at

14        some point I was struck in the face.

15   Q    As you step in, do you remember him stepping back?

16   A    Again, without my report, I'm not a hundred percent

17        certain what, what his, his actions were at that point

18        other than him striking me in the face.

19   Q    You don't remember him -- Do you remember him, without

20        your report, do you remember him stepping back before

21        there was any punch in the face?

22   A    Again, without my report, I don't know exactly what

23        transpired.

24   Q    You remember that after you stepped in you continued to

25        walk towards him after he stepped back?
```

```
 1              MS. RAGONESI:  Object to form.

 2    A    I don't know.  I would have to pull up my report and

 3         review that.

 4    Q    Let me read you this:  "I eventually shoved it open.  He

 5         kind of stepped back, and I walked in and started

 6         walking towards him."  Is that what happened?

 7    A    What are you reading that from?

 8    Q    Your tape recorded statement.  Let me read it again.  "I

 9         eventually shoved it open.  He kind of stepped back,

10         and, uh, I walked in and started walking towards him."

11         Is that what happened?

12              MS. RAGONESI:  Object to form.

13    A    Without whatever you're reading in front of me, I don't

14         know if that was, if that's accurate or not but...

15    Q    When he would not come out and started to shut the door

16         -- Well, at any point, at any point prior to this, your

17         getting inside the house, did you consider whether or

18         not you could just ask Kathy to come out of the house or

19         not?

20    A    You cut out again.  Ask Kathy for what?

21    Q    Did you consider asking Kathy to come out of the house?

22    A    I don't, I don't recall if I asked that or not.  I don't

23         believe I did.

24    Q    Why not?

25    A    Why not?
```

```
 1   A   The ones that look significantly younger.

 2   Q   Yeah, well, can you show me that?  Maybe you can hold it

 3       up.  We can mark it.  I want to identify --

 4   A   -- The, the first set of photographs that are numbered

 5       256 at the bottom right of the page.

 6   Q   I see, the page that has D-O-L-D dash B-L dash triple

 7       zero 256?

 8   A   Yep.

 9   Q   Okay.  There's six photographs on that page, and none of

10       those are you; right?

11   A   The first two and Number 3 are me.

12   Q   The first two and Number 3 are you.

13                               (Exhibit Number 10 marked.)

14   Q   Okay.  So now, on that page, which each photograph has a

15       .jpg?

16   A   Yeah.

17   Q   The first one in the upper left is 2511.jpg?

18   A   That one is of me, yes.

19   Q   Okay.  That one is of you.

20   A   Correct.

21   Q   The next one is 2512.jpg.  That one is of you?

22   A   Yes.

23   Q   The next one is 2513.  That one is of you?

24   A   Yes.

25   Q   Okay.  The next one is 2514.  That's not you; right?
```

147

```
1        front of you?

2    A   Yeah, if they, if they were looking for it.

3    Q   From the time that you, when you first opened the door

4        to the time that he punched you, did you ever see

5        anything in Alexander Dold's hands.

6    A   Ever see anything in his hands?

7    Q   Yeah, between those two time periods.

8    A   Just a, just a fist.

9    Q   Okay.  So, nothing in his hands; right?

10   A   I don't recall there being anything in his hands, no.

11   Q   Okay.  How about the entire evening, did you ever that

12       evening ever see him holding anything in his hand?

13   A   He grabbed, he grabbed my gun with his hand a few times.

14   Q   Okay.  Other than that did you ever see him holding

15       anything in his hands?

16   A   Just, just him grabbing my gun.

17   Q   Other than that, did you ever see him holding anything

18       in his hands?

19              MS. RAGONESI:  Object to the form.

20   A   Just that, no.

21              MR. LOBSENZ:  Okay, this might be a good spot

22       to take a break.

23              (Recess in proceedings 1:32 p.m. to 2:05 p.m.)

24              (Mr. Buck did not return.)

25              (Ms. DiGiovanni arrived.)
```

```
1    Q    Okay.  After this punch, did Mr. Alexander Dold stay in
2         the room where, where this punch happened?
3    A    Did he stay in the room?
4    Q    Yeah.
5    A    No; he turned around and made a run for a back bedroom.
6    Q    Okay.  And are you saying he actually ran?  He didn't
7         walk fast, he ran?
8    A    Yeah, that's what I said.
9    Q    Okay.  And when he was running to the back bedroom, do
10        you know where McCoy was now?
11   A    I believe he was right behind me, but not a hundred
12        percent certain.
13   Q    So, when Dold ran for the bedroom, McCoy was by this
14        point inside the house; is that right?
15   A    When, when he made a -- Excuse me.  When he started
16        going towards that back bedroom, I, I went after him and
17        Cody, Cody followed suit.
18   Q    Okay.  Is this when Cody entered the house?  Tell you
19        what, I'll ask it this way:  Did Cody McCoy enter the
20        house before or after the punch or do you know?
21   A    It would have been after.
22   Q    Okay.
23   A    He was behind me.
24   Q    Okay.  Did you see him, McCoy, do anything after he
25        entered the house?
```

| | | |
|---|---|---|
| 1 | A | Like initially after he assaulted me or in the bedroom |
| 2 | | or -- |
| 3 | Q | -- Did you hit him back after he punched you? |
| 4 | A | After he assaulted me, right then and there I don't, I |
| 5 | | don't recall if I did or not. |
| 6 | Q | Okay.  After he hit you, did you get your taser out? |
| 7 | A | After he assaulted me in the bedroom, later on, the -- |
| 8 | | my taser was produced, yes. |
| 9 | Q | So, you didn't take your taser out until you got in the |
| 10 | | bedroom? |
| 11 | A | I'm not a hundred percent sure.  I'm not a hundred |
| 12 | | percent sure, but I don't believe it came out until the |
| 13 | | bedroom, but I would have to refer to my report to be a |
| 14 | | hundred percent accurate. |
| 15 | Q | Okay.  So, do you remember whether you lost sight of him |
| 16 | | for any period of time when he ran from the room where |
| 17 | | the punch was, to the bedroom? |
| 18 | A | I think if my memory suits me just, just for a brief |
| 19 | | second when he went, when he first got into the bedroom. |
| 20 | Q | Was that a yes, you lost sight of him for a period of |
| 21 | | time? |
| 22 | A | Yeah, I said, if my memory suits me correctly, I believe |
| 23 | | I did lose him for a split second as he entered the |
| 24 | | bedroom. |
| 25 | Q | Okay.  Then when you entered-- Step back.  To enter the |

| | | |
|---|---|---|
| 1 | | bedroom you go through a doorway; is that right? |
| 2 | A | Yes. |
| 3 | Q | Was there a door on the doorway or not? |
| 4 | A | Not certain.  I believe there was, but I'm not a hundred |
| 5 | | percent sure. |
| 6 | Q | Do you remember having anybody opening a door to this |
| 7 | | bedroom? |
| 8 | A | I don't recall at this point. |
| 9 | Q | Okay.  When you got into the bedroom and first you lost |
| 10 | | sight of him for a split second, when you regain sight |
| 11 | | of him where was Mr. Dold? |
| 12 | A | I believe at that point he was, he was on the bed. |
| 13 | Q | And would you describe his position for me "on the bed"? |
| 14 | A | He was on his back with his hands and legs in a, in a |
| 15 | | fighting position. |
| 16 | Q | Okay.  What do you mean by "in a fighting position"? |
| 17 | A | His legs were, legs were kicked out and in the kind of a |
| 18 | | the -- at an angle.  And his, his fists were up ready to |
| 19 | | go. |
| 20 | Q | Okay.  You say his legs were at an angle.  Were either |
| 21 | | of his legs lifted off the bed? |
| 22 | A | I believe both of them were. |
| 23 | Q | Okay.  Were either of his legs pointed at a right angle |
| 24 | | up in the air? |
| 25 | A | They were basically -- Like, if this was -- I don't know |

```
1       if that's very good -- but that would be his, his shin
2       and his foot were pointed out -- his feet were pointed
3       out to the me like he was ready to kick.
4    Q  Okay.  And -- Well, I believe what Dep. McCoy -- I used
5       the phrase -- referred to a position of like a turtle on
6       its back.  Maybe you were listening then; were you?
7    A  I was there for his deposition.  I don't recall what was
8       said.
9    Q  Are you familiar with the position a turtle has when
10      it's lying on its back on its shell?
11   A  A turtle?
12   Q  A turtle.
13   A  Yeah, yeah.
14   Q  I don't know, when I was a kid I caught turtles.  If you
15      put them on their back they couldn't get -- right
16      themselves, and they had four appendages or legs kind of
17      waving around.  Is that the position you're describing?
18              MS. RAGONESI:  Object to form.
19   A  Well, when you, when you think of a turtle on its back
20      you think of a nice, sweet animal.  He was, he was in a
21      fighter's position ready, ready to fight.
22   Q  What's a fighter's position?
23   A  What's that?
24   Q  What's a fighter's position?
25   A  In a ground fighting position.  If you go to the ground
```

| 1 | | that's the position that you take to try to -- |
|---|---|---|
| 2 | Q | -- What is it? Describe it. |
| 3 | A | I can do it again. He was on his back. His fists were |
| 4 | | like this if he's on his back, and his legs were up off |
| 5 | | the bed. |
| 6 | Q | Okay. I know it's being filmed, but you say "up like |
| 7 | | this." Can you use words to describe where you're |
| 8 | | putting your fists when you say "up like this"? |
| 9 | | MS. RAGONESI: For the record, I don't know if |
| 10 | | you realize it, but you're cutting the witness off quite |
| 11 | | a bit but. |
| 12 | | MR. LOBSENZ: I'll slow down. |
| 13 | | MS. RAGONESI: If you let him finish and ask |
| 14 | | for clarification, that would be great. |
| 15 | | MR. LOBSENZ: I will. |
| 16 | A | His fists were in what I would refer to as the guard |
| 17 | | position. |
| 18 | Q | Okay. You're holding your, right now holding your fists |
| 19 | | up almost to the level of sort of your chin; is that |
| 20 | | about right? |
| 21 | A | It, you know, it would be up in this fashion. |
| 22 | Q | Is that up around your chin? |
| 23 | A | Yeah. |
| 24 | Q | Okay. So, he's on his back. Fists in that position, |
| 25 | | legs also up in the air. Anything in those hands? |

```
1   A    You cut out.  If he hadn't what?

2   Q    Stays on his back.  What you're telling me even if he

3        stayed on his back and if he just extended his leg he

4        could have kicked you from where you were?

5   A    Yes.

6   Q    Okay.  Could he have hit you with his hands from where

7        he was lying on his back on the bed?

8   A    If he was, if he was lying on what?

9   Q    He's lying on the bed.  From where he was lying on the

10       bed with his hands in that position you showed me, could

11       he have hit you with his hands, if you didn't move and

12       he didn't move from those positions?

13            MS. RAGONESI:  Object to the form.

14  A    Like I said, it would have been with his feet not his

15       hands.

16  Q    Okay.  All right.  So, did you get closer to him than

17       that couple of feet?

18  A    I did, yes.

19  Q    Why?

20  A    To arrest him.

21  Q    Okay.  So, you put yourself in greater danger by getting

22       closer; true?

23            MS. RAGONESI:  Object to form.

24  A    I put myself in greater what?

25  Q    Danger by getting closer.
```

```
 1              MS. RAGONESI:   Object to form.

 2   Q   Didn't you?

 3   A   I did what was, what was required of me which was

 4       attempt to apprehend a suspect that I had a probable

 5       cause to arrest.

 6   Q   So, you moved within reach of his fists, no?

 7   A   I moved in to arrest him, correct.

 8   Q   Okay.  And when you moved in to within reach of his

 9       fists did he hit you again?

10   A   The whole, the whole time he was flailing, you know,

11       swinging his arms and kicking his feet.  I believe he

12       made contact with me a few times in that.

13   Q   With what part of you did he make contact with?

14   A   I, I'm -- At this point, without my report in front of

15       me, I'm not a hundred percent certain.

16   Q   Okay.  Did you use your taser then?

17   A   I don't know if it was then or -- I believe Cody, Cody

18       did his first, but I'm not a hundred percent certain.

19   Q   When you said Cody did his --

20   A   -- Used his taser first.

21   Q   Did he use it in the dart mode?

22   A   I'm not certain.

23   Q   You're not certain whether it was dart or stun mode that

24       he used it in?

25   A   I'm not certain, but I'm, I'm assuming it was more than
```

| | | |
|---|---|---|
| 1 | | likely dart mode. |
| 2 | Q | Okay. Do you know whether any darts hit Mr. Dold? |
| 3 | A | At that point I'm not a hundred percent certain. |
| 4 | Q | Did you ever see any darts that had hit Mr. Dold? |
| 5 | A | I believe I saw -- when I used, when I applied my taser |
| 6 | | that, with the amount of moving around that he was |
| 7 | | doing, that one, it appeared that I had, I had a good, |
| 8 | | good connectivity at one point and -- with the -- I saw |
| 9 | | one taser -- I -- in one of his forearms, I believe it |
| 10 | | was his forearm, at some point. And I think it fell out |
| 11 | | at some point during the struggle. |
| 12 | Q | Let's see if I understand. You saw one dart in his |
| 13 | | forearm at some point during the struggle? |
| 14 | A | Yeah, in the bedroom. I'm not certain at what point I |
| 15 | | saw that. |
| 16 | Q | In the bedroom. Okay. |
| 17 | A | I believe it was. |
| 18 | Q | And you do or don't know whether that was from your |
| 19 | | taser or Cody McCoy's taser? |
| 20 | A | I'm not certain at this point. |
| 21 | Q | Okay. And you said it -- You said "when I used my |
| 22 | | taser." When you first used your taser did you first |
| 23 | | use it in dart mode or stun mode? |
| 24 | A | I'm not a hundred percent certain at this point. |
| 25 | Q | Okay. When you went to, to arrest him when he was |

```
 1        laying on the bed, do you know if Kathy Duncan was in

 2        the room at that point?

 3   A    She was not in the room, no.

 4   Q    Was she ever in that bedroom?

 5   A    I, I don't recall her being in there.  Again, it was, it

 6        was a very small room, not a, not a whole lot of room

 7        for, for four people.

 8   Q    When you were in the bedroom, did you hear Kathy Duncan?

 9   A    I don't know if I heard her in the bedroom or at some

10        point during, during the struggle I, I heard her, but

11        I'm not sure exactly when.

12   Q    Where was she when you heard her?

13   A    I just said I don't know at what point I heard her.

14                              (Interruption in proceedings.)

15   Q    Wherever she was exactly, do you know when you heard her

16        whether she was inside or outside the house?

17   A    Again, I'm not certain where she was or when it was.

18   Q    What did you hear her say?

19   A    Something to the effect of, "Alex, stop, stop fighting"

20        or said something to that effect.

21   Q    Okay.  Anything else you remember her saying?

22   A    Not at this point.

23   Q    Okay.  Well, so far today you've said at one point she

24        said "I'm here."  And now you've said you remember her

25        saying, "Alex, stop fighting."  What else do you
```

```
1        remember her saying that night, if anything?

2    A   Again, it's -- I don't, I don't recall -- I didn't have

3        direct interaction with her at that point.

4    Q   Not at that point.  Any time that night do you remember

5        her saying anything else?

6    A   Again, without, without my report in front of me, I'm

7        not certain.

8    Q   While you were struggling in the bedroom with Mr. Dold,

9        did you try to talk to Mr. Dold?

10   A   Did I try to talk to him?

11   Q   Yep.

12   A   In between him hitting and kicking me I asked him -- I

13       told him to stop fighting and stop resisting.

14   Q   Okay.  Anything else you said to him besides stop

15       fighting and stop resisting?

16   A   Like did I -- Are you asking if I called for a time out?

17   Q   No.  I'm asking if you recall saying anything else to

18       him besides stop fighting and stop resisting.

19   A   Well, he was, he was busy assaulting me, and I was

20       trying to, trying to arrest him, so the communication

21       wasn't really, wasn't really there.

22   Q   Not my question.  Do you remember saying anything else

23       to him?

24               MS. RAGONESI:  Object to form.

25   A   That's a different question than you asked before.  So
```

| | | |
|---|---|---|
| 1 | A | Exact time frame I, I couldn't venture to guess. It |
| 2 | | wasn't very long. |
| 3 | Q | What does that mean, not very long? |
| 4 | A | It wasn't ten minutes. |
| 5 | Q | Okay. Was it a minute? |
| 6 | A | I, I don't know. |
| 7 | Q | Okay. Did the struggle continue somewhere else not on |
| 8 | | the bed? |
| 9 | A | It -- We ended up on the floor next to the bed for, for |
| 10 | | a brief minute and then, and then out towards the porch. |
| 11 | Q | Okay. Do you know how you ended up on the floor? |
| 12 | A | Again, without, without my report directly in front of |
| 13 | | me, I, at this point I don't know, no. |
| 14 | Q | Well, did he go to the floor on his own? |
| 15 | A | Again, at this point it's been over four years, I, I |
| 16 | | don't know. |
| 17 | Q | Did you throw him to the floor? |
| 18 | A | I don't recall throwing him to the floor. I don't |
| 19 | | recall how he ended up on the floor. Again, it's been, |
| 20 | | it's been over, over four years. I'm not certain. |
| 21 | Q | When he ended up on the floor, did he end up face up, |
| 22 | | face down, or on his side? |
| 23 | A | I'm not sure at this point. |
| 24 | Q | Did you get on top of him when he was on the floor? |
| 25 | A | I, I'm not sure. |

```
 1   A   I, I don't know, because, like I said, it's a different
 2       incident and different, different forms are filled out.
 3   Q   Doesn't the Snohomish County Sheriff's Office require a
 4       Use of Force Report to be filled out every time there's
 5       an use of force?
 6               MS. RAGONESI:  Object to form.
 7   A   I, I don't know what, what the policy is for, for the
 8       Sheriff's Office.  I haven't worked there in several
 9       years.
10   Q   Was there ever a time when you were asked to fill out a
11       Use of Force Report while working for Snohomish County
12       and you refused?
13   A   Not that I recall.
14   Q   Was there ever a time when you were asked to fill out a
15       Use of Force Report and you were excused from having to
16       do it?
17   A   Not that I recall.
18   Q   What happened from the floor?  Did Mr. Dold get up from
19       the floor in the bedroom?
20   A   At some point he did, yes.
21   Q   When he got up was he still in physical contact with
22       either you or McCoy?
23   A   I don't recall if he was physically whether we were
24       engaged with him at that point or not.  But he did, he
25       did get to his feet.
```

| | | |
|---|---|---|
| 1 | Q | Well, where were you when he got to his feet? |
| 2 | A | My exact placement, I don't recall. I... I was right |
| 3 | | behind him I believe but I'm not certain. |
| 4 | Q | I couldn't hear the words before something, something |
| 5 | | right behind him. |
| 6 | A | I said I believe. |
| 7 | Q | Okay. You believe you were right behind him when he got |
| 8 | | up? |
| 9 | A | I believe so, but, again, without my report, I'm not a |
| 10 | | hundred percent accurate. |
| 11 | Q | Then what happened from that position? |
| 12 | A | From that position he, he tried to go back, run back out |
| 13 | | towards the room where, where Ms. Dold was. |
| 14 | Q | Okay. And when he did that what did you do? |
| 15 | A | I immediately gave -- pursued him. |
| 16 | Q | Well, were you in physical contact with him when you |
| 17 | | pursued him? |
| 18 | A | I don't know how, how quickly I reengaged him, but at |
| 19 | | some point I did, I did attempt to apply a LVNR on him |
| 20 | | at that point. |
| 21 | Q | Attempt. Why didn't you say that as if you weren't |
| 22 | | successful? Were you successful? |
| 23 | A | He dragged me all the way through the room or through |
| 24 | | that entire room, so at that point, no, I was not. |
| 25 | Q | Okay. Which room are we talking about that he dragged |

```
1    you through, the entire room, the bedroom or the next
2    room?
3  A  The next room.  It was, again, it was the initial room
4    where we first met him.  I'm not certain what room it
5    was.
6  Q  Okay.  While he was dragging you, wasn't your arm around
7    his neck?
8  A  I was attempting to apply the LVNR, yes.
9  Q  Okay.  And that was your left arm?
10 A  I wanted to say it was my right arm.  But, again, I have
11   to have my report in front of me to be accurate.
12 Q  Okay.  And are you applying pressure to his neck while
13   he's dragging you out of the room?
14 A  I am trying to apply the LVNR at that point, yeah.
15 Q  I didn't ask exactly that.  I said, "Are you applying
16   pressure to his neck while he's dragging you out of the
17   room?"
18              MS. RAGONESI:  Object to form.
19 A  I'm assuming so, but, again, without my, without my
20   report, I can't be a hundred percent accurate.
21 Q  So, explain to me why this is just -- you're describing
22   it as an attempt to apply the LVNR and not as "I'm
23   applying the LVNR"?
24 A  Because it was a very dynamic situation.  He was, he was
25   still moving.  I was being dragged behind him.  And it
```

```
1        was, it was -- I was attempting to, to apply it.  It
2        wasn't successful for the first little while, yeah.
3   Q    Well, when you say "I was attempting to apply," was your
4        arm in the right position?
5   A    Again, without my report, I can't be a hundred percent
6        certain.  But I would say that it, that it was in
7        accordance with the training that I received at the
8        time.
9   Q    Well, then tell me what the training was that you
10       received at the time.
11  A    I already answered that I don't know what.
12  Q    Well, if you don't know what it was, how can you tell me
13       that it was in accordance with your training.
14              MS. RAGONESI:  Object to the form.
15  A    Whenever I applied any, any use of force, I, I always
16       tried to accurately do it in accordance with the
17       training that I had received and been taught.
18  Q    Okay.  So, do you remain in -- I'm going to call it the
19       living room.  I don't know what else to call it -- but
20       the first room?  He drags you into that first room.  Do
21       you remain in that first room?
22  A    No; we made -- he made his way back to, back to the
23       door.
24  Q    We're now talking about back to the front door of the
25       house?
```

```
1   A   I'm not certain if it was the front -- It was the door
2       that we came in.
3   Q   Okay.  And when he got there, you're still attached to
4       his back?
5   A   He's still dragging me, yes.
6   Q   And you're still trying to render him unconscious with
7       the restraint?
8   A   Again, without my report, I can't be a hundred percent
9       certain, but I believe so, yes.
10  Q   Do you remember any time when Dep. McCoy suggested you
11      use this restraint?
12  A   I, I do not recall that, no.
13  Q   Do you remember Dep. McCoy saying, "We have to make him
14      unconscious"?
15  A   I don't recall that, no.
16  Q   Did McCoy suggest that you make him unconscious?
17              MS. RAGONESI:  Object to form.
18  A   I just answered the same question twi-- I don't know
19      what, what he said or suggested.
20  Q   Did you -- You were trying to render him unconscious;
21      weren't you?
22              MS. RAGONESI:  Object to form.
23  A   I was trying to control him so we could arrest him.
24  Q   Okay.  What about, were you trying to render him
25      unconscious?
```

```
1              MS. RAGONESI:  Object to form.

2    A    I was -- Sorry.  Yes, I was, I was trying to control him

3         to arrest him.

4    Q    That wasn't the question.  See, I asked were you trying

5         to render him unconscious, and you said "I was trying to

6         arrest him."  So, I'll ask again.  Were you trying to

7         render him unconscious?

8              MS. RAGONESI:  Object to the form of the

9         question.

10   A    What I, what I actually said was I was trying to control

11        him and arrest him.  And I, yes, the ultimate goal was

12        to render him unconscious.

13   Q    Okay.  At this point did you think that if you didn't

14        render him unconscious he would harm his mother?

15   A    My, my main concern was, yes, the mother.  I, I don't

16        know -- I still haven't observed any injuries on her; I

17        haven't seen her.  I don't know if she's -- I don't know

18        what her status is at that point.  I don't know if he's

19        trying to make his way to her.  He'd already assaulted

20        me.  He'd already assaulted pretty much everybody in the

21        house at that point.

22   Q    Let's stop there.  He'd assaulted -- You were dragged

23        into this first room you went into.  Now do you see

24        Kathy Duncan as you're being dragged?

25   A    Again, without my report, I can't be a hundred percent
```

```
1   Q   Do you recall hearing any officer that night ever say,
2       "I could shoot you"?
3   A   I don't, I don't recall at this point.
4   Q   Okay.  We got -- I think you said he was headed towards
5       the same door you came in; right?
6   A   Towards the first door, yes.
7   Q   Okay.  Did he go through the door?
8   A   I think, I think at that point, again, without my report
9       in front of me I can't be a hundred percent certain, but
10      I think at that point he kind of fell to the ground or
11      tumbled, and to me, I at that point I thought as though
12      he may have lost consciousness.  And I attempted
13      restraint.
14  Q   Okay.  The question was did he go through the door.
15      You're saying he fell.  Did you say "through" or "to the
16      ground"?
17  A   I don't recall exactly what I said.  But I don't know if
18      he landed -- I think he landed or we landed because I
19      was in tow.  I think that's where we landed on, on the
20      landing of the porch.
21  Q   Okay.  Well, what I'm trying to -- You help me out here
22      if you can.  When he fell onto the landing, are you
23      still attached to his back?
24  A   I believe I went down with him and, and kind of slipped
25      on, on the, on the landing of the porch.
```

1  Q  Well, what I'm asking is are you still applying this
2     lateral vascular neck restraint as you fall with him?
3  A  As, as we fall, I had -- I can't recall at this point
4     with, what my actions were.
5  Q  Okay.  And at what point were you thinking he might have
6     lost unconsciousness?  It's while falling or after he
7     fell?
8  A  Again, without my report, I can't be a hundred percent
9     accurate.  I want to say it was when we landed on, on
10    the ground, I kind of I think I slipped on, on the
11    porch.  And at some point Cody McCoy was attempting to,
12    to restrain his -- him in handcuffs.
13 Q  Well, I was asking you about when he went unconscious.
14    You told me that at some point you thought he might be
15    unconscious.  I'm asking you at what point that is.
16 A  And I said I, I don't know.  I was on the ground and
17    what I was trying to do, trying to detain him at that
18    point.
19 Q  What made you think he might be unconscious?
20 A  He momentarily stopped fighting.
21 Q  He went limp?
22         MS. RAGONESI:  Object to the form of the
23    question.
24 A  I was going to ask what the question was again.
25 Q  Did he go limp?

1         MS. RAGONESI:  Same objection.

2   A   I don't know at this point.  I don't recall.  All I know

3       is he stopped, he stopped fighting momentarily.

4   Q   Do you recall reading a few days ago when you read your

5       tape recorded statement that you said he felt like he

6       went limp?

7   A   I don't recall.

8   Q   Okay.  Have you fired your weapon while in the course of

9       duty?  I don't mean at a target practice or something,

10      but I mean while on duty while encountering people?

11  A   With an animal.

12  Q   You killed a dog at some point; is that right?

13  A   I shot a dog, yes.

14  Q   And it died; right?

15  A   It did.

16  Q   And there was some complaint about that?

17  A   There was.

18  Q   And what were you investigating at that time?

19  A   That was a long, long time ago.  I don't know if I'm

20      accurate or not.  I think I'd gone to the house to do a

21      notification of death.

22  Q   Is that -- What does that mean "a notification of

23      death"?  To do what?

24  A   Just notifying somebody that somebody had passed away.

25  Q   And who were you notifying?

```
 1   Q   Okay.  You want to give it again?  You recall that you
 2       said when he fell to the floor that you felt him go
 3       limp?
 4            MS. RAGONESI:  Object to the form.
 5   A   I would defer to my previous answer because, again, at
 6       this point without my report in front of me I, I'm not
 7       certain.
 8   Q   After he fell, what was his position on the porch, his
 9       body?
10   A   As far as if he was on his -- I believe he was stomach
11       facing down.
12   Q   So, at that point you couldn't see his face; is that
13       right?
14   A   When he initially went down to the floor?
15   Q   You said he's down, face down.  I'm asking can you see
16       his face.
17   A   Initially I don't recall if I could see his face or not.
18   Q   Okay.  After he fell where was McCoy?
19   A   I'm not, I'm not certain.  He was, he was behind us.  I
20       don't, I don't recall where he was.  I just recall him
21       trying to restrain him at some point shortly thereafter.
22   Q   At some point did you come to believe that he was
23       regaining consciousness?
24   A   Yeah, when he, when he came back to and started fighting
25       again.
```

220

```
1   Q   When he came back "through" or "to"?  I can't hear.
2   A   Came back to consciousness, if -- Like I said, I believe
3       he did lose consciousness.  And when he, when he
4       appeared to be -- come back to, he immediately started
5       fighting with us again.
6   Q   How long was he apparently unconscious to you?
7   A   Again, the time frame, I don't know the exact time.  It
8       was, it was fairly quick.  I remember Cody trying to
9       restrain him and, and not being able to get both
10      restraints on.
11  Q   What do you mean by "fairly quick"?
12  A   It wasn't, it wasn't very long.  Again, the time frame
13      I'm not certain, but it wasn't an extended period of
14      time.
15  Q   What do you mean by an extended period of time?
16  A   It wasn't a long period of time.  It wasn't several
17      minutes.  It was fairly quick.  Cody was trying to,
18      trying to restrain him and was, was only able to get one
19      restraint on at that point.
20  Q   Did you reapply the neck restraint?
21  A   Did I reapply the LVNR?
22  Q   Yeah.
23  A   When he, when he started fighting I went back into it,
24      yes.
25  Q   So, there was some period of time when you released the
```

```
 1        LVNR?

 2   A    As I previously stated, I had slipped on the, on the,

 3        the porch.

 4   Q    So, there was some period of time when you released it?

 5        Is that related, the slip and the releasing?

 6   A    Yeah, I just answered, yeah.  That when I slipped I

 7        wasn't, wasn't holding onto him directly.

 8   Q    Directly, what does that mean?  Were you holding onto

 9        him some other way?

10   A    No.  Like I said, I slipped and I wasn't -- I didn't

11        have contact with him.  I don't recall having contact

12        with him.

13   Q    Okay.  So, there's no contact with him, and then you put

14        the neck restraint back on?  Is that right?

15   A    When he came -- When he started fighting again and we

16        were working -- we weren't able to further restrain him

17        in the second handcuff, yeah, I reapplied the lateral --

18        the LVNR.

19   Q    Okay.  And when he started struggling again, did you put

20        all your weight on top of his back?

21   A    How much weight was put where, I don't know.  The, the

22        porch was very, very slippery, and I -- my lower half of

23        the body was, of my body was pointed down the stairs.

24        So, if -- I couldn't venture to say that I had all my

25        weight on him, no.
```

```
1   Q   What part of your body did you put on his back?

2               MS. RAGONESI:  Object to the form.

3   A   Again, my, my, my body, the majority of it was, was

4       down, facing down the stairs, and the, the slipperiness

5       I guess -- it's not really a word -- but just the

6       slippery nature of the porch made it difficult to, to

7       remain in one, in one place.

8   Q   Is this a true statement:  "I immediately dropped all my

9       weight down onto his lower back and chest area"?

10              MS. RAGONESI:  Object to form.

11  A   I, I don't know what you're reading.

12  Q   I know you don't.  Is that a true statement, though?

13              MS. RAGONESI:  Object to form.

14  A   How, how would I answer that if I don't know what you're

15      reading.

16  Q   You would answer whether it was true because you know it

17      was true or you would answer it was not true if it was

18      not true.  So, I'll read it again.  "I immediately

19      dropped all my weight down onto his lower back and

20      chest," period.  Is that true?

21              MS. RAGONESI:  Object to form.

22  A   Again, I don't know what you're reading, so I can't give

23      an accurate depiction of whether or not whatever it is

24      that you're reading is true or not true or what it is or

25      what it isn't.
```

```
1   Q   Why do you need to know what I'm reading from in order
2       to know it's true?
3   A   Because it sounds like you're putting words in that I
4       don't know what it is that you're putting in.
5   Q   Well, so then if it doesn't sound true to you why can't
6       you answer "that doesn't sound true to me"?
7           MS. RAGONESI:  Object to the form of the
8       question.
9   Q   Why do you need to know what I'm reading from in order
10      to know if it's true?
11          MS. RAGONESI:  Object to the form of the
12      question.  Counsel, it's getting argumentative.
13  A   I mean, we could go back and forth all day long.  You
14      can tell me what it is you're reading.  I can probably
15      give you an accurate answer from that.  But, again, if,
16      if you want to keep going back and forth with this my
17      answer is the same as it previously was.
18  Q   And I'll tell you I'm reading from Page 18 of your tape
19      recorded statement word for word.  Now, could you tell
20      me if it's true?
21          MS. RAGONESI:  Object to the form.
22  A   I don't know.
23  Q   Why don't you know if that's true or not?
24          MS. RAGONESI:  Object to the form of the
25      question.  It's been asked and answered.  Counsel, are
```

```
 1    you going to show the witness the exhibit or continue to
 2    read excerpts?
 3              MR. LOBSENZ:  You can show him the exhibit if
 4    you'd like.
 5  Q  Did you maintain the neck restraint, then, after he
 6    began to struggle again?
 7  A  I, I reapplied it, yes.
 8  Q  For how long?
 9  A  I don't know.
10  Q  Did you talk to Dep. McCoy about keeping the neck
11    restraint on?
12  A  At this point I don't recall what was said or not
13    between Dep. McCoy and I.
14  Q  Did you decide it was necessary to keep the restraint on
15    until the additional officers showed up?
16  A  Again, at this point without my, without my report in
17    front of me, I don't know what I was -- where I was at
18    at that point.
19  Q  Did you make any more attempts to activate your
20    microphone while you were out there on the porch?
21  A  I believe it -- at some point I, I asked for some help.
22    And then later on I, I'd asked for an aid car.
23  Q  Okay.  How long did it take for people to show up from
24    the time you fell out there on the porch?
25  A  I, I don't know.
```

1       did.  I don't recall at this point.

2  Q  Were you in pain at that time when the aid car came?

3  A  I was.

4  Q  And what hurt?

5  A  Without, again, without my report, I would need to

6      reference that to see exactly what -- how I remember my,

7      my back was in pain from slipping down, down the

8      stairwell.  And arm, my arm was hurt, pretty numb, both

9      of them.  And I'm not -- I don't know exactly what else.

10  Q  Do you recall what other officers did eventually show

11     up?

12  A  Who?  Are you asking for who, who they were?

13  Q  Yeah.  Who do you recall?

14  A  At this point I don't recall specific names of who was

15     there that night.  Obviously McCoy was there, McCoy was

16     with me.  A couple of Monroe officers.  Some more, some

17     more deputies.  I don't know exact numbers of them.

18     Sgt. Johnson was there.  I don't know exactly all who

19     else.

20  Q  Did you stop applying the neck restraint when the Monroe

21     officers showed up?

22  A  When, when they showed up I, I stopped the LVNR, and I

23     was exhausted and slipped down the, down the stairs as

24     they, as they came up.

25  Q  When you were -- When the other officers came to relieve

| | | |
|---|---|---|
| 1 | | you and you could leave the stairs, where did you go |
| 2 | | immediately? |
| 3 | A | Again, without, without my report in front of me, I |
| 4 | | don't know exactly where I went immediately from there. |
| 5 | | I did, I did end up down in the area of wherever it was |
| 6 | | that we parked the car. |
| 7 | Q | Did you see any other officers applying CPR to Mr. Dold? |
| 8 | A | I had -- I could not see what was going on from where I |
| 9 | | was. |
| 10 | Q | So, you never saw -- Did you ever see any of the medical |
| 11 | | aid people giving CPR to Dold? |
| 12 | A | Again, I couldn't see what, what was going on over there |
| 13 | | from where I was. |
| 14 | Q | Okay.  At some point did you become aware, even if you |
| 15 | | couldn't see it, did you get informed that people were |
| 16 | | giving CPR to him? |
| 17 | A | I, I still had my portable radio on and I heard at one |
| 18 | | point that they had, they had finally got him detained. |
| 19 | | I remember something to the effect of they had a weak |
| 20 | | pulse, then they were starting CPR and asked for aid to |
| 21 | | expedite. |
| 22 | Q | At some point that evening did you learn that Mr. Dold |
| 23 | | had died? |
| 24 | A | Yes. |
| 25 | Q | Do you know where you were when you learned that? |

1   A   By my patrol car.

2   Q   Okay. Are we talking about by your patrol car still out

3       there on 221st Southeast?

4   A   Yes.

5   Q   Did you have contact with Dep. Ed Whipple out there by

6       your patrol car?

7   A   Ian Whipple?

8   Q   Sorry. Ian Whipple. Is there more than one Whipple?

9   A   There's no Ed Whipple, just Ian Whipple.

10  Q   Is that the same Whipple you were with when you

11      encountered Adam Colliers?

12  A   Yes.

13  Q   Did you have contact with Dep. Ian Whipple on this night

14      March 20, 2017?

15  A   At some point I believe he arrived when I was at my car

16      and stayed, stayed there until the aid car arrived to

17      examine -- He was, he was there and, and around. I

18      don't know exactly where he was. He was around me or

19      around my car waiting for the aid car.

20  Q   Did the two of you talk?

21  A   I, I don't remember talking to him. I think he asked if

22      I was okay. That was, that was pretty much it, I

23      recall.

24  Q   Was he there when you, when you learned that Mr. Dold

25      had died?

# APPENDIX D

2

3

4

5

6

7        UNITED STATES DISTRICT COURT

8     WESTERN DISTRICT OF WASHINGTON AT SEATTLE

9   JENNIFER DOLD, personal      )
    representative of the estate )
10  of Alexander Dold; and       )
    KATHY DUNCAN,                 )
11                                )
              Plaintiffs,         )
12                                )
                 vs.              )      NO. 2-20-cv-00383-RAJ
13                                )
    SNOHOMISH COUNTY, a political )
14  subdivision of the State of   )
    Washington; BRYSON McGEE; and )
15  CODY McCOY,                   )
                                  )
16            Defendants.         )

17  _____

    REMOTE VIDEO RECORDED DEPOSITION UPON ORAL EXAMINATION OF
18
                          CODY MCCOY
19  _____

20

21

22

23

24          MONDAY, NOVEMBER 22, 2021

25              DEHUFFDEPO.COM

                          1

```
 1   Q   Okay.  And what was that about a Charles?  It was -- Is
 2       that the location?
 3   A   Yeah, the area that the call fell in.
 4   Q   Okay.  And what was that area?
 5   A   I believe it was Charles 3, but it might be Charles 4.
 6       It's been a while since I was there.
 7   Q   And that's some subdivision of South Snohomish County?
 8   A   Yeah, my patrol area.
 9   Q   Okay.  What else do you recall?  Physical domestic, son
10       and mother.  Anything else?
11   A   I remember getting an update about the, the suspect's
12       being off his medications.
13   Q   Okay.  That's -- For right now, for purposes of these
14       questions, I'm trying to ask if you remember hearing
15       anything else while you were in the station.
16   A   Not to my recollection.
17   Q   Okay.  So, while you were in the station you didn't hear
18       anything about what particulars were of whatever this
19       physical domestic altercation was?
20   A   I believe it was just a son had pushed his mother.
21   Q   Okay.  Anything else you remember hearing over the radio
22       while you were in the station?
23   A   No.
24   Q   Okay.  Then you got more information after you left the
25       station?
```

```
 1      park?
 2    A  No.
 3    Q  Did you get any information about what cars to expect in
 4       the area?
 5    A  Yes.
 6    Q  Okay.  Well, what do you recall getting information
 7       about that?
 8    A  The description of two vehicles, one being the mother's
 9       and one being the suspect's.
10    Q  And what was the description of the mother's vehicle?
11    A  A green car of some sort, I believe.
12    Q  I'm sorry, it was a little fuzzy.  What was that?
13    A  A green car of some sort I believe.
14    Q  A green car.  And does Yaris sound familiar?
15    A  Yeah.
16    Q  Okay.  And what were you told about where it would be?
17    A  I think it was parked in the driveway.
18    Q  Okay.  Not on the road but in the driveway?
19    A  I don't recall.  I believe it was in the driveway.
20    Q  And what about the second vehicle, what were you told
21       about it?
22    A  I believe it was a Saturn, the suspect's car.
23    Q  Okay.  And the color?
24    A  I don't recall, but I want to say white.
25    Q  Okay.  In the time from when you started -- From the
```

```
 1   A   I don't recall.

 2   Q   Okay.  I just want to see if I can confirm.  I think

 3       this is in your statement as well.  But on police radio

 4       you would be referred to as 1 Charlie 2 or 1C2?

 5   A   Correct.

 6   Q   And McGee would be 1 Charlie 9?

 7   A   I believe so.

 8   Q   Okay.  The police dispatch log shows that 1 Charlie 2 --

 9       that being you -- arrived at 9:47 p.m. and twelve

10       seconds.  Do you have any reason to disagree with that?

11   A   No.

12   Q   Did you make an effort to drive as fast as possible, as

13       fast as safely possible?

14   A   I don't recall.

15   Q   While you were driving did any communication come to you

16       over police radio that you should get there faster?

17   A   No.

18   Q   Were you ever advised at any time before you got there

19       that there was an emergency?

20   A   A physical domestic.

21   Q   Uh-huh.  Well, that had happened --

22   A   -- Emergency.

23   Q   Can't understand.

24   A   That is an emergency.

25   Q   That is an emergency always?  Is that what you're
```

```
1        saying?

2   A    I mean, yes.

3   Q    Okay.  Well, would you agree with me that if it was --

4        somebody reported that there was a push the day before

5        that wouldn't be an emergency?

6   A    Correct.

7   Q    Okay.  If somebody -- If police radio said "son pushed

8        his mother six hours ago," would you consider that an

9        emergency?

10  A    Yes.

11  Q    You would.  Well, how recent does it -- How far back can

12       it be for it to still be an emergency in your mind?

13  A    The day of.

14  Q    Any time in the last twenty-four hours and it's an

15       emergency?  I just -- Is that what you're saying?

16  A    In my opinion.

17  Q    In your opinion.  Okay.  When you left the police

18       station, was there anything you had to do before you

19       left?

20  A    I don't recall.

21  Q    Well, do you know whether there was any equipment you

22       had to gather up before leaving?

23  A    I don't recall.

24  Q    In your written report on Page 1, which I can at least

25       represent to you -- and if you want we can stop and you
```

| 1 | A | Not on the driveway but on the road. |
| 2 | Q | On the road. Okay. Did you know which driveway to turn |
| 3 | | in? |
| 4 | A | Approximately, yeah, from our mapping system. |
| 5 | Q | Okay. And what was it that McGee asked? |
| 6 | A | I believe it was the house address and a description of |
| 7 | | the vehicles. |
| 8 | Q | Okay. And did that help? |
| 9 | A | Yes. |
| 10 | Q | Okay. After you got that description of the vehicles, |
| 11 | | then what happened? |
| 12 | A | We located the correct driveway and walked up the |
| 13 | | driveway. |
| 14 | Q | You located the driveway -- am I right -- you parked |
| 15 | | because you saw the mother's vehicle? |
| 16 | A | I don't recall why we parked where we did. |
| 17 | Q | Okay. Was the mother -- Do you recall if you found the |
| 18 | | mother's vehicle where you expected to find it? |
| 19 | A | Yes. |
| 20 | Q | And that's, and that's, yes, you did find it where you |
| 21 | | expected to find it? |
| 22 | A | Yes. |
| 23 | Q | Okay. All right. And was it -- How far away were these |
| 24 | | two vehicles, the mother's vehicle and the white -- You |
| 25 | | called it a Saturn; is that right? |

| | | |
|---|---|---|
| 1 | Q | And when you walked down the driveway, did you hear any |
| 2 | | noises from or voices from people when you walked down |
| 3 | | the driveway? |
| 4 | A | Not that I recall. |
| 5 | Q | Did you pass any other houses? |
| 6 | A | No. |
| 7 | Q | When you parked, were you in the vicinity of any other |
| 8 | | houses? |
| 9 | A | Yes. |
| 10 | Q | Did you hear -- Were there lights on in those houses? |
| 11 | A | I don't recall. |
| 12 | Q | Did you hear anything from any other house? |
| 13 | A | Not that I remember. |
| 14 | Q | So, is this accurate:  From the time you park your car, |
| 15 | | get out, to the time you walk and McGee is about to |
| 16 | | knock, you heard nothing? |
| 17 | A | Other than Bryson going over the radio. |
| 18 | Q | What did he say over the radio? |
| 19 | A | Asking for the address and the description of the |
| 20 | | vehicles again. |
| 21 | Q | Other than that you heard nothing? |
| 22 | A | I believe we said "I don't think this is the right |
| 23 | | door," and then we went around to the front of the |
| 24 | | house. |
| 25 | Q | Okay.  But besides the two of you, I mean, you heard his |

| 1 | | voice and he heard your voice? |
|---|---|---|
| 2 | A | Correct. |
| 3 | Q | That's it, you heard nothing else? |
| 4 | A | To my memory, yeah. |
| 5 | Q | Okay. All right. You -- Had you had experiences |
| 6 | | responding to other calls with -- that Bryson McGee also |
| 7 | | responded to? |
| 8 | A | What do you mean, sir? Had we been to calls together? |
| 9 | Q | Before this event. |
| 10 | A | Yes. |
| 11 | Q | Many times? |
| 12 | A | Yeah. |
| 13 | Q | Okay. Had you been to -- responded to other calls where |
| 14 | | there was a domestic violence incident and you responded |
| 15 | | and he responded? |
| 16 | A | I would assume so. |
| 17 | Q | Do you remember any? |
| 18 | A | No. |
| 19 | Q | Had you been to any prior incidents with -- that he also |
| 20 | | responded to that involved mentally ill people that you |
| 21 | | can recall? |
| 22 | A | Not that I can recall. |
| 23 | Q | Had you been to any other incidents that he also |
| 24 | | responded to that involved a person who appeared to be |
| 25 | | under the influence of drugs or hallucinating? |

| | |
|---|---|
| 1 | together. The risk wasn't worth the reward. |
| 2 | Q You knew she wasn't using one together; right? Didn't |
| 3 | you already say you knew she went to another location to |
| 4 | make the call? |
| 5 | A Yeah, but she could have taken her joint cell phone with |
| 6 | her. Could have been his phone. I didn't know if it |
| 7 | was his or just her sole possession of the phone. |
| 8 | Q You didn't consider making a phone call to her? |
| 9 | A No. |
| 10 | Q Okay. And as far as -- McGee never said anything to you |
| 11 | about that possibility; right? |
| 12 | A I would say typically on domestic violence calls we do |
| 13 | not call over the phone. |
| 14 | Q And McGee never said anything to you to indicate he |
| 15 | considered just calling her; right? |
| 16 | A Correct. |
| 17 | Q And typically you don't have a domestic violence person |
| 18 | going back to the location where they're reporting being |
| 19 | assaulted; right? |
| 20 | A I'm not going to say never but usually not, yeah. |
| 21 | Q Didn't that indicate to you that Kathy was not afraid |
| 22 | for her own safety? |
| 23 | A No. |
| 24 | Q No. Okay. |
| 25 | A She left the house because she was afraid, so... |

| | | |
|---|---|---|
| 1 | Q | Weren't you in a position to be able to see he didn't |
| 2 | | have any weapons in his hands? |
| 3 | A | No. |
| 4 | Q | Okay. At any point were you ever able to form the |
| 5 | | conclusion that he doesn't have any weapons in his |
| 6 | | hands? |
| 7 | A | Once he punched Dep. McGee in the face, yeah. |
| 8 | Q | But not before that? |
| 9 | A | No. |
| 10 | Q | Okay. You still got your gun unholstered? |
| 11 | A | No. At this point once I made contact with Kathy in the |
| 12 | | window I believe I reholstered it. |
| 13 | Q | Why? |
| 14 | A | I didn't want to cause any more fear to her. |
| 15 | Q | Okay. Okay. So, he makes this statement and she lifts |
| 16 | | the curtain; is that right? |
| 17 | A | I believe she pulls it back, yes. |
| 18 | Q | She used one hand or two hands? |
| 19 | A | I believe one because she was on the phone. |
| 20 | Q | Okay. And let me ask you about reholstering your gun. |
| 21 | A | Sure. |
| 22 | Q | You have a holster on your belt? |
| 23 | A | Correct. |
| 24 | Q | Does it have a flap that goes -- |
| 25 | A | -- It has a retention device, yes. |

1              MR. JOLLEY:  Object to the form.

2     A     No.

3     Q     You didn't know that yet?

4     A     No.

5     Q     Okay.  Was there any conversation between Dold and

6           either one of you as to whether or not he would come

7           outside the house?

8     A     Yeah, between Bryson and Mr. Dold.

9     Q     Okay.  Who initiated that?

10    A     I think Bryson asked if he would come outside and talk

11          with us, and he said, "No, I'll talk to you from here,"

12          from the doorway.

13    Q     Is it routine for you when you're confronting suspects

14          when they're standing inside their homes for you to ask

15          them to stand outside their home?

16    A     Yeah, not unusual.

17    Q     And why do you do that?

18    A     Separate the parties.  It gives us advantage, a tactical

19          advantage and separates the parties.  I don't know

20          what's inside the house directly behind the door by the

21          jamb.

22    Q     Okay.  Any other reason?

23    A     To interview him.

24    Q     Okay.  But you could interview him from where he was,

25          that's what he said; right?  "We can talk from here."

```
 1   A   Correct.

 2   Q   If he stays inside the house, you can't come in without

 3       a warrant unless there's some great emergency; correct?

 4                  MR. JOLLEY:  Object to the form.

 5   A   Yeah, exigency.

 6   Q   So, if he won't step out, you can only step in because

 7       there was a warrant or exigency; right?

 8   A   Or permission.

 9   Q   Or permission.  And you didn't have permission from

10       anyone; right?

11   A   Not at that point, no.

12   Q   Okay.  At some later point where you had permission?

13   A   No.

14   Q   Okay.  And you didn't have a warrant; right?

15   A   No.

16   Q   Okay.  So, he's not coming out.  She's there.  Do you

17       remember him saying, "I'll talk to you from here"?

18   A   Yes.

19   Q   Okay.  Then what happened?

20   A   I believe Bryson and him had a further conversation

21       about how we need to make sure that Kathy is safe and

22       okay and he refused.

23   Q   Okay.  Did you consider just saying, "Hey, Kathy, are

24       you okay"?

25   A   We weren't able to communicate that well.  She was on
```

| 1 | Q | Okay. Do you remember him saying, "She got in my face |
| 2 | | so I pushed her"? |
| 3 | A | Yes. |
| 4 | Q | Did you have any reason to think any of those things was |
| 5 | | not true? |
| 6 | A | No. |
| 7 | Q | At that moment when he said, "She's right here," did you |
| 8 | | have any reason to believe anyone was in immediate |
| 9 | | danger? |
| 10 | A | I mean, yes, based on him admitting to an assault that |
| 11 | | he -- just occurred and them being in the same house and |
| 12 | | now the police are there. And I felt like, yeah, the |
| 13 | | situation was gonna escalate. |
| 14 | Q | You just said it had just occurred. Why did you say |
| 15 | | that? I thought you had no idea when it had occurred? |
| 16 | A | I mean, I assumed it had just occurred. |
| 17 | Q | Well, what do you mean by "just"? |
| 18 | A | Within the last few hours. |
| 19 | Q | Okay. So, you thought that because some push had |
| 20 | | occurred within the last few hours that she was in |
| 21 | | immediate danger? |
| 22 | A | Yes, especially now that the police were at his |
| 23 | | doorstep. |
| 24 | Q | Okay. So, a push had occurred sometime within the past |
| 25 | | couple of hours, police were there, and he was saying |

1  you can't come in.  Any other reason you thought she was

2  in immediate danger?

3              MR. JOLLEY:  Object to the form.

4  A  Other than him already admitting to assaulting her and

5     then his attitude and his, like, how he spoke to the

6     police and how he answered the door.

7  Q  Okay.  And that's it; nothing else?

8  A  Correct.

9  Q  At this point when he's saying "she's right here," did

10    she speak?

11 A  She was on the phone, so, yeah, she was speaking.

12 Q  No, I meant did she speak to either you or McGee?

13 A  No.

14 Q  Do you remember her saying, "I'm right here"?

15 A  I don't remember that, but could have happened.

16 Q  Now, is there any more light that allows you to see

17    better into the house?

18 A  Yeah, she had the curtain pulled back at this point, so

19    I could see -- at least some point.  The house and

20    windows were still above my eye level, so I'm looking up

21    into it.

22 Q  Okay.  You're looking up.  And was she backlit like he

23    was backlit?

24 A  Yes.

25 Q  Okay.  So, can you see her face?

```
 1    A    Yeah; she looked scared.

 2    Q    Okay.  And why?

 3    A    I'm assuming she was scared of Mr. Dold and...

 4    Q    And how come you didn't think that maybe she's scared of

 5         you?

 6    A    She called us.

 7    Q    Okay.  How come you didn't think that she was scared

 8         that he would be hurt?

 9    A    He would be hurt?

10    Q    He Dold.

11    A    Could you ask me the question again?  I'm sorry.

12    Q    Okay.  Well, she called you to ask -- she called, not

13         you personally, but she called the police saying, "I

14         want him taken to a psych' hospital;" right?

15    A    Correct.

16    Q    She had reason to believe that he wasn't gonna want to

17         go; right?

18    A    Yeah.  She knows her son better than we do.

19    Q    And do you think maybe she was sad about the fact that

20         her son had to go to a hospital?

21                   MR. JOLLEY:  Object to the form.

22    A    Potentially.

23    Q    But you didn't speak any words to her and she didn't

24         speak any words to you?

25    A    Correct.
```

| 1  |   | and later opened it wide?                                      |
|----|---|----------------------------------------------------------------|
| 2  | A | Correct.                                                       |
| 3  | Q | When he starts to close the door, how, how close did it        |
| 4  |   | get to totally shut?                                           |
| 5  | A | I don't remember.                                              |
| 6  | Q | Okay.                                                          |
| 7  | A | I couldn't see from my vantage point still.                    |
| 8  | Q | Okay.  At any point that evening did you ever see              |
| 9  |   | Mr. Dold hit his mother?                                       |
| 10 | A | No.                                                           |
| 11 | Q | At any point in the evening did you ever see Mr. Dold          |
| 12 |   | touch his mother?                                             |
| 13 | A | See it personally, no.                                         |
| 14 | Q | At any point in that night did you ever see him reach          |
| 15 |   | out in the direction of his mother?                           |
| 16 | A | No.                                                           |
| 17 | Q | At any point that night did you ever hear him threaten         |
| 18 |   | his mother?                                                   |
| 19 | A | No.                                                           |
| 20 | Q | At any point did you ever hear him threaten you?              |
| 21 | A | Yeah.                                                         |
| 22 | Q | What did he say?                                              |
| 23 | A | This is a lot later in the incident, but at some point        |
| 24 |   | we're on the stairs, and he said "I'm gonna fucking kill      |
| 25 |   | you."                                                        |

```
 1    A    No.

 2    Q    Why not?

 3    A    He tried shutting McGee in the door.

 4    Q    Were you surprised that he pushed the door and entered?

 5    A    Who?

 6    Q    McGee.

 7    A    No.

 8    Q    No.  Did you think McGee had some right to enter at that

 9         point?

10    A    I believe we had exigency to enter the house after he

11         admitted to assaulting his mother.

12    Q    I see.  Okay.  So, what is the, what is Kathy doing

13         while McGee is pushing on the door in and Dold is

14         pushing on the door out?

15    A    I don't know.  I was focussed on the altercation at the

16         door at that point.

17    Q    Okay.  What's the next thing you saw?

18    A    Mr. Dold punched Dep. McGee in the face.

19    Q    Okay.  Now you're -- When you saw that, you were

20         standing where?

21    A    Probably still on the second step, and I could have

22         potentially been a little bit higher.

23    Q    But not yet on the landing?

24    A    I might have been.

25    Q    Okay.  Second step, maybe on the landing?
```

```
1    A    I'd have to refer back to my report.

2    Q    Okay.  Do you ever remember hearing McGee say "I could

3         shoot you"?

4    A    I don't recall.

5    Q    Do you remember any other officer at any point saying to

6         Dold, "I could shoot you"?

7    A    No.

8    Q    Okay.  Do you remember threatening to break any of his

9         bones?

10   A    Yeah, I threatened to break two of his fingers.

11   Q    And did he respond to that?

12   A    No.

13   Q    Okay.  And did you try to break his fingers?

14   A    I did.

15   Q    And as I understand it, you believe that you probably

16        did break his fingers; right?

17   A    I, I believe I did.  I tried my best to.

18   Q    At any point while the -- did -- at any point while

19        during the entire incident did you ever hear Kathy the

20        mother saying to Alex, "Alex, you need to go to the

21        hospital," or anything along those lines?

22   A    No.

23   Q    At any point during the incident do you remember her

24        saying to you or McGee, "He has a mental illness"?

25   A    No.
```

```
 1   Q   Do you remember at any point her saying, "He's a

 2       schizophrenic"?

 3   A   No.

 4   Q   Do you remember her saying to you, "He's off his med's;

 5       he's off his med's"?

 6   A   I remember that, but I don't know if she's speaking to

 7       us or to the person on the phone.

 8   Q   Do you remember her saying, "He's afraid of police"?

 9   A   No.

10   Q   And she never said that?

11   A   I don't remember saying that.

12               MR. LOBSENZ:  Okay.  I've gone a little bit --

13       No, I've gone just about another hour, I think.  What do

14       you think, Carrie?  Another break or what?

15               (Recess in proceedings 11:21 a.m. to 11:34 a.m.)

16   Q   Okay.  I want to go back to the point where you were

17       seeing Ofc. McGee being punched.  Did you see where --

18       Could you see whether or not McGee attempted to block

19       the punch in any way?

20   A   No.

21   Q   You couldn't see that?

22   A   I couldn't see that.

23   Q   Did McGee say anything after he was struck?

24   A   I don't recall.

25   Q   What did he do, what did McGee do after he was struck?
```

| | | |
|---|---|---|
| 1 | A | Attempted to apprehend a suspect that just assaulted |
| 2 | | him. |
| 3 | Q | Well, more specifically what did he do? |
| 4 | A | Tried grabbing Mr. Dold at the door. |
| 5 | Q | Okay.  And then what happened? |
| 6 | A | They continued to fight. |
| 7 | Q | Okay.  And what are you doing at this time? |
| 8 | A | Trying to get up to where Bryson and Mr. Dold are |
| 9 | | fighting, to assist. |
| 10 | Q | Trying to get up to him.  You went through the door; is |
| 11 | | that right? |
| 12 | A | Eventually, yes. |
| 13 | Q | Did you say "potentially"? |
| 14 | A | Eventually. |
| 15 | Q | Eventually.  Okay.  And as you're going through the, |
| 16 | | you're going through the door, what are they doing? |
| 17 | A | Fighting. |
| 18 | Q | Okay.  Is McGee striking back at Alex Dold? |
| 19 | A | I believe so, but at this point once I got through the |
| 20 | | door they were separated a little bit, and I was able to |
| 21 | | deploy my taser. |
| 22 | Q | Okay.  Describe what you mean by "they were separated." |
| 23 | | Who was where? |
| 24 | A | Bryson was near the door and Mr. Dold was a couple feet |
| 25 | | in front of him in the living room. |

100

| | | |
|---|---|---|
| 1 | Q | A couple feet in front of him. So, they weren't |
| 2 | | fighting at that instant? |
| 3 | A | Once they were separated, no. |
| 4 | Q | Okay. And you chose that moment to fire your taser? |
| 5 | A | Correct. |
| 6 | Q | Okay. Why? |
| 7 | A | To apprehend the suspect. |
| 8 | Q | Why not just do nothing for a moment and, say, speak to |
| 9 | | him and try to calm him down and take him into custody? |
| 10 | A | He's in the position of advantage at this point inside |
| 11 | | his home where there could be weapons throughout. |
| 12 | Q | Okay. So, you tased him because there could be weapons? |
| 13 | A | And he just assaulted a police officer and was -- You |
| 14 | | know, I had probable cause to arrest him for assault on |
| 15 | | his mother. |
| 16 | Q | Yeah, and why does that mean you would tase him because |
| 17 | | he assaulted his mother? |
| 18 | A | He's combative. |
| 19 | Q | Pardon? |
| 20 | A | He's combative. |
| 21 | Q | I understood at this moment they're separated by a few |
| 22 | | feet, they're not fighting; right? |
| 23 | A | Correct, but we're still trying to apprehend him before |
| 24 | | he can get any further weapons or continue to assault |
| 25 | | Dep. McGee. |

| 1 | Q | Okay. When you fired on him, was he moving? |
| 2 | A | Yes. |
| 3 | Q | Where was he moving? |
| 4 | A | I don't recall. He was inside of the living room when I |
| 5 | | deployed my taser. |
| 6 | Q | Was he moving further away from you or further -- or |
| 7 | | closer to you? |
| 8 | A | I don't recall, it happened so fast. |
| 9 | Q | Okay. Did you say anything before you fired your taser? |
| 10 | A | I don't believe so. |
| 11 | Q | Okay. Is there anything you have to do to get your |
| 12 | | taser ready to be fired? |
| 13 | A | I have -- Go ahead. |
| 14 | Q | Besides take it out of its holster? |
| 15 | A | Yeah, remove it from the holster and then turn it from |
| 16 | | safe to fire mode. |
| 17 | Q | Anything else you have to do? |
| 18 | A | Pull the trigger. |
| 19 | Q | Okay. After you pulled the trigger, was there any |
| 20 | | verbal reaction from Mr. Dold? |
| 21 | A | I think he grunted and fell into a wall, up against the |
| 22 | | wall. |
| 23 | Q | Okay. |
| 24 | A | Still on his feet. |
| 25 | Q | Did you -- Did you see whether your taser darts hit him? |

```
1      stun?

2   A  No.

3   Q  If you leave it in you can use another five seconds in

4      dart mode?

5   A  Correct.

6   Q  Okay.  So, you, when you see McGee standing on the left

7      side of the bed, what's the next tasing; you or McGee?

8   A  I believe it was McGee.

9                              (Comments off the record.)

10  Q  All right.  What, what could you see, if anything,

11     happened after McGee fired his taser?

12  A  We were able to wrestle him to the ground next to the

13     bed.

14  Q  The two of you did that?

15  A  I believe Bryson was able to fire -- Mr. McGee was able

16     to get him to the ground.

17  Q  Okay.  So, when you said "we," you just meant we jointly

18     had success?

19  A  Yeah.

20  Q  But you meant McGee is the one who did it; correct?

21  A  Yes.

22  Q  Yes?  That was, "Yes, McGee is the one that did it"?

23  A  Yes.

24  Q  Sorry.  Okay.  Besides you telling McGee that  -- "My

25     taser is still attached, the wires are still attached if
```

| 1 | Q | Okay. All right. What happens when he falls on the |
| 2 | | ground, the two of them fall on the ground? |
| 3 | A | I believe Bryson is on top of him and I placed my knee |
| 4 | | into his cheek to hold his head to the ground. |
| 5 | Q | When they fell to the ground did McGee speak to Dold? |
| 6 | A | Not that I recall. |
| 7 | Q | Did you speak to Dold? |
| 8 | A | Probably "stop resisting," but nothing that I can |
| 9 | | distinctly remember without referencing my report. |
| 10 | Q | Did Dold say anything? |
| 11 | A | No. |
| 12 | Q | Do you remember Dold saying the word "no, no, no, no, |
| 13 | | no"? |
| 14 | A | Yes. |
| 15 | Q | Is that here in the bedroom on the ground that he's |
| 16 | | saying "no, no, no"? |
| 17 | A | I don't recall. |
| 18 | Q | You just recall he said it sometime that evening? |
| 19 | A | Yes. |
| 20 | Q | Okay. When you're giving these commands, are you able |
| 21 | | to look at Mr. Dold's face? |
| 22 | A | Sometimes. |
| 23 | Q | What's the expression on his face? |
| 24 | A | Ready to escape. He's angry, non-compliant. |
| 25 | Q | Do you remember describing his expression as a blank |

```
 1      stare?

 2    A  Yeah, at one point.

 3    Q  At what point did you first see that?

 4    A  Probably once I had him pinned to the ground with my

 5       knee with Bryson on top of him.

 6    Q  What do you mean by a blank stare?

 7    A  Just staring off into the distance, not responsive.

 8    Q  Okay.  Is this putting the knee on somebody's cheek

 9       something you were taught?

10    A  Yeah; it's a control technique.

11    Q  What were you taught about this technique?

12    A  That it's painful and it controls their head and neck.

13    Q  Okay.  And if it's painful, can you explain to me why

14       that helps control them?

15    A  Yeah, so I can pin his head to the ground while Bryson

16       is on top of his main body.

17    Q  Well, if it's very painful doesn't it give the person a

18       reason to really resist harder to stop the pain?

19    A  I don't know, I've never felt it.

20    Q  When you pinned his head to the ground did he resist

21       harder?

22    A  He continued the level of resistance the entire time.

23    Q  Did he try to lift his head up and throw your knee off

24       his head?

25    A  Yes.
```

```
1   Q   And I gather at some point he was successful; right?

2   A   Yes.

3   Q   Okay.  So, I think you might have said in your report --

4       I don't remember -- but if you're -- I'm wondering -- It

5       doesn't make much difference.  But I'm wondering if his

6       head is turned to the right and your knee is on his

7       right cheek or his head is turned to the left and your

8       knee is on his left cheek.  Do you remember?

9   A   No.

10  Q   Okay.  But whichever it is, there's -- am I right, his

11      head was turned to one side or the other?

12  A   Correct.

13  Q   Okay.  And...  Let's just use your right cheek -- I'm

14      not suggesting that we know whether it was the right

15      cheek or the left cheek without your looking -- but just

16      for the moment, would you point to your right cheek to

17      where you put your knee?

18          Okay.  And when you put your knee there, am I

19      right, you're putting weight of your body on your knee?

20  A   Yeah, some level of weight, yeah.

21  Q   Okay.  Well, are you trying to put all your body weight

22      on your knee?

23  A   No.

24  Q   Can you tell me how much of your body weight you're

25      putting on your knee?
```

| | | |
|---|---|---|
| 1 | Q | How did he appear to understand you if you had -- |
| 2 | A | -- He just, it looked like he had heard what we were |
| 3 | | saying. |
| 4 | Q | Okay.  But he didn't respond verbally? |
| 5 | A | No, he was still fighting us. |
| 6 | Q | And he still had this blank stare? |
| 7 | A | Yep. |
| 8 | Q | Did he have the blank stare for the rest of the night |
| 9 | | until he lost consciousness? |
| 10 | A | I don't recall. |
| 11 | Q | Well, did you see that blank stare again when you were |
| 12 | | fighting with him when he got out of the house and onto |
| 13 | | the steps? |
| 14 | A | Couldn't see his head. |
| 15 | Q | Couldn't see his head.  Okay.  Do you remember Kathy |
| 16 | | saying while you were in the bedroom, "He's off his |
| 17 | | med's; he's off his med's"? |
| 18 | A | No, I don't remember that. |
| 19 | Q | So, when you were pinning his cheek, his head to the |
| 20 | | ground, what were you doing with your hand? |
| 21 | A | Applying closed fist strikes to his face. |
| 22 | Q | You call them strikes.  Are they somehow different from |
| 23 | | punches? |
| 24 | A | Yeah, I wasn't punching forward.  I was striking down. |
| 25 | Q | You made a motion there of a direction down instead of |

| | | |
|---|---|---|
| 1 | Q | Can you tell me whether or not it was more or less than |
| 2 | | five seconds? |
| 3 | A | No. |
| 4 | Q | You don't know? |
| 5 | A | I don't know. |
| 6 | Q | Okay. Why not? |
| 7 | A | Because you can have a lateral vascular neck restraint |
| 8 | | in place but not applying any pressure. So, unless I |
| 9 | | was physically able to feel Bryson's arms applying |
| 10 | | pressure I wouldn't have any say. |
| 11 | Q | Okay, forget about the pressure for a minute. For how |
| 12 | | long did his arm remain around his neck? |
| 13 | A | I think the duration. |
| 14 | Q | Yeah, the duration. |
| 15 | A | Yeah, I think the rest of the duration. |
| 16 | Q | How long is the rest of the duration? |
| 17 | A | Five minutes. |
| 18 | Q | Okay. All right. So, out on the steps, what are you |
| 19 | | doing now when you get out there? |
| 20 | A | Controlling Mr. Dold's legs and attempting to handcuff |
| 21 | | him. |
| 22 | Q | So, he's eventually handcuffed. Do you know whose |
| 23 | | handcuffs are actually used to eventually handcuff him? |
| 24 | A | I think mine. |
| 25 | Q | Okay. So, you got them off your belt? |

# APPENDIX E

Um, so at that point, um, obviously we got dispatched to a physical domestic, right? Um, at that point at the doorway he's admitting to me that he assaulted his mother, um, and um, that uh, so the senses that I kinda had where she maybe wasn't okay kind of confirmed that when he uh, admitted the uh, the assaulting her. Um, I then asked him if...if we could come in, um, and uh, and check on his mom and he stated, "No," that "she's fine" and he started to close the door again. Um, at that point, based on everything that we had in the call, um, what we initially saw or what I initially saw when I was there, um, I did not feel comfortable leaving without investigating this further and obviously, um, at that point he's already admitted to assaulting his mother, um, so um, I (inaudible) at...at that point my intention was to detain him to further investigate the um, the incident or the assault on his mother. Um, so I put my foot, uh, on the door or in front of the door to stop him from shutting it, um, and uh, he kinda started shoving the door, trying to get it...trying to really get it closed. Um, so again at that point I didn't...I didn't know what...what kind of condition the mother was in, um, what kind of condition, uh, anybody else in the house was in; all I know is that a) why I'm there b) what I've observed and c) that he's already ad...uh, admitted to me that he's assaulted his mother. Um, so I started to push back on the door, uh, told him that...that he was um, uh, that he was under arrest until we figure out what's...what's going on, um, based on what...everything...the...the totality of the circumstances that I had at that point. Um, he uh, he kinda started...it was kind of a tug-of-war, uh, back and forth at the door there for a quick minute, um, and uh, I eventually shoved it open, he kinda stepped back and uh, I walked in and started walkin' towards him, uh, he uh, reached back, socked me, came back, punched me square in the face on the left side of my face just under my eye, uh, which kinda knocked me back for a second. Um, I told him again that he was under arrest and he turned and ran towards the back bedroom.

MS          Alright. Can you uh, can you...for the diagram, can you just show...let's refer you...to you as "Deputy 1, D1", and McCoy as "D2".

BMG          So I was here and McCoy was roughly somewhere over here.

DOLD-BL-000227



half and the male's fighting, uh, pretty intensely to get free. Um, as soon as I saw that, I immediately dropped all my weight down onto his um, lower back and chest area or excuse me, lower back, as his chest was on the porch, um, and I went back into an LVNR and...and uh, again, started um, applying pressure on the LVNR again to render him unconscious so we could get him back into custody. Um, as um, so as...as I'm on...on his back, he's kind of...his...his le...I believe it was his left arm was out front, I'm behind him with my head back against his head delivering the LVNR, I could feel him several times punching the top of my head and he started eye gouging, I...I think he was eye gou...trying to eye gouge my...my eyes to render me uh, or to incapacitate me and to...to thwart his, um, my attempt to...to get him uh, under control and...and under...under arrest. Um, uh, at that point, again my...um, my right side, I...I kind of cozied my body up with him as McCoy's kind of straddling his...his lower half, um, and um, basically my um, my duty belt and my gun was up on his back half where my McCoy had the one, I believe it was cuffed or...or somewhat in...in some form of...of control.

Um, I could feel him, the suspect, several times grab my gun again, um, and uh, I had basically advised Dep...uh, Deputy McCoy that I was gonna remain in...in LVNR until our backup arrived because I knew it was still gonna be several more minutes. Um, uh, McCoy, I think, got on the radio and said somethin' to the extent of "Hurry up!" Um, I got um, I got on again, um, with...with my left arm, uh, keyed up again on my radio and advised that we needed some units there now. Um, and at...at that point, um, uh, again, my head was on his...the...basically he was kind of turned off like this so my...my ear was pretty close to his...his ear and his mouth and I'm kinda um, delivering more pressure with my head onto his and again, trying, in an LVNR, trying to render him unconscious to get him under somewhat of control. Um, I kept yellin' at him to show me his hand because at that point I couldn't see the hand, I just could keep feeling it extended and...and hittin' me, um, and I told him to...to stop fighting and show me his hand repeatedly, um, while we were on the porch.

DOLD-BL-000235

# APPENDIX F

# Deputy McGee Taser Log

*Dep. McAfee*



## TASER    EVIDENCE⊘SYNC™

PROTECT LIFE

| TASER Information | | Report Generated by | |
|---|---|---|---|
| Dept. | EVERETT POLICE DEPT. | Name | Terpening, Ryan |
| Serial | X00-328989 | Badge ID | 1198 |
| Model | TASER X26 | Local Timezone | Pacific Standard Time (UTC -0700) |
| Firmware Version | Rev. 24 | Generated On | 29 Mar 2017 10:26:54 |
| Device Name | X00-328989 | | |

## Device (X26)

| Seq # | Local Time [DD/MM/YYYY hh:mm:ss] | Event [Event Type] | Duration [Seconds] | Temp [Degrees Celsius] | Batt Remaining [%] |
|---|---|---|---|---|---|
| 1 | 23 Oct 2007 08:14:33 | Sync | 23 Oct 2007 08:14:32 to 23 Oct 2007 08:14:33 | | |
| 2 | 23 Oct 2007 08:19:10 | Trigger | 5 | 28 | 99 |
| 3 | 23 Oct 2007 08:19:17 | Trigger | 5 | 29 | 99 |
| 4 | 23 Oct 2007 08:19:24 | Trigger | 5 | 29 | 99 |
| 5 | 21 Nov 2007 15:14:11 | Trigger | 5 | 24 | 98 |
| 6 | 21 Nov 2007 15:14:14 | Trigger | 3 | 24 | 98 |
| 7 | 21 Nov 2007 15:14:21 | Trigger | 5 | 24 | 98 |
| 8 | 10 Apr 2008 03:10:08 | Trigger | 5 | 23 | 97 |
| 9 | 12 Apr 2008 17:33:01 | Trigger | 5 | 21 | 96 |
| 10 | 19 Apr 2008 17:26:30 | Trigger | 5 | 18 | 95 |
| 11 | 23 Apr 2008 21:26:23 | Trigger | 5 | 23 | 95 |
| 12 | 24 Apr 2008 17:30:24 | Trigger | 5 | 18 | 94 |
| 13 | 28 May 2008 20:55:15 | Trigger | 5 | 23 | 93 |
| 14 | 05 Jun 2008 17:21:16 | Trigger | 3 | 22 | 93 |
| 15 | 25 Jul 2008 17:00:56 | Trigger | 5 | 26 | 92 |
| 16 | 14 Sep 2008 00:47:32 | Trigger | 5 | 28 | 91 |
| 17 | 25 Oct 2008 22:58:14 | Trigger | 6 | 28 | 90 |
| 18 | 26 Oct 2008 02:47:36 | Trigger | 5 | 18 | 90 |
| 19 | 27 Dec 2008 22:39:25 | Trigger | 5 | 28 | 88 |
| 20 | 03 Jan 2009 17:31:08 | Trigger | 5 | 25 | 88 |
| 21 | 11 Jan 2009 22:01:59 | Trigger | 5 | 30 | 80 |
| 22 | 26 Feb 2009 12:12:13 | Trigger | 1 | 23 | 68 |
| 23 | 26 Feb 2009 12:13:06 | Trigger | 2 | 23 | 68 |
| 24 | 26 Feb 2009 13:49:17 | Trigger | 4 | 23 | 68 |
| 25 | 08 Apr 2009 20:59:26 | Trigger | 5 | 22 | 67 |
| 26 | 08 Apr 2009 20:59:49 | Trigger | 5 | 23 | 66 |
| 27 | 08 Apr 2009 21:17:11 | Trigger | 4 | 27 | 66 |
| 28 | 01 May 2009 19:20:36 | Trigger | 5 | 26 | 65 |
| 29 | 04 Jul 2009 22:42:08 | Trigger | 5 | 26 | 64 |
| 30 | 29 Aug 2009 20:20:27 | Trigger | 5 | 28 | 63 |

DOLD-BL-000696

| Seq # | Local Time [DD.MM:YYYY hh:mm:ss] | Event [EventType] | Duration [Seconds] | Temp [Degrees Celsius] | Batt Remaining [%] |
|---|---|---|---|---|---|
| 31 | 29 Aug 2009 20:21:46 | Trigger | 7 | 29 | 63 |
| 32 | 29 Aug 2009 20:21:52 | Trigger | 5 | 29 | 63 |
| 33 | 29 Aug 2009 20:22:08 | Trigger | 8 | 30 | 62 |
| 34 | 17 Dec 2009 19:54:03 | Trigger | 5 | 28 | 60 |
| 35 | 28 Dec 2009 23:25:53 | Trigger | 5 | 24 | 58 |
| 36 | 30 Dec 2009 21:09:18 | Trigger | 5 | 23 | 58 |
| 37 | 26 Feb 2010 21:44:07 | Trigger | 2 | 24 | 57 |
| 38 | 23 Apr 2010 21:27:55 | Trigger | 5 | 24 | 57 |
| 39 | 14 May 2010 21:50:20 | Trigger | 5 | 27 | 56 |
| 40 | 28 May 2010 08:05:59 | Trigger | 5 | 23 | 56 |
| 41 | 28 May 2010 08:06:11 | Trigger | 5 | 23 | 55 |
| 42 | 09 Jul 2010 21:46:35 | Trigger | 5 | 29 | 55 |
| 43 | 17 Aug 2010 08:25:44 | Trigger | 5 | 30 | 54 |
| 44 | 30 Aug 2010 17:59:52 | Trigger | 5 | 23 | 53 |
| 45 | 01 Sep 2010 09:01:25 | Trigger | 5 | 30 | 53 |
| 46 | 21 Sep 2010 08:29:06 | Trigger | 1 | 20 | 53 |
| 47 | 21 Sep 2010 11:51:32 | Sync | 21 Sep 2010 11:40:10 to 21 Sep 2010 11:51:32 | | |
| 48 | 21 Sep 2010 11:52:32 | Trigger | 5 | 25 | 52 |
| 49 | 21 Sep 2010 11:52:34 | Trigger | 3 | 25 | 52 |
| 50 | 21 Sep 2010 11:52:41 | Trigger | 5 | 25 | 52 |
| 51 | 21 Sep 2010 11:54:06 | Trigger | 1 | 25 | 51 |
| 52 | 29 Sep 2010 10:57:31 | Trigger | 1 | 22 | 51 |
| 53 | 29 Sep 2010 11:03:39 | Trigger | 5 | 24 | 99 |
| 54 | 29 Sep 2010 11:03:42 | Trigger | 3 | 24 | 99 |
| 55 | 29 Sep 2010 11:03:48 | Trigger | 5 | 25 | 99 |
| 56 | 29 Sep 2010 11:47:13 | Trigger | 5 | 26 | 98 |
| 57 | 29 Sep 2010 11:47:20 | Trigger | 4 | 26 | 98 |
| 58 | 29 Sep 2010 11:47:36 | Trigger | 5 | 27 | 98 |
| 59 | 29 Sep 2010 11:50:08 | Trigger | 5 | 28 | 97 |
| 60 | 29 Sep 2010 11:50:11 | Trigger | 2 | 27 | 97 |
| 61 | 15 Nov 2010 18:12:16 | Trigger | 5 | 30 | 96 |
| 62 | 19 Nov 2010 22:05:27 | Trigger | 2 | 23 | 95 |
| 63 | 19 Nov 2010 22:06:03 | Trigger | 5 | 24 | 95 |
| 64 | 24 Nov 2010 14:13:43 | Trigger | 5 | 30 | 95 |
| 65 | 12 Dec 2010 12:52:16 | Trigger | 5 | 30 | 94 |
| 66 | 22 Dec 2010 20:18:47 | Trigger | 5 | 23 | 94 |
| 67 | 09 Jan 2011 11:59:49 | Trigger | 5 | 29 | 93 |
| 68 | 22 Feb 2011 17:38:55 | Trigger | 5 | 25 | 92 |
| 69 | 25 Apr 2011 17:44:10 | Trigger | 3 | 24 | 92 |
| 70 | 02 May 2011 17:51:18 | Trigger | 5 | 26 | 91 |
| 71 | 02 May 2011 17:51:28 | Trigger | 5 | 27 | 91 |
| 72 | 08 May 2011 17:49:51 | Trigger | 5 | 23 | 91 |
| 73 | 08 May 2011 17:50:40 | Trigger | 5 | 23 | 90 |
| 74 | 29 May 2011 17:55:33 | Trigger | 2 | 25 | 89 |
| 75 | 11 Jul 2011 23:35:45 | Trigger | 5 | 24 | 88 |

DOLD-BL-000697

| Seq # | Local Time [DD.MM.YYYY hh:mm:ss] | Event [Event Type] | Duration [Seconds] | Temp [Degrees Celsius] | Batt Remaining [%] |
|---|---|---|---|---|---|
| 76 | 11 Jul 2011 23:36:08 | Trigger | 5 | 25 | 88 |
| 77 | 16 Jul 2011 21:00:11 | Trigger | 5 | 27 | 87 |
| 78 | 20 Sep 2011 23:40:33 | Trigger | 5 | 27 | 84 |
| 79 | 23 Sep 2011 22:07:48 | Trigger | 3 | 32 | 84 |
| 80 | 04 Oct 2011 20:48:59 | Trigger | 5 | 28 | 83 |
| 81 | 12 Dec 2011 22:39:02 | Trigger | 5 | 28 | 81 |
| 82 | 13 Dec 2011 18:05:23 | Trigger | 4 | 26 | 81 |
| 83 | 04 Jan 2012 21:01:21 | Trigger | 5 | 27 | 80 |
| 84 | 21 Jan 2012 21:54:20 | Trigger | 5 | 11 | 79 |
| 85 | 21 Jan 2012 21:55:24 | Trigger | 5 | 14 | 79 |
| 86 | 25 Jan 2012 03:35:25 | Trigger | 5 | 24 | 78 |
| 87 | 17 Feb 2012 22:12:16 | Trigger | 5 | 27 | 76 |
| 88 | 17 Feb 2012 22:12:27 | Trigger | 5 | 27 | 75 |
| 89 | 02 Mar 2012 22:02:03 | Trigger | 5 | 26 | 74 |
| 90 | 20 Jan 2000 12:42:42 | Trigger | 2 | 18 | 73 |
| 91 | 20 Mar 2000 11:53:34 | Trigger | 5 | 26 | 72 |
| 92 | 04 Apr 2000 20:12:45 | Trigger | 5 | 21 | 72 |
| 93 | 09 Apr 2000 15:32:22 | Trigger | 5 | 24 | 71 |
| 94 | 09 Apr 2000 15:32:35 | Trigger | 5 | 25 | 71 |
| 95 | 09 Apr 2000 15:32:41 | Trigger | 5 | 26 | 71 |
| 96 | 09 Apr 2000 15:33:05 | Trigger | 5 | 26 | 70 |
| 97 | 01 May 2000 12:08:49 | Trigger | 5 | 25 | 69 |
| 98 | 30 Jun 2000 13:56:45 | Trigger | 5 | 25 | 68 |
| 99 | 30 Jun 2000 13:57:20 | Trigger | 5 | 27 | 68 |
| 100 | 30 Jun 2000 13:58:54 | Trigger | 5 | 30 | 67 |
| 101 | 30 Jun 2000 13:59:13 | Trigger | 5 | 30 | 67 |
| 102 | 01 Jul 2000 09:32:42 | Trigger | 2 | 27 | 66 |
| 103 | 12 Feb 2000 11:52:36 | Trigger | 5 | 28 | 64 |
| 104 | 12 Feb 2000 11:52:47 | Trigger | 5 | 28 | 64 |
| 105 | 04 Jan 2000 20:22:16 | Trigger | 5 | 22 | 63 |
| 106 | 27 Jan 2000 16:19:33 | Trigger | 5 | 22 | 61 |
| 107 | 24 Feb 2000 16:15:43 | Trigger | 2 | 19 | 60 |
| 108 | 27 Feb 2000 16:11:47 | Trigger | 5 | 23 | 60 |
| 109 | 29 Feb 2000 15:05:46 | Trigger | 5 | 27 | 59 |
| 110 | 12 Mar 2000 06:59:54 | Trigger | 5 | 23 | 58 |
| 111 | 13 Mar 2000 10:28:10 | Trigger | 5 | 18 | 58 |
| 112 | 22 Mar 2000 16:30:11 | Trigger | 5 | 22 | 57 |
| 113 | 28 Mar 2000 16:08:36 | Trigger | 5 | 24 | 57 |
| 114 | 29 Mar 2000 18:56:07 | Trigger | 5 | 27 | 56 |
| 115 | 25 Apr 2000 16:24:23 | Trigger | 5 | 25 | 56 |
| 116 | 25 Apr 2000 16:29:06 | Trigger | 5 | 27 | 55 |
| 117 | 25 Apr 2000 16:29:13 | Trigger | 5 | 28 | 55 |
| 118 | 25 Apr 2000 16:29:20 | Trigger | 5 | 28 | 54 |
| 119 | 09 May 2000 16:30:51 | Trigger | 5 | 22 | 54 |
| 120 | 09 May 2000 16:31:37 | Trigger | 5 | 24 | 53 |

DOLD-BL-000698

| Seq # | Local Time [DD:MM:YYYY hh:mm:ss] | Event [Event Type] | Duration [Seconds] | Temp [Degree Celsius] | Batt Remaining [%] |
|---|---|---|---|---|---|
| 121 | 09 May 2000 16:32:30 | Trigger | 5 | 26 | 53 |
| 122 | 15 May 2000 16:08:41 | Trigger | 4 | 23 | 52 |
| 123 | 30 May 2000 20:38:44 | Trigger | 5 | 31 | 51 |
| 124 | 30 May 2000 20:39:23 | Trigger | 1 | 31 | 51 |
| 125 | 27 Jul 2000 04:02:54 | Trigger | 5 | 25 | 50 |
| 126 | 01 Aug 2000 00:52:17 | Trigger | 5 | 22 | 49 |
| 127 | 30 Aug 2000 16:36:44 | Trigger | 5 | 26 | 49 |
| 128 | 06 Dec 2000 16:58:57 | Trigger | 5 | 22 | 45 |
| 129 | 08 Jan 2001 19:10:28 | Trigger | 5 | 29 | 43 |
| 130 | 19 Mar 2001 16:42:45 | Trigger | 5 | 26 | 38 |
| 131 | 20 Mar 2001 16:38:57 | Trigger | 5 | 25 | 37 |
| 132 | 01 May 2001 12:47:37 | Trigger | 2 | 27 | 36 |
| 133 | 08 Jul 2001 12:13:16 | Trigger | 5 | 28 | 35 |
| 134 | 11 Sep 2001 18:04:31 | Trigger | 5 | 31 | 34 |
| 135 | 11 Sep 2001 18:04:39 | Trigger | 5 | 31 | 34 |
| 136 | 11 Sep 2001 18:04:55 | Trigger | 5 | 32 | 33 |
| 137 | 11 Sep 2001 18:05:12 | Trigger | 5 | 32 | 33 |
| 138 | 11 Sep 2001 18:06:09 | Trigger | 5 | 33 | 32 |
| 139 | 11 Sep 2001 18:07:33 | Trigger | 5 | 35 | 32 |
| 140 | 11 Sep 2001 18:07:55 | Trigger | 5 | 35 | 31 |
| 141 | 16 Sep 2001 07:26:20 | Trigger | 5 | 23 | 31 |
| 142 | 16 Sep 2001 07:26:26 | Trigger | 5 | 23 | 31 |
| 143 | 16 Sep 2001 07:26:42 | Trigger | 5 | 23 | 30 |
| 144 | 16 Sep 2001 09:13:43 | Trigger | 1 | 24 | 30 |
| 145 | 16 Sep 2001 09:30:54 | Trigger | 1 | 26 | 30 |
| 146 | 16 Sep 2001 09:30:55 | Trigger | 1 | 26 | 30 |
| 147 | 16 Sep 2001 10:43:15 | Trigger | 1 | 23 | 99 |
| 148 | 16 Sep 2001 10:43:20 | Trigger | 3 | 24 | 99 |
| 149 | 16 Sep 2001 10:43:37 | Trigger | 1 | 24 | 99 |
| 150 | 16 Sep 2001 10:44:15 | Trigger | 1 | 23 | 99 |
| 151 | 16 Sep 2001 11:59:20 | Trigger | 1 | 28 | 99 |
| 152 | 16 Sep 2001 13:23:24 | Trigger | 5 | 24 | 99 |
| 153 | 30 Sep 2001 08:43:32 | Trigger | 2 | 23 | 98 |
| 154 | 30 Sep 2001 08:43:39 | Trigger | 5 | 24 | 98 |
| 155 | 30 Sep 2001 08:43:42 | Trigger | 3 | 24 | 97 |
| 156 | 30 Sep 2001 08:43:48 | Trigger | 5 | 25 | 97 |
| 157 | 03 Sep 2014 09:22:02 | Sync | 30 Sep 2001 08:44:11 to 03 Sep 2014 09:22:02 | | 97 |
| 158 | 03 Sep 2014 11:31:59 | Trigger | 5 | 27 | 97 |
| 159 | 03 Sep 2014 11:32:38 | Trigger | 5 | 28 | 96 |
| 160 | 11 Sep 2014 18:37:23 | Trigger | 5 | 30 | 96 |
| 161 | 20 Sep 2014 18:55:50 | Trigger | 5 | 30 | 94 |
| 162 | 14 Oct 2014 15:20:28 | Trigger | 5 | 28 | 93 |
| 163 | 14 Oct 2014 15:20:40 | Trigger | 5 | 28 | 93 |
| 164 | 14 Oct 2014 15:20:47 | Trigger | 5 | 29 | 92 |
| 165 | 15 Jan 2015 15:38:19 | Trigger | 5 | 25 | 91 |

DOLD-BL-000699

| Seq # | Local Time [DD:MM:YYYY hh:mm:ss] | Event [Event Type] | Duration [Seconds] | Temp [Degrees Celsius] | Batt Remaining [%] |
|---|---|---|---|---|---|
| 166 | 15 Jan 2015 15:38:35 | Trigger | 4 | 26 | 90 |
| 167 | 01 Mar 2015 04:53:57 | Trigger | 5 | 21 | 90 |
| 168 | 14 Jul 2015 18:36:34 | Trigger | 5 | 30 | 87 |
| 169 | 17 Jul 2015 21:28:16 | Trigger | 4 | 27 | 87 |
| 170 | 28 Jul 2015 18:01:05 | Trigger | 5 | 29 | 86 |
| 171 | 17 Oct 2015 16:30:50 | Trigger | 5 | 25 | 85 |
| 172 | 24 Oct 2015 18:07:43 | Trigger | 5 | 17 | 85 |
| 173 | 29 Nov 2015 08:12:26 | Sync | 29 Nov 2015 08:29:15 to 29 Nov 2015 08:12:26 | | |
| 174 | 29 Nov 2015 09:28:56 | Trigger | 5 | 22 | 84 |
| 175 | 29 Nov 2015 09:34:01 | Trigger | 5 | 21 | 83 |
| 176 | 29 Nov 2015 09:34:22 | Trigger | 5 | 21 | 83 |
| 177 | 29 Nov 2015 09:34:29 | Trigger | 5 | 22 | 82 |
| 178 | 29 Nov 2015 10:20:13 | Sync | 29 Nov 2015 10:20:13 to 29 Nov 2015 10:20:13 | | |
| 179 | 29 Nov 2015 11:05:13 | Trigger | 5 | 23 | 82 |
| 180 | 14 Dec 2015 21:00:28 | Trigger | 5 | 25 | 81 |
| 181 | 29 Dec 2015 22:44:57 | Trigger | 5 | 25 | 81 |
| 182 | 11 Jan 2016 04:58:30 | Trigger | 5 | 25 | 81 |
| 183 | 19 Jan 2016 01:48:50 | Trigger | 5 | 25 | 80 |
| 184 | 19 Jan 2016 23:37:47 | Trigger | 5 | 27 | 80 |
| 185 | 26 Jan 2016 01:11:50 | Trigger | 5 | 23 | 79 |
| 186 | 10 Feb 2016 01:17:58 | Trigger | 5 | 27 | 79 |
| 187 | 09 Mar 2016 18:52:28 | Trigger | 5 | 23 | 78 |
| 188 | 10 Mar 2016 01:41:48 | Trigger | 2 | 22 | 78 |
| 189 | 20 Mar 2016 20:02:15 | Trigger | 5 | 26 | 78 |
| 190 | 23 Mar 2016 10:14:08 | Trigger | 5 | 24 | 77 |
| 191 | 23 Mar 2016 10:17:01 | Trigger | 5 | 24 | 77 |
| 192 | 23 Mar 2016 10:20:13 | Trigger | 5 | 24 | 76 |
| 193 | 23 Mar 2016 10:20:35 | Trigger | 5 | 25 | 76 |
| 194 | 23 Mar 2016 10:21:04 | Trigger | 5 | 25 | 75 |
| 195 | 23 Mar 2016 11:17:40 | Trigger | 5 | 20 | 75 |
| 196 | 23 Mar 2016 11:15:01 | Sync | 23 Mar 2016 11:18:34 to 23 Mar 2016 11:15:01 | | |
| 197 | 23 Mar 2016 11:18:30 | Trigger | 5 | 25 | 75 |
| 198 | 04 Apr 2016 05:02:24 | Trigger | 5 | 25 | 74 |
| 199 | 06 Apr 2016 19:26:18 | Trigger | 5 | 28 | 74 |
| 200 | 11 Apr 2016 21:35:54 | Trigger | 5 | 27 | 73 |
| 201 | 23 Apr 2016 18:19:36 | Trigger | 5 | 22 | 73 |
| 202 | 03 May 2016 01:05:33 | Trigger | 5 | 27 | 72 |
| 203 | 17 May 2016 03:13:30 | Trigger | 5 | 19 | 72 |
| 204 | 23 May 2016 21:46:36 | Trigger | 5 | 25 | 71 |
| 205 | 01 Jun 2016 15:59:23 | Trigger | 5 | 30 | 71 |
| 206 | 06 Jun 2016 00:16:41 | Trigger | 5 | 25 | 71 |
| 207 | 17 Jun 2016 21:08:03 | Trigger | 5 | 24 | 70 |
| 208 | 26 Jun 2016 19:10:49 | Trigger | 5 | 26 | 70 |
| 209 | 04 Jul 2016 20:48:07 | Trigger | 5 | 23 | 69 |
| 210 | 11 Jul 2016 19:11:36 | Trigger | 5 | 26 | 69 |

DOLD-BL-000700

| Seq # | Local Time [DD:MM:YYYY hh:mm:ss] | Event [Event Type] | Duration [Seconds] | Temp [Degrees Celsius] | Batt Remaining [%] |
|---|---|---|---|---|---|
| 211 | 07 Aug 2016 22:50:04 | Trigger | 5 | 28 | 68 |
| 212 | 10 Aug 2016 23:59:10 | Trigger | 5 | 23 | 68 |
| 213 | 20 Sep 2016 19:40:26 | Trigger | 5 | 28 | 67 |
| 214 | 25 Sep 2016 21:41:15 | Trigger | 5 | 21 | 67 |
| 215 | 03 Oct 2016 01:35:24 | Trigger | 5 | 24 | 66 |
| 216 | 05 Oct 2016 01:30:15 | Trigger | 5 | 26 | 66 |
| 217 | 17 Oct 2016 18:41:36 | Trigger | 5 | 21 | 65 |
| 218 | 08 Nov 2016 22:45:22 | Trigger | 5 | 28 | 65 |
| 219 | 30 Nov 2016 22:08:37 | Trigger | 5 | 23 | 64 |
| 220 | 11 Dec 2016 18:29:50 | Trigger | 5 | 21 | 63 |
| 221 | 14 Dec 2016 22:18:54 | Trigger | 5 | 20 | 63 |
| 222 | 28 Dec 2016 00:35:32 | Trigger | 5 | 23 | 62 |
| 223 | 03 Jan 2017 03:57:12 | Trigger | 5 | 21 | 62 |
| 224 | 29 Jan 2017 23:25:17 | Trigger | 5 | 25 | 61 |
| 225 | 05 Feb 2017 22:42:00 | Trigger | 5 | 22 | 61 |
| 226 | 14 Feb 2017 05:08:41 | Trigger | 5 | 25 | 61 |
| 227 | 26 Feb 2017 21:53:44 | Trigger | 5 | 23 | 60 |
| 228 | 28 Feb 2017 20:10:38 | Trigger | 5 | 21 | 60 |
| 229 | 21 Mar 2017 22:05:40 | Trigger | 5 | 24 | 59 |
| 230 | 21 Mar 2017 22:05:52 | Trigger | 5 | 25 | 59 |
| 231 | 21 Mar 2017 22:06:11 | Trigger | 5 | 25 | 58 |
| 232 | 29 Mar 2017 10:36:12 | Trigger | 5 | 26 | 58 |
| 233 | 29 Mar 2017 10:25:35 | Sync | 29 Mar 2017 10:38:40 to 29 Mar 2017 10:25:35 | | |

DOLD-BL-000701

# Deputy McCoy Taser Log

*Dep. McCoy*


**TASER** PROTECT LIFE **EVIDENCE⊘SYNC**

| TASER Information | | Report Generated by | |
|---|---|---|---|
| Dept. | EVERETT POLICE DEPT. | Name | Terpening, Ryan |
| Serial | X1200466W | Badge ID | 1198 |
| Model | TASER X26P | Local Timezone | Pacific Standard Time (UTC -0700) |
| Firmware Version | Rev. 04.020 | Generated On | 29 Mar 2017 10:08:46 |
| Device Name | X1200466W | | |
| Health | Good | | |

## Device (X26P)

| Seq # | Local Time [DD:MM:YYYY hh:mm:ss] | Event [Event Type] | Duration [Seconds] | Temp [Degrees Celsius] | Batt Remaining [%] |
|---|---|---|---|---|---|
| 1 | 19 Nov 2015 12:31:52 | Power Magazine Change | Manufacturing S/N: XXXXX6 Battery capacity: 100% | | |
| 2 | 19 Nov 2015 12:31:52 | Firmware Update | FW Bundle, Rev. 04.020, 8/4/2015 | | |
| 3 | 19 Nov 2015 12:31:52 | Firmware Update | MC, Rev. 04.019, 8/3/2015 | | |
| 4 | 19 Nov 2015 12:31:52 | Firmware Update | LDR, Rev. 04.013, 12/16/2014 | | |
| 5 | 19 Nov 2015 12:31:52 | Firmware Update | CAM, Rev. 01.025, 8/4/2015 | | |
| 6 | 19 Nov 2015 12:31:52 | Armed | | 27 | 100 |
| 7 | 19 Nov 2015 12:32:03 | Safe | 11 | 29 | 99 |
| 8 | 19 Nov 2015 12:32:19 | Power Magazine Change | Manufacturing S/N: DPM000 Battery capacity: 100% | | |
| 9 | 19 Nov 2015 12:32:19 | Armed | | 29 | 100 |
| 10 | 19 Nov 2015 12:32:19 | Reset | Low Battery Reset | | |
| 11 | 19 Nov 2015 12:40:18 | Power Magazine Change | Manufacturing S/N: DPM000 Battery capacity: 100% | | |
| 12 | 19 Nov 2015 12:40:18 | Armed | | 27 | 100 |
| 13 | 19 Nov 2015 12:40:19 | Trigger | 5 | | 100 |
| 14 | 19 Nov 2015 12:40:31 | Trigger | 5 | | 99 |
| 15 | 19 Nov 2015 12:40:37 | Trigger | 5 | | 99 |
| 16 | 19 Nov 2015 12:40:42 | Trigger | 5 | | 99 |
| 17 | 19 Nov 2015 12:40:47 | Trigger | 5 | | 99 |
| 18 | 19 Nov 2015 12:40:53 | Trigger | 5 | | 99 |
| 19 | 19 Nov 2015 12:40:58 | Trigger | 5 | | 99 |

DOLD-BL-000702

| Seq # | Local Time [DD:MM:YYYY hh:mm:ss] | Event [Event Type] | Duration [Seconds] | Temp [Degrees Celsius] | Batt Remaining [%] |
|---|---|---|---|---|---|
| 20 | 19 Nov 2015 12:41:04 | Trigger | 5 | | 99 |
| 21 | 19 Nov 2015 12:41:09 | Trigger | 5 | | 99 |
| 22 | 19 Nov 2015 12:41:14 | Trigger | 5 | | 99 |
| 23 | 19 Nov 2015 12:41:20 | Trigger | 5 | | 99 |
| 24 | 19 Nov 2015 12:41:26 | Trigger | 5 | | 99 |
| 25 | 19 Nov 2015 12:41:33 | Safe | 75 | 34 | 99 |
| 26 | 19 Nov 2015 13:09:48 | Power Magazine Change | Standard    S/N: 341571    Battery capacity: 61% | | |
| 27 | 19 Nov 2015 13:09:48 | Armed | | 28 | 61 |
| 28 | 19 Nov 2015 13:09:52 | Trigger | 5 | | 61 |
| 29 | 19 Nov 2015 13:09:58 | Trigger | 5 | | 61 |
| 30 | 19 Nov 2015 13:10:09 | Safe | 21 | 29 | 60 |
| 31 | 19 Nov 2015 13:10:35 | Power Magazine Change | Standard    S/N: 320124    Battery capacity: 91% | | |
| 32 | 19 Nov 2015 13:10:35 | Configuration | | | |
| 33 | 19 Nov 2015 13:13:25 | USB Connected | | | |
| 34 | 19 Nov 2015 13:13:53 | Firmware Update | MC, Rev. 04.019, 8/3/2015 | | |
| 35 | 19 Nov 2015 13:13:53 | Firmware Update | LDR, Rev. 04.013, 12/16/2014 | | |
| 36 | 19 Nov 2015 13:13:53 | Firmware Update | CAM, Rev. 01.025, 8/4/2015 | | |
| 37 | 19 Nov 2015 13:13:56 | Time Sync | 19 Nov 2015 13:13:56 to 19 Nov 2015 13:13:56 | | |
| 38 | 10 May 2016 07:24:18 | Time Sync | 10 May 2016 07:23:51 to 10 May 2016 07:24:18 | | |
| 39 | 10 May 2016 14:40:56 | Power Magazine Change | Standard    S/N: 384485    Battery capacity: 100% | | |
| 40 | 10 May 2016 14:40:56 | Armed | | 26 | 100 |
| 41 | 10 May 2016 14:40:58 | Trigger | 5 | | 100 |
| 42 | 10 May 2016 14:41:05 | Safe | 9 | 26 | 99 |
| 43 | 10 May 2016 14:58:48 | Armed | | 27 | 99 |
| 44 | 10 May 2016 14:58:55 | Trigger | 5 | | 99 |
| 45 | 10 May 2016 14:59:02 | Trigger | 5 | | 99 |
| 46 | 10 May 2016 14:59:10 | Safe | 22 | 28 | 99 |
| 47 | 10 May 2016 15:00:12 | Armed | | 28 | 99 |
| 48 | 10 May 2016 15:00:16 | Trigger | 5 | | 99 |
| 49 | 10 May 2016 15:00:27 | Trigger | 5 | | 99 |

DOLD-BL-000703

| Seq # | Local Time [DD:MM:YYYY hh:mm:ss] | Event [Event Type] | Duration [Seconds] | Temp [Degrees Celsius] | Batt Remaining [%] |
|---|---|---|---|---|---|
| 50 | 10 May 2016 15:00:43 | Safe | 31 | 30 | 98 |
| 51 | 10 May 2016 15:19:08 | Armed | | 28 | 98 |
| 52 | 10 May 2016 15:19:11 | Trigger | 5 | | 98 |
| 53 | 10 May 2016 15:19:36 | Safe | 28 | 29 | 98 |
| 54 | 10 May 2016 21:04:08 | Armed | | 29 | 98 |
| 55 | 10 May 2016 21:04:10 | Safe | 2 | 29 | 98 |
| 56 | 10 May 2016 21:04:15 | Armed | | 29 | 98 |
| 57 | 10 May 2016 21:04:16 | Safe | 1 | 29 | 98 |
| 58 | 10 May 2016 21:04:22 | Armed | | 29 | 98 |
| 59 | 10 May 2016 21:04:23 | Safe | 1 | 29 | 98 |
| 60 | 10 May 2016 21:05:29 | Armed | | 29 | 98 |
| 61 | 10 May 2016 21:05:30 | Safe | 1 | 29 | 98 |
| 62 | 10 May 2016 21:05:47 | Armed | | 29 | 98 |
| 63 | 10 May 2016 21:05:48 | Safe | 1 | 30 | 98 |
| 64 | 11 May 2016 00:50:30 | Armed | | 31 | 98 |
| 65 | 11 May 2016 00:50:42 | Trigger | 5 | | 98 |
| 66 | 11 May 2016 00:50:53 | Safe | 23 | 32 | 98 |
| 67 | 11 May 2016 00:51:11 | Armed | | 32 | 98 |
| 68 | 11 May 2016 00:51:14 | Safe | 3 | 31 | 98 |
| 69 | 11 May 2016 00:51:15 | Armed | | 32 | 98 |
| 70 | 11 May 2016 00:51:16 | Safe | 1 | 32 | 98 |
| 71 | 11 May 2016 00:51:16 | Armed | | 32 | 98 |
| 72 | 11 May 2016 00:51:17 | Safe | 1 | 32 | 98 |
| 73 | 11 May 2016 11:07:11 | Armed | | 23 | 98 |
| 74 | 11 May 2016 11:07:14 | Trigger | 5 | | 98 |
| 75 | 11 May 2016 11:07:21 | Safe | 10 | 23 | 98 |
| 76 | 11 May 2016 11:07:31 | Armed | | 23 | 98 |
| 77 | 11 May 2016 11:07:36 | Safe | 5 | 23 | 98 |
| 78 | 14 May 2016 23:23:06 | Armed | | 22 | 98 |
| 79 | 14 May 2016 23:23:08 | Trigger | 5 | | 98 |

DOLD-BL-000704

| Seq # | Local Time [DD:MM:YYYY hh:mm:ss] | Event [Event Type] | Duration [Seconds] | Temp [Degrees Celsius] | Batt Remaining [%] |
|---|---|---|---|---|---|
| 80 | 14 May 2016 23:23:19 | Safe | 13 | 23 | 98 |
| 81 | 14 May 2016 23:23:22 | Armed | | 23 | 98 |
| 82 | 14 May 2016 23:23:25 | Safe | 3 | 23 | 98 |
| 83 | 14 May 2016 23:23:26 | Armed | | 23 | 98 |
| 84 | 14 May 2016 23:23:30 | Safe | 4 | 23 | 98 |
| 85 | 15 May 2016 09:28:04 | Armed | | 23 | 98 |
| 86 | 15 May 2016 09:28:05 | Trigger | 5 | | 98 |
| 87 | 15 May 2016 09:28:10 | Safe | 6 | 23 | 98 |
| 88 | 16 May 2016 09:29:15 | Armed | | 27 | 98 |
| 89 | 16 May 2016 09:29:16 | Trigger | 5 | | 98 |
| 90 | 16 May 2016 09:29:22 | Safe | 7 | 27 | 97 |
| 91 | 16 May 2016 13:38:39 | Armed | | 27 | 97 |
| 92 | 16 May 2016 13:38:49 | Safe | 10 | 26 | 97 |
| 93 | 16 May 2016 22:13:26 | Armed | | 29 | 97 |
| 94 | 16 May 2016 22:13:27 | Safe | 1 | 29 | 97 |
| 95 | 17 May 2016 09:30:03 | Armed | | 25 | 97 |
| 96 | 17 May 2016 09:30:04 | Trigger | 5 | | 97 |
| 97 | 17 May 2016 09:30:11 | Safe | 8 | 26 | 97 |
| 98 | 18 May 2016 13:29:28 | Armed | | 25 | 97 |
| 99 | 18 May 2016 13:29:30 | Trigger | 5 | | 97 |
| 100 | 18 May 2016 13:29:35 | Safe | 7 | 27 | 97 |
| 101 | 18 May 2016 16:44:16 | Armed | | 29 | 97 |
| 102 | 18 May 2016 16:44:17 | Trigger | 3 | | 97 |
| 103 | 18 May 2016 16:44:20 | Safe | 4 | 28 | 97 |
| 104 | 22 May 2016 13:26:21 | Armed | | 26 | 97 |
| 105 | 22 May 2016 13:26:22 | Trigger | 5 | | 97 |
| 106 | 22 May 2016 13:26:29 | Safe | 8 | 26 | 97 |
| 107 | 23 May 2016 09:35:57 | Armed | | 26 | 97 |
| 108 | 23 May 2016 09:35:57 | Trigger | 5 | | 97 |
| 109 | 23 May 2016 09:36:03 | Safe | 6 | 26 | 97 |

DOLD-BL-000705

| Seq # | Local Time [DD:MM:YYYY hh:mm:ss] | Event [Event Type] | Duration [Seconds] | Temp [Degrees Celsius] | Batt Remaining [%] |
|---|---|---|---|---|---|
| 110 | 23 May 2016 17:20:25 | Armed | | 26 | 97 |
| 111 | 23 May 2016 17:20:27 | Safe | 2 | 26 | 97 |
| 112 | 24 May 2016 09:30:01 | Armed | | 26 | 97 |
| 113 | 24 May 2016 09:30:03 | Trigger | 5 | | 97 |
| 114 | 24 May 2016 09:30:09 | Safe | 8 | 25 | 97 |
| 115 | 24 May 2016 12:36:35 | Armed | | 28 | 97 |
| 116 | 24 May 2016 12:36:43 | Safe | 8 | 29 | 97 |
| 117 | 29 May 2016 13:24:49 | Armed | | 26 | 97 |
| 118 | 29 May 2016 13:24:50 | Trigger | 5 | | 97 |
| 119 | 29 May 2016 13:24:56 | Safe | 7 | 26 | 96 |
| 120 | 30 May 2016 13:30:15 | Armed | | 23 | 96 |
| 121 | 30 May 2016 13:30:16 | Trigger | 5 | | 96 |
| 122 | 30 May 2016 13:30:21 | Safe | 6 | 22 | 96 |
| 123 | 31 May 2016 13:34:45 | Armed | | 23 | 96 |
| 124 | 31 May 2016 13:34:46 | Trigger | 4 | | 96 |
| 125 | 31 May 2016 13:34:51 | Safe | 6 | 23 | 96 |
| 126 | 01 Jun 2016 13:36:41 | Armed | | 24 | 96 |
| 127 | 01 Jun 2016 13:36:41 | Trigger | 4 | | 96 |
| 128 | 01 Jun 2016 13:36:45 | Safe | 4 | 24 | 96 |
| 129 | 05 Jun 2016 13:24:03 | Armed | | 22 | 96 |
| 130 | 05 Jun 2016 13:24:03 | Trigger | 4 | | 96 |
| 131 | 05 Jun 2016 13:24:07 | Safe | 4 | 23 | 96 |
| 132 | 06 Jun 2016 13:36:19 | Armed | | 24 | 96 |
| 133 | 06 Jun 2016 13:36:19 | Trigger | 5 | | 96 |
| 134 | 06 Jun 2016 13:36:25 | Safe | 6 | 25 | 96 |
| 135 | 06 Jun 2016 16:11:42 | Armed | | 34 | 96 |
| 136 | 06 Jun 2016 16:11:45 | Safe | 3 | 35 | 96 |
| 137 | 06 Jun 2016 16:11:50 | Armed | | 35 | 96 |
| 138 | 06 Jun 2016 16:11:53 | Trigger | 5 | | 96 |
| 139 | 06 Jun 2016 16:11:58 | Safe | 8 | 34 | 96 |

DOLD-BL-000706

| Seq # | Local Time [DD:MM:YYYY hh:mm:ss] | Event [Event Type] | Duration [Seconds] | Temp [Degrees Celsius] | Batt Remaining [%] |
|---|---|---|---|---|---|
| 140 | 06 Jun 2016 17:55:53 | Armed | | 32 | 96 |
| 141 | 06 Jun 2016 17:55:55 | Safe | 2 | 32 | 96 |
| 142 | 06 Jun 2016 17:56:23 | Armed | | 31 | 96 |
| 143 | 06 Jun 2016 17:56:25 | Safe | 2 | 31 | 96 |
| 144 | 07 Jun 2016 13:43:51 | Armed | | 24 | 96 |
| 145 | 07 Jun 2016 13:43:52 | Trigger | 5 | | 96 |
| 146 | 07 Jun 2016 13:43:57 | Safe | 6 | 24 | 96 |
| 147 | 12 Jun 2016 13:45:19 | Armed | | 25 | 96 |
| 148 | 12 Jun 2016 13:45:19 | Trigger | 2 | | 96 |
| 149 | 12 Jun 2016 13:45:21 | Safe | 2 | 25 | 96 |
| 150 | 13 Jun 2016 13:41:41 | Armed | | 26 | 96 |
| 151 | 13 Jun 2016 13:41:41 | Trigger | 5 | | 96 |
| 152 | 13 Jun 2016 13:41:48 | Safe | 7 | 26 | 95 |
| 153 | 14 Jun 2016 13:48:08 | Armed | | 25 | 95 |
| 154 | 14 Jun 2016 13:48:09 | Trigger | 5 | | 95 |
| 155 | 14 Jun 2016 13:48:14 | Safe | 6 | 25 | 95 |
| 156 | 14 Jun 2016 20:16:32 | Armed | | 26 | 95 |
| 157 | 14 Jun 2016 20:16:34 | Safe | 2 | 26 | 95 |
| 158 | 14 Jun 2016 23:25:20 | Armed | | 28 | 95 |
| 159 | 14 Jun 2016 23:25:31 | Safe | 11 | 30 | 95 |
| 160 | 15 Jun 2016 13:48:09 | Armed | | 25 | 95 |
| 161 | 15 Jun 2016 13:48:09 | Trigger | 5 | | 95 |
| 162 | 15 Jun 2016 13:48:15 | Safe | 6 | 25 | 95 |
| 163 | 19 Jun 2016 13:48:11 | Armed | | 25 | 95 |
| 164 | 19 Jun 2016 13:48:12 | Trigger | 5 | | 95 |
| 165 | 19 Jun 2016 13:48:18 | Safe | 7 | 25 | 95 |
| 166 | 19 Jun 2016 21:47:23 | Armed | | 26 | 95 |
| 167 | 19 Jun 2016 21:47:25 | Safe | 2 | 26 | 95 |
| 168 | 20 Jun 2016 13:48:25 | Armed | | 26 | 95 |
| 169 | 20 Jun 2016 13:48:25 | Trigger | 5 | | 95 |

DOLD-BL-000707

| Seq # | Local Time [DD:MM:YYYY hh:mm:ss] | Event [Event Type] | Duration [Seconds] | Temp [Degrees Celsius] | Batt Remaining [%] |
|---|---|---|---|---|---|
| 170 | 20 Jun 2016 13:48:31 | Safe | 6 | 27 | 95 |
| 171 | 20 Jun 2016 15:10:32 | Armed | | 30 | 95 |
| 172 | 20 Jun 2016 15:10:55 | Safe | 23 | 32 | 95 |
| 173 | 20 Jun 2016 15:16:06 | Armed | | 31 | 95 |
| 174 | 20 Jun 2016 15:16:19 | Safe | 13 | 32 | 95 |
| 175 | 20 Jun 2016 15:36:26 | Armed | | 30 | 95 |
| 176 | 20 Jun 2016 15:36:29 | Safe | 3 | 30 | 95 |
| 177 | 20 Jun 2016 15:36:43 | Armed | | 30 | 95 |
| 178 | 20 Jun 2016 15:36:43 | Safe | 0 | 30 | 95 |
| 179 | 21 Jun 2016 13:43:18 | Armed | | 25 | 95 |
| 180 | 21 Jun 2016 13:43:20 | Trigger | 5 | | 95 |
| 181 | 21 Jun 2016 13:43:25 | Safe | 7 | 26 | 95 |
| 182 | 26 Jun 2016 13:50:41 | Armed | | 26 | 95 |
| 183 | 26 Jun 2016 13:50:42 | Trigger | 5 | | 95 |
| 184 | 26 Jun 2016 13:50:47 | Safe | 6 | 26 | 94 |
| 185 | 26 Jun 2016 23:43:16 | Armed | | 25 | 94 |
| 186 | 26 Jun 2016 23:43:17 | Safe | 1 | 25 | 94 |
| 187 | 27 Jun 2016 13:48:08 | Armed | | 26 | 94 |
| 188 | 27 Jun 2016 13:48:09 | Trigger | 5 | | 94 |
| 189 | 27 Jun 2016 13:48:14 | Safe | 6 | 26 | 94 |
| 190 | 28 Jun 2016 13:49:28 | Armed | | 26 | 94 |
| 191 | 28 Jun 2016 13:49:28 | Trigger | 5 | | 94 |
| 192 | 28 Jun 2016 13:49:34 | Safe | 6 | 26 | 94 |
| 193 | 29 Jun 2016 13:52:02 | Armed | | 25 | 94 |
| 194 | 29 Jun 2016 13:52:02 | Trigger | 5 | | 94 |
| 195 | 29 Jun 2016 13:52:08 | Safe | 6 | 26 | 94 |
| 196 | 03 Jul 2016 13:44:39 | Armed | | 23 | 94 |
| 197 | 03 Jul 2016 13:44:41 | Trigger | 5 | | 94 |
| 198 | 03 Jul 2016 13:44:46 | Safe | 7 | 25 | 94 |
| 199 | 03 Jul 2016 22:09:06 | Armed | | 28 | 94 |

DOLD-BL-000708

| Seq # | Local Time [DD:MM:YYYY hh:mm:ss] | Event [EventType] | Duration [Seconds] | Temp [Degrees Celsius] | Batt Remaining [%] |
|---|---|---|---|---|---|
| 200 | 03 Jul 2016 22:09:12 | Trigger | 4 | | 94 |
| 201 | 03 Jul 2016 22:09:16 | Safe | 10 | 29 | 94 |
| 202 | 10 Jul 2016 13:52:22 | Armed | | 22 | 94 |
| 203 | 10 Jul 2016 13:52:22 | Trigger | 5 | | 94 |
| 204 | 10 Jul 2016 13:52:28 | Safe | 6 | 23 | 94 |
| 205 | 11 Jul 2016 13:48:38 | Armed | | 26 | 94 |
| 206 | 11 Jul 2016 13:48:38 | Trigger | 5 | | 94 |
| 207 | 11 Jul 2016 13:48:44 | Safe | 6 | 26 | 94 |
| 208 | 17 Jul 2016 22:32:10 | Armed | | 29 | 94 |
| 209 | 17 Jul 2016 22:32:11 | Safe | 1 | 29 | 94 |
| 210 | 17 Jul 2016 22:32:32 | Armed | | 30 | 94 |
| 211 | 17 Jul 2016 22:32:38 | Safe | 6 | 30 | 94 |
| 212 | 17 Jul 2016 22:37:20 | Armed | | 29 | 94 |
| 213 | 17 Jul 2016 22:37:25 | Safe | 5 | 28 | 94 |
| 214 | 18 Jul 2016 16:46:18 | Armed | | 28 | 94 |
| 215 | 18 Jul 2016 16:46:19 | Safe | 1 | 28 | 94 |
| 216 | 25 Jul 2016 13:35:11 | Armed | | 25 | 94 |
| 217 | 25 Jul 2016 13:35:12 | Trigger | 5 | | 94 |
| 218 | 25 Jul 2016 13:35:17 | Safe | 6 | 26 | 93 |
| 219 | 25 Jul 2016 19:33:02 | Armed | | 29 | 93 |
| 220 | 25 Jul 2016 19:33:20 | Safe | 18 | 30 | 93 |
| 221 | 26 Jul 2016 13:38:04 | Armed | | 23 | 93 |
| 222 | 26 Jul 2016 13:38:05 | Safe | 1 | 22 | 93 |
| 223 | 26 Jul 2016 21:41:55 | Armed | | 28 | 93 |
| 224 | 26 Jul 2016 21:41:56 | Safe | 1 | 28 | 93 |
| 225 | 26 Jul 2016 23:23:25 | Armed | | 27 | 93 |
| 226 | 26 Jul 2016 23:23:26 | Safe | 1 | 27 | 93 |
| 227 | 31 Jul 2016 13:40:45 | Armed | | 23 | 93 |
| 228 | 31 Jul 2016 13:40:45 | Trigger | 5 | | 93 |
| 229 | 31 Jul 2016 13:40:50 | Safe | 5 | 24 | 93 |

DOLD-BL-000709

| Seq # | Local Time [DD:MM:YYYY hh:mm:ss] | Event [Event Type] | Duration [Seconds] | Temp [Degrees Celsius] | Batt Remaining [%] |
|---|---|---|---|---|---|
| 230 | 01 Aug 2016 19:52:59 | Armed | | 28 | 93 |
| 231 | 01 Aug 2016 19:53:04 | Safe | 5 | 28 | 93 |
| 232 | 01 Aug 2016 22:55:07 | Armed | | 28 | 93 |
| 233 | 01 Aug 2016 22:55:07 | Trigger | 3 | | 93 |
| 234 | 01 Aug 2016 22:55:10 | Safe | 3 | 28 | 93 |
| 235 | 08 Aug 2016 13:38:49 | Armed | | 23 | 93 |
| 236 | 08 Aug 2016 13:38:50 | Trigger | 5 | | 93 |
| 237 | 08 Aug 2016 13:38:55 | Safe | 6 | 24 | 93 |
| 238 | 08 Aug 2016 20:09:36 | Armed | | 29 | 93 |
| 239 | 08 Aug 2016 20:09:37 | Safe | 1 | 29 | 93 |
| 240 | 08 Aug 2016 20:11:00 | Armed | | 29 | 93 |
| 241 | 08 Aug 2016 20:11:01 | Safe | 1 | 29 | 93 |
| 242 | 14 Aug 2016 20:27:06 | Armed | | 29 | 93 |
| 243 | 14 Aug 2016 20:27:07 | Safe | 1 | 29 | 93 |
| 244 | 14 Aug 2016 23:18:42 | Armed | | 28 | 93 |
| 245 | 14 Aug 2016 23:18:44 | Safe | 2 | 27 | 93 |
| 246 | 15 Aug 2016 15:57:23 | Armed | | 29 | 93 |
| 247 | 15 Aug 2016 15:57:25 | Safe | 2 | 29 | 93 |
| 248 | 15 Aug 2016 15:58:09 | Armed | | 30 | 93 |
| 249 | 15 Aug 2016 15:58:11 | Safe | 2 | 30 | 93 |
| 250 | 15 Aug 2016 16:20:08 | Armed | | 32 | 93 |
| 251 | 15 Aug 2016 16:20:08 | Trigger | 5 | | 93 |
| 252 | 15 Aug 2016 16:20:14 | Safe | 6 | 32 | 93 |
| 253 | 15 Aug 2016 23:58:09 | Armed | | 26 | 93 |
| 254 | 15 Aug 2016 23:58:13 | Safe | 4 | 26 | 93 |
| 255 | 16 Aug 2016 13:38:12 | Armed | | 25 | 93 |
| 256 | 16 Aug 2016 13:38:13 | Trigger | 1 | | 93 |
| 257 | 16 Aug 2016 13:38:14 | Safe | 2 | 25 | 93 |
| 258 | 16 Aug 2016 23:12:07 | Armed | | 27 | 93 |
| 259 | 16 Aug 2016 23:12:28 | Safe | 21 | 27 | 93 |

DOLD-BL-000710

| Seq # | Local Time [DD:MM:YYYY hh:mm:ss] | Event [Event Type] | Duration [Seconds] | Temp [Degrees Celsius] | Batt Remaining [%] |
|---|---|---|---|---|---|
| 260 | 16 Aug 2016 23:12:38 | Armed | | 28 | 93 |
| 261 | 16 Aug 2016 23:12:47 | Safe | 9 | 28 | 93 |
| 262 | 17 Aug 2016 01:52:23 | Armed | | 27 | 93 |
| 263 | 17 Aug 2016 01:52:23 | Safe | 0 | 26 | 93 |
| 264 | 17 Aug 2016 23:05:37 | Armed | | 20 | 93 |
| 265 | 17 Aug 2016 23:05:39 | Safe | 2 | 21 | 93 |
| 266 | 17 Aug 2016 23:05:41 | Armed | | 20 | 93 |
| 267 | 17 Aug 2016 23:05:43 | Trigger | 5 | | 93 |
| 268 | 17 Aug 2016 23:06:01 | Safe | 20 | 22 | 93 |
| 269 | 17 Aug 2016 23:06:05 | Armed | | 22 | 93 |
| 270 | 17 Aug 2016 23:06:06 | Safe | 1 | 22 | 93 |
| 271 | 23 Aug 2016 13:42:47 | Armed | | 25 | 93 |
| 272 | 23 Aug 2016 13:42:47 | Trigger | 5 | | 93 |
| 273 | 23 Aug 2016 13:42:53 | Safe | 6 | 25 | 92 |
| 274 | 24 Aug 2016 00:40:33 | Armed | | 27 | 92 |
| 275 | 24 Aug 2016 00:40:38 | Safe | 5 | 26 | 92 |
| 276 | 24 Aug 2016 00:42:54 | Armed | | 26 | 92 |
| 277 | 24 Aug 2016 00:42:55 | Safe | 1 | 26 | 92 |
| 278 | 24 Aug 2016 00:42:55 | Armed | | 26 | 92 |
| 279 | 24 Aug 2016 00:42:56 | Safe | 1 | 26 | 92 |
| 280 | 24 Aug 2016 00:42:56 | Armed | | 26 | 92 |
| 281 | 24 Aug 2016 00:42:57 | Safe | 1 | 26 | 92 |
| 282 | 24 Aug 2016 00:42:59 | Armed | | 26 | 92 |
| 283 | 24 Aug 2016 00:42:59 | Safe | 0 | 26 | 92 |
| 284 | 24 Aug 2016 00:42:59 | Armed | | 26 | 92 |
| 285 | 24 Aug 2016 00:43:01 | Safe | 2 | 26 | 92 |
| 286 | 24 Aug 2016 00:43:01 | Armed | | 26 | 92 |
| 287 | 24 Aug 2016 00:43:03 | Safe | 2 | 26 | 92 |
| 288 | 24 Aug 2016 00:50:43 | Armed | | 26 | 92 |
| 289 | 24 Aug 2016 00:50:54 | Safe | 11 | 25 | 92 |

DOLD-BL-000711

| Seq # | Local Time [DD:MM:YYYY hh:mm:ss] | Event [Event Type] | Duration [Seconds] | Temp [Degrees Celsius] | Batt Remaining [%] |
|---|---|---|---|---|---|
| 290 | 24 Aug 2016 13:43:30 | Armed | | 24 | 92 |
| 291 | 24 Aug 2016 13:43:31 | Trigger | 5 | | 92 |
| 292 | 24 Aug 2016 13:43:36 | Safe | 6 | 24 | 92 |
| 293 | 24 Aug 2016 20:42:26 | Armed | | 28 | 92 |
| 294 | 24 Aug 2016 20:42:30 | Safe | 4 | 28 | 92 |
| 295 | 24 Aug 2016 20:43:08 | Armed | | 29 | 92 |
| 296 | 24 Aug 2016 20:43:09 | Safe | 1 | 29 | 92 |
| 297 | 24 Aug 2016 23:08:23 | Armed | | 29 | 92 |
| 298 | 24 Aug 2016 23:09:33 | Safe | 70 | 33 | 92 |
| 299 | 28 Aug 2016 13:45:26 | Armed | | 23 | 92 |
| 300 | 28 Aug 2016 13:45:26 | Trigger | 5 | | 92 |
| 301 | 28 Aug 2016 13:45:31 | Safe | 5 | 23 | 92 |
| 302 | 29 Aug 2016 20:41:09 | Armed | | 28 | 92 |
| 303 | 29 Aug 2016 20:41:12 | Safe | 3 | 28 | 92 |
| 304 | 30 Aug 2016 13:22:55 | Armed | | 25 | 92 |
| 305 | 30 Aug 2016 13:22:56 | Safe | 1 | 25 | 92 |
| 306 | 30 Aug 2016 17:03:23 | Armed | | 28 | 92 |
| 307 | 30 Aug 2016 17:03:29 | Safe | 6 | 28 | 92 |
| 308 | 30 Aug 2016 18:30:01 | Armed | | 27 | 92 |
| 309 | 30 Aug 2016 18:30:04 | Safe | 3 | 27 | 92 |
| 310 | 31 Aug 2016 23:16:39 | Armed | | 22 | 92 |
| 311 | 31 Aug 2016 23:16:41 | Trigger | 5 | | 92 |
| 312 | 31 Aug 2016 23:16:46 | Safe | 7 | 23 | 92 |
| 313 | 31 Aug 2016 23:16:47 | Armed | | 24 | 92 |
| 314 | 31 Aug 2016 23:16:57 | Safe | 10 | 24 | 92 |
| 315 | 31 Aug 2016 23:17:22 | Armed | | 23 | 92 |
| 316 | 31 Aug 2016 23:17:23 | Safe | 1 | 24 | 92 |
| 317 | 31 Aug 2016 23:17:24 | Armed | | 24 | 92 |
| 318 | 31 Aug 2016 23:17:24 | Safe | 0 | 23 | 92 |
| 319 | 31 Aug 2016 23:17:25 | Armed | | 24 | 92 |

DOLD-BL-000712

| Seq # | Local Time [DD:MM:YYYY hh:mm:ss] | Event [Event Type] | Duration [Seconds] | Temp [Degrees Celsius] | Batt Remaining [%] |
|---|---|---|---|---|---|
| 320 | 31 Aug 2016 23:17:25 | Safe | 0 | 24 | 92 |
| 321 | 31 Aug 2016 23:17:48 | Armed | | 24 | 92 |
| 322 | 31 Aug 2016 23:18:02 | Safe | 14 | 24 | 92 |
| 323 | 04 Sep 2016 13:34:15 | Armed | | 22 | 92 |
| 324 | 04 Sep 2016 13:34:15 | Trigger | 5 | | 92 |
| 325 | 04 Sep 2016 13:34:21 | Safe | 6 | 23 | 92 |
| 326 | 05 Sep 2016 01:27:12 | Armed | | 25 | 92 |
| 327 | 05 Sep 2016 01:27:13 | Safe | 1 | 26 | 92 |
| 328 | 07 Sep 2016 13:41:50 | Armed | | 25 | 92 |
| 329 | 07 Sep 2016 13:41:51 | Safe | 1 | 25 | 92 |
| 330 | 07 Sep 2016 21:13:47 | Armed | | 27 | 92 |
| 331 | 07 Sep 2016 21:13:51 | Safe | 4 | 27 | 92 |
| 332 | 07 Sep 2016 22:00:43 | Armed | | 25 | 92 |
| 333 | 07 Sep 2016 22:00:46 | Safe | 3 | 24 | 92 |
| 334 | 08 Sep 2016 00:12:32 | Armed | | 23 | 92 |
| 335 | 08 Sep 2016 00:19:09 | Safe | 397 | 35 | 91 |
| 336 | 08 Sep 2016 00:21:31 | Armed | | 30 | 91 |
| 337 | 08 Sep 2016 00:21:44 | Safe | 13 | 30 | 91 |
| 338 | 08 Sep 2016 00:21:49 | Armed | | 30 | 91 |
| 339 | 08 Sep 2016 00:22:52 | Safe | 63 | 33 | 91 |
| 340 | 08 Sep 2016 00:22:57 | Armed | | 32 | 91 |
| 341 | 08 Sep 2016 00:24:55 | Safe | 118 | 36 | 91 |
| 342 | 08 Sep 2016 01:32:22 | Armed | | 25 | 91 |
| 343 | 08 Sep 2016 01:32:24 | Safe | 2 | 25 | 91 |
| 344 | 25 Sep 2016 13:32:06 | Armed | | 23 | 91 |
| 345 | 25 Sep 2016 13:32:07 | Safe | 1 | 24 | 91 |
| 346 | 25 Sep 2016 13:32:19 | Armed | | 24 | 91 |
| 347 | 25 Sep 2016 13:32:21 | Trigger | 5 | | 91 |
| 348 | 25 Sep 2016 13:32:27 | Safe | 8 | 25 | 90 |
| 349 | 25 Sep 2016 17:38:54 | Armed | | 29 | 90 |

DOLD-BL-000713

| Seq # | Local Time [DD/MM/YYYY hh:mm:ss] | Event [Event Type] | Duration [Seconds] | Temp [Degrees Celsius] | Batt Remaining [%] |
|---|---|---|---|---|---|
| 350 | 25 Sep 2016 17:38:58 | Trigger | 5 | | 90 |
| 351 | 25 Sep 2016 17:39:04 | Safe | 10 | 31 | 90 |
| 352 | 25 Sep 2016 17:45:54 | Armed | | 29 | 90 |
| 353 | 25 Sep 2016 17:46:07 | Safe | 13 | 30 | 90 |
| 354 | 26 Sep 2016 13:29:39 | Armed | | 25 | 90 |
| 355 | 26 Sep 2016 13:29:40 | Trigger | 5 | | 90 |
| 356 | 26 Sep 2016 13:29:45 | Safe | 6 | 25 | 90 |
| 357 | 27 Sep 2016 02:10:55 | Armed | | 29 | 90 |
| 358 | 27 Sep 2016 02:10:58 | Safe | 3 | 28 | 90 |
| 359 | 27 Sep 2016 02:10:59 | Armed | | 28 | 90 |
| 360 | 27 Sep 2016 02:11:01 | Safe | 2 | 29 | 90 |
| 361 | 27 Sep 2016 13:38:47 | Armed | | 24 | 90 |
| 362 | 27 Sep 2016 13:38:48 | Trigger | 5 | | 90 |
| 363 | 27 Sep 2016 13:38:53 | Safe | 6 | 26 | 90 |
| 364 | 02 Oct 2016 13:32:16 | Armed | | 24 | 90 |
| 365 | 02 Oct 2016 13:32:16 | Trigger | 5 | | 90 |
| 366 | 02 Oct 2016 13:32:22 | Safe | 6 | 25 | 90 |
| 367 | 03 Oct 2016 13:37:20 | Armed | | 24 | 90 |
| 368 | 03 Oct 2016 13:37:20 | Trigger | 5 | | 90 |
| 369 | 03 Oct 2016 13:37:26 | Safe | 6 | 25 | 90 |
| 370 | 03 Oct 2016 14:35:19 | Armed | | 25 | 90 |
| 371 | 03 Oct 2016 14:35:28 | Safe | 9 | 25 | 90 |
| 372 | 03 Oct 2016 18:21:08 | Armed | | 29 | 90 |
| 373 | 03 Oct 2016 18:21:09 | Safe | 1 | 29 | 90 |
| 374 | 03 Oct 2016 20:06:20 | Armed | | 25 | 90 |
| 375 | 03 Oct 2016 20:06:21 | Safe | 1 | 24 | 90 |
| 376 | 04 Oct 2016 13:34:08 | Armed | | 25 | 90 |
| 377 | 04 Oct 2016 13:34:08 | Trigger | 5 | | 90 |
| 378 | 04 Oct 2016 13:34:14 | Safe | 6 | 25 | 89 |
| 379 | 04 Oct 2016 18:57:49 | Armed | | 26 | 89 |

DOLD-BL-000714

| Seq # | Local Time [DD/MM/YYYY hh:mm:ss] | Event [Event Type] | Duration [Seconds] | Temp [Degrees Celsius] | Batt Remaining [%] |
|-------|----------------------------------|--------------------|--------------------|------------------------|---------------------|
| 380 | 04 Oct 2016 18:57:53 | Trigger | 3 | | 89 |
| 381 | 04 Oct 2016 18:57:56 | Safe | 7 | 26 | 89 |
| 382 | 04 Oct 2016 18:57:59 | Armed | | 26 | 89 |
| 383 | 04 Oct 2016 18:58:06 | Safe | 7 | 27 | 89 |
| 384 | 04 Oct 2016 19:00:18 | Armed | | 26 | 89 |
| 385 | 04 Oct 2016 19:00:20 | Trigger | 2 | | 89 |
| 386 | 04 Oct 2016 19:00:22 | Safe | 4 | 25 | 89 |
| 387 | 04 Oct 2016 19:00:24 | Armed | | 26 | 89 |
| 388 | 04 Oct 2016 19:00:36 | Trigger | 1 | | 89 |
| 389 | 04 Oct 2016 19:00:37 | Safe | 13 | 27 | 89 |
| 390 | 04 Oct 2016 19:00:39 | Armed | | 27 | 89 |
| 391 | 04 Oct 2016 19:00:39 | Safe | 0 | 27 | 89 |
| 392 | 04 Oct 2016 19:06:43 | Armed | | 26 | 89 |
| 393 | 04 Oct 2016 19:06:45 | Safe | 2 | 26 | 89 |
| 394 | 04 Oct 2016 21:03:12 | Armed | | 29 | 89 |
| 395 | 04 Oct 2016 21:03:14 | Safe | 2 | 28 | 89 |
| 396 | 04 Oct 2016 22:11:55 | Armed | | 27 | 89 |
| 397 | 04 Oct 2016 22:11:56 | Safe | 1 | 27 | 89 |
| 398 | 04 Oct 2016 22:12:58 | Armed | | 27 | 89 |
| 399 | 04 Oct 2016 22:13:27 | Safe | 29 | 28 | 89 |
| 400 | 04 Oct 2016 22:13:27 | Armed | | 28 | 89 |
| 401 | 04 Oct 2016 22:13:28 | Safe | 1 | 28 | 89 |
| 402 | 04 Oct 2016 22:13:44 | Armed | | 29 | 89 |
| 403 | 04 Oct 2016 22:13:47 | Safe | 3 | 29 | 89 |
| 404 | 04 Oct 2016 22:13:56 | Armed | | 29 | 89 |
| 405 | 04 Oct 2016 22:14:00 | Safe | 4 | 29 | 89 |
| 406 | 04 Oct 2016 22:14:01 | Armed | | 29 | 89 |
| 407 | 04 Oct 2016 22:14:15 | Safe | 14 | 28 | 89 |
| 408 | 04 Oct 2016 22:14:15 | Armed | | 29 | 89 |
| 409 | 04 Oct 2016 22:14:16 | Safe | 1 | 28 | 89 |

DOLD-BL-000715

| Seq # | Local Time [DD:MM:YYYY hh:mm:ss] | Event [Event Type] | Duration [Seconds] | Temp [Degrees Celsius] | Batt Remaining [%] |
|---|---|---|---|---|---|
| 410 | 04 Oct 2016 22:14:19 | Armed | | 29 | 89 |
| 411 | 04 Oct 2016 22:14:20 | Safe | 1 | 29 | 89 |
| 412 | 04 Oct 2016 22:24:16 | Armed | | 25 | 89 |
| 413 | 04 Oct 2016 22:24:17 | Safe | 1 | 25 | 89 |
| 414 | 05 Oct 2016 02:19:49 | Armed | | 26 | 89 |
| 415 | 05 Oct 2016 02:19:56 | Safe | 7 | 26 | 89 |
| 416 | 05 Oct 2016 13:36:36 | Armed | | 24 | 89 |
| 417 | 05 Oct 2016 13:36:36 | Trigger | 5 | | 89 |
| 418 | 05 Oct 2016 13:36:42 | Safe | 6 | 24 | 89 |
| 419 | 05 Oct 2016 15:29:26 | Armed | | 27 | 89 |
| 420 | 05 Oct 2016 15:29:29 | Safe | 3 | 27 | 89 |
| 421 | 09 Oct 2016 13:36:38 | Armed | | 24 | 89 |
| 422 | 09 Oct 2016 13:36:39 | Trigger | 5 | | 89 |
| 423 | 09 Oct 2016 13:36:44 | Safe | 6 | 25 | 89 |
| 424 | 09 Oct 2016 23:40:23 | Armed | | 26 | 89 |
| 425 | 09 Oct 2016 23:40:25 | Safe | 2 | 26 | 89 |
| 426 | 09 Oct 2016 23:40:29 | Armed | | 26 | 89 |
| 427 | 09 Oct 2016 23:40:30 | Safe | 1 | 26 | 89 |
| 428 | 09 Oct 2016 23:40:31 | Armed | | 26 | 89 |
| 429 | 09 Oct 2016 23:40:32 | Safe | 1 | 26 | 89 |
| 430 | 09 Oct 2016 23:40:34 | Armed | | 26 | 89 |
| 431 | 09 Oct 2016 23:40:41 | Safe | 7 | 26 | 89 |
| 432 | 09 Oct 2016 23:40:41 | Armed | | 27 | 89 |
| 433 | 09 Oct 2016 23:40:44 | Safe | 3 | 27 | 89 |
| 434 | 09 Oct 2016 23:40:47 | Armed | | 26 | 89 |
| 435 | 09 Oct 2016 23:40:54 | Safe | 7 | 27 | 89 |
| 436 | 09 Oct 2016 23:41:17 | Armed | | 27 | 89 |
| 437 | 09 Oct 2016 23:41:19 | Safe | 2 | 27 | 89 |
| 438 | 10 Oct 2016 13:36:59 | Armed | | 24 | 89 |
| 439 | 10 Oct 2016 13:36:59 | Trigger | 5 | | 89 |

DOLD-BL-000716

| Seq # | Local Time [DD:MM:YYYY hh:mm:ss] | Event [Event Type] | Duration [Seconds] | Temp [Degrees Celsius] | Batt Remaining [%] |
|---|---|---|---|---|---|
| 440 | 10 Oct 2016 13:37:05 | Safe | 6 | 25 | 89 |
| 441 | 10 Oct 2016 21:28:39 | Armed | | 25 | 89 |
| 442 | 10 Oct 2016 21:28:53 | Safe | 14 | 26 | 89 |
| 443 | 10 Oct 2016 21:29:33 | Armed | | 26 | 89 |
| 444 | 10 Oct 2016 21:29:40 | Safe | 7 | 26 | 89 |
| 445 | 11 Oct 2016 13:36:53 | Armed | | 23 | 89 |
| 446 | 11 Oct 2016 13:36:54 | Trigger | 5 | | 89 |
| 447 | 11 Oct 2016 13:37:00 | Safe | 7 | 23 | 89 |
| 448 | 11 Oct 2016 20:36:08 | Armed | | 30 | 89 |
| 449 | 11 Oct 2016 20:36:11 | Safe | 3 | 31 | 89 |
| 450 | 11 Oct 2016 20:50:04 | Armed | | 27 | 89 |
| 451 | 11 Oct 2016 20:50:05 | Safe | 1 | 26 | 89 |
| 452 | 16 Oct 2016 13:35:48 | Armed | | 25 | 89 |
| 453 | 16 Oct 2016 13:35:49 | Safe | 1 | 25 | 89 |
| 454 | 16 Oct 2016 16:33:13 | Armed | | 31 | 89 |
| 455 | 16 Oct 2016 16:33:15 | Trigger | 4 | | 89 |
| 456 | 16 Oct 2016 16:33:19 | Safe | 6 | 31 | 88 |
| 457 | 16 Oct 2016 16:33:21 | Armed | | 31 | 88 |
| 458 | 16 Oct 2016 16:33:29 | Safe | 8 | 31 | 88 |
| 459 | 16 Oct 2016 16:35:21 | Armed | | 31 | 88 |
| 460 | 16 Oct 2016 16:35:25 | Safe | 4 | 32 | 88 |
| 461 | 16 Oct 2016 16:37:00 | Armed | | 31 | 88 |
| 462 | 16 Oct 2016 16:37:04 | Safe | 4 | 31 | 88 |
| 463 | 16 Oct 2016 16:41:31 | Armed | | 31 | 88 |
| 464 | 16 Oct 2016 16:41:32 | Safe | 1 | 31 | 88 |
| 465 | 17 Oct 2016 17:31:12 | Armed | | 25 | 88 |
| 466 | 17 Oct 2016 17:31:13 | Safe | 1 | 24 | 88 |
| 467 | 24 Oct 2016 13:47:35 | Armed | | 24 | 88 |
| 468 | 24 Oct 2016 13:47:35 | Trigger | 5 | | 88 |
| 469 | 24 Oct 2016 13:47:41 | Safe | 6 | 24 | 88 |

DOLD-BL-000717

| Seq # | Local Time [DD:MM:YYYY hh:mm:ss] | Event [Event Type] | Duration [Seconds] | Temp [Degrees Celsius] | Batt Remaining [%] |
|---|---|---|---|---|---|
| 470 | 25 Oct 2016 01:15:24 | Armed | | 30 | 88 |
| 471 | 25 Oct 2016 01:15:30 | Safe | 6 | 29 | 88 |
| 472 | 25 Oct 2016 01:15:33 | Armed | | 30 | 88 |
| 473 | 25 Oct 2016 01:15:34 | Safe | 1 | 29 | 88 |
| 474 | 25 Oct 2016 01:52:05 | Armed | | 29 | 88 |
| 475 | 25 Oct 2016 01:52:05 | Safe | 0 | 29 | 88 |
| 476 | 25 Oct 2016 01:52:50 | Armed | | 29 | 88 |
| 477 | 25 Oct 2016 01:52:51 | Safe | 1 | 29 | 88 |
| 478 | 25 Oct 2016 01:52:52 | Armed | | 29 | 88 |
| 479 | 25 Oct 2016 01:52:52 | Safe | 0 | 29 | 88 |
| 480 | 25 Oct 2016 01:52:52 | Armed | | 29 | 88 |
| 481 | 25 Oct 2016 01:52:53 | Safe | 1 | 29 | 88 |
| 482 | 25 Oct 2016 01:52:53 | Armed | | 29 | 88 |
| 483 | 25 Oct 2016 01:52:53 | Safe | 0 | 29 | 88 |
| 484 | 25 Oct 2016 13:36:33 | Armed | | 25 | 88 |
| 485 | 25 Oct 2016 13:36:34 | Safe | 1 | 25 | 88 |
| 486 | 25 Oct 2016 13:46:35 | Armed | | 25 | 88 |
| 487 | 25 Oct 2016 13:46:36 | Safe | 1 | 25 | 88 |
| 488 | 25 Oct 2016 18:14:31 | Armed | | 29 | 88 |
| 489 | 25 Oct 2016 18:14:32 | Safe | 1 | 28 | 88 |
| 490 | 25 Oct 2016 22:08:01 | Armed | | 28 | 88 |
| 491 | 25 Oct 2016 22:08:02 | Safe | 1 | 28 | 88 |
| 492 | 25 Oct 2016 22:08:03 | Armed | | 27 | 88 |
| 493 | 25 Oct 2016 22:08:06 | Safe | 3 | 28 | 88 |
| 494 | 25 Oct 2016 22:27:21 | Armed | | 29 | 88 |
| 495 | 25 Oct 2016 22:27:29 | Safe | 8 | 30 | 88 |
| 496 | 30 Oct 2016 13:41:04 | Armed | | 25 | 88 |
| 497 | 30 Oct 2016 13:41:05 | Safe | 1 | 24 | 88 |
| 498 | 30 Oct 2016 13:41:05 | Armed | | 24 | 88 |
| 499 | 30 Oct 2016 13:41:06 | Trigger | 5 | | 88 |

DOLD-BL-000718

| Seq # | Local Time [DD:MM:YYYY hh:mm:ss] | Event [Event Type] | Duration [Seconds] | Temp [Degrees Celsius] | Batt Remaining [%] |
|---|---|---|---|---|---|
| 500 | 30 Oct 2016 13:41:11 | Safe | 6 | 25 | 88 |
| 501 | 31 Oct 2016 13:40:45 | Armed | | 24 | 88 |
| 502 | 31 Oct 2016 13:40:45 | Trigger | 5 | 24 | 88 |
| 503 | 31 Oct 2016 13:40:51 | Safe | 6 | 24 | 88 |
| 504 | 31 Oct 2016 19:40:59 | Armed | | 28 | 88 |
| 505 | 31 Oct 2016 19:41:05 | Safe | 6 | 29 | 88 |
| 506 | 01 Nov 2016 13:43:38 | Armed | | 24 | 88 |
| 507 | 01 Nov 2016 13:43:39 | Safe | 1 | 23 | 88 |
| 508 | 01 Nov 2016 22:18:26 | Armed | | 27 | 88 |
| 509 | 01 Nov 2016 22:18:27 | Safe | 1 | 26 | 88 |
| 510 | 01 Nov 2016 22:18:31 | Armed | | 26 | 88 |
| 511 | 01 Nov 2016 22:18:32 | Safe | 1 | 26 | 88 |
| 512 | 02 Nov 2016 13:35:57 | Armed | | 24 | 88 |
| 513 | 02 Nov 2016 13:35:57 | Safe | 0 | 24 | 88 |
| 514 | 02 Nov 2016 18:26:59 | Armed | | 31 | 88 |
| 515 | 02 Nov 2016 18:27:07 | Safe | 8 | 31 | 88 |
| 516 | 02 Nov 2016 18:44:19 | Armed | | 28 | 88 |
| 517 | 02 Nov 2016 18:44:21 | Safe | 2 | 28 | 88 |
| 518 | 06 Nov 2016 11:52:10 | Armed | | 23 | 88 |
| 519 | 06 Nov 2016 11:52:10 | Trigger | 5 | 23 | 88 |
| 520 | 06 Nov 2016 11:52:16 | Safe | 6 | 23 | 88 |
| 521 | 07 Nov 2016 13:44:36 | Armed | | 24 | 88 |
| 522 | 07 Nov 2016 13:44:36 | Safe | 0 | 24 | 88 |
| 523 | 07 Nov 2016 20:34:07 | Armed | | 27 | 88 |
| 524 | 07 Nov 2016 20:34:09 | Safe | 2 | 26 | 88 |
| 525 | 07 Nov 2016 20:34:11 | Armed | | 26 | 88 |
| 526 | 07 Nov 2016 20:34:17 | Safe | 6 | 26 | 88 |
| 527 | 07 Nov 2016 20:34:32 | Armed | | 27 | 88 |
| 528 | 07 Nov 2016 20:34:35 | Safe | 3 | 27 | 88 |
| 529 | 07 Nov 2016 20:35:43 | Armed | | 27 | 88 |

DOLD-BL-000719

| Seq # | Local Time [DD:MM:YYYY hh:mm:ss] | Event [Event Type] | Duration [Seconds] | Temp [Degrees Celsius] | Batt Remaining [%] |
|---|---|---|---|---|---|
| 530 | 07 Nov 2016 20:35:48 | Safe | 5 | 27 | 88 |
| 531 | 08 Nov 2016 02:09:10 | Armed | | 26 | 88 |
| 532 | 08 Nov 2016 02:09:16 | Safe | 6 | 27 | 88 |
| 533 | 08 Nov 2016 02:09:17 | Armed | | 27 | 88 |
| 534 | 08 Nov 2016 02:09:20 | Safe | 3 | 27 | 88 |
| 535 | 08 Nov 2016 13:49:08 | Armed | | 24 | 88 |
| 536 | 08 Nov 2016 13:49:09 | Safe | 1 | 24 | 88 |
| 537 | 08 Nov 2016 14:05:42 | Armed | | 26 | 88 |
| 538 | 08 Nov 2016 14:05:43 | Safe | 1 | 26 | 88 |
| 539 | 10 Nov 2016 18:01:22 | Armed | | 25 | 88 |
| 540 | 10 Nov 2016 18:01:24 | Trigger | 5 | | 88 |
| 541 | 10 Nov 2016 18:01:36 | Safe | 14 | 26 | 88 |
| 542 | 13 Nov 2016 13:47:39 | Armed | | 24 | 88 |
| 543 | 13 Nov 2016 13:47:39 | Safe | 0 | 23 | 88 |
| 544 | 13 Nov 2016 13:47:40 | Armed | | 24 | 88 |
| 545 | 13 Nov 2016 13:47:40 | Safe | 0 | 24 | 88 |
| 546 | 14 Nov 2016 13:41:12 | Armed | | 24 | 88 |
| 547 | 14 Nov 2016 13:41:13 | Safe | 1 | 24 | 88 |
| 548 | 14 Nov 2016 21:27:32 | Armed | | 26 | 88 |
| 549 | 14 Nov 2016 21:27:43 | Safe | 11 | 26 | 88 |
| 550 | 14 Nov 2016 22:35:13 | Armed | | 24 | 88 |
| 551 | 14 Nov 2016 22:35:14 | Safe | 1 | 24 | 88 |
| 552 | 15 Nov 2016 13:40:04 | Armed | | 23 | 88 |
| 553 | 15 Nov 2016 13:40:05 | Trigger | 5 | | 88 |
| 554 | 15 Nov 2016 13:40:10 | Safe | 6 | 25 | 87 |
| 555 | 15 Nov 2016 21:49:11 | Armed | | 26 | 87 |
| 556 | 15 Nov 2016 21:49:13 | Safe | 2 | 27 | 87 |
| 557 | 15 Nov 2016 21:49:24 | Armed | | 27 | 87 |
| 558 | 15 Nov 2016 21:49:24 | Safe | 0 | 27 | 87 |
| 559 | 16 Nov 2016 13:45:29 | Armed | | 23 | 87 |

DOLD-BL-000720

| Seq # | Local Time [DD:MM:YYYY hh:mm:ss] | Event [Event Type] | Duration [Seconds] | Temp [Degrees Celsius] | Batt Remaining [%] |
|---|---|---|---|---|---|
| 560 | 16 Nov 2016 13:45:29 | Safe | 0 | 23 | 87 |
| 561 | 21 Nov 2016 13:44:28 | Armed | | 24 | 87 |
| 562 | 21 Nov 2016 13:44:29 | Trigger | 5 | | 87 |
| 563 | 21 Nov 2016 13:44:34 | Safe | 6 | 25 | 87 |
| 564 | 22 Nov 2016 13:43:49 | Armed | | 23 | 87 |
| 565 | 22 Nov 2016 13:43:49 | Trigger | 5 | | 87 |
| 566 | 22 Nov 2016 13:43:54 | Safe | 5 | 23 | 87 |
| 567 | 22 Nov 2016 23:40:53 | Armed | | 23 | 87 |
| 568 | 22 Nov 2016 23:40:54 | Safe | 1 | 23 | 87 |
| 569 | 28 Nov 2016 13:39:50 | Armed | | 24 | 87 |
| 570 | 28 Nov 2016 13:39:50 | Safe | 0 | 24 | 87 |
| 571 | 28 Nov 2016 22:23:35 | Armed | | 26 | 87 |
| 572 | 28 Nov 2016 22:23:36 | Safe | 1 | 27 | 87 |
| 573 | 28 Nov 2016 22:23:42 | Armed | | 27 | 87 |
| 574 | 28 Nov 2016 22:23:46 | Safe | 4 | 27 | 87 |
| 575 | 28 Nov 2016 22:23:48 | Armed | | 27 | 87 |
| 576 | 28 Nov 2016 22:23:51 | Trigger | 5 | | 87 |
| 577 | 28 Nov 2016 22:24:05 | Safe | 17 | 28 | 87 |
| 578 | 28 Nov 2016 22:24:18 | Armed | | 28 | 87 |
| 579 | 28 Nov 2016 22:24:19 | Safe | 1 | 29 | 87 |
| 580 | 28 Nov 2016 22:24:19 | Armed | | 29 | 87 |
| 581 | 28 Nov 2016 22:24:20 | Safe | 1 | 28 | 87 |
| 582 | 28 Nov 2016 22:24:21 | Armed | | 29 | 87 |
| 583 | 28 Nov 2016 22:24:22 | Safe | 1 | 28 | 87 |
| 584 | 28 Nov 2016 22:24:23 | Armed | | 28 | 87 |
| 585 | 28 Nov 2016 22:24:24 | Safe | 1 | 28 | 87 |
| 586 | 28 Nov 2016 22:24:29 | Armed | | 28 | 87 |
| 587 | 28 Nov 2016 22:24:29 | Trigger | 2 | | 87 |
| 588 | 28 Nov 2016 22:24:31 | Safe | 2 | 28 | 87 |
| 589 | 29 Nov 2016 13:38:57 | Armed | | 24 | 87 |

DOLD-BL-000721

| Seq. # | Local Time [DD:MM:YYYY hh:mm:ss] | Event [Event Type] | Duration [Seconds] | Temp [Degrees Celsius] | Batt Remaining [%] |
|---|---|---|---|---|---|
| 590 | 29 Nov 2016 13:38:57 | Safe | 0 | 24 | 87 |
| 591 | 30 Nov 2016 21:59:35 | Armed | | 27 | 87 |
| 592 | 30 Nov 2016 21:59:39 | Safe | 4 | 28 | 87 |
| 593 | 06 Dec 2016 13:46:12 | Armed | | 23 | 87 |
| 594 | 06 Dec 2016 13:46:15 | Safe | 3 | 22 | 87 |
| 595 | 06 Dec 2016 20:57:09 | Armed | | 28 | 87 |
| 596 | 06 Dec 2016 20:57:10 | Safe | 1 | 28 | 87 |
| 597 | 12 Dec 2016 13:46:17 | Armed | | 24 | 87 |
| 598 | 12 Dec 2016 13:46:18 | Safe | 1 | 24 | 87 |
| 599 | 12 Dec 2016 13:54:22 | Armed | | 25 | 87 |
| 600 | 12 Dec 2016 13:54:37 | Safe | 15 | 25 | 87 |
| 601 | 12 Dec 2016 13:54:39 | Armed | | 26 | 87 |
| 602 | 12 Dec 2016 13:54:41 | Safe | 2 | 26 | 87 |
| 603 | 12 Dec 2016 21:30:01 | Armed | | 28 | 87 |
| 604 | 12 Dec 2016 21:30:02 | Safe | 1 | 29 | 87 |
| 605 | 13 Dec 2016 15:08:06 | Armed | | 27 | 87 |
| 606 | 13 Dec 2016 15:08:06 | Safe | 0 | 26 | 87 |
| 607 | 13 Dec 2016 15:08:09 | Armed | | 27 | 87 |
| 608 | 13 Dec 2016 15:08:10 | Safe | 1 | 26 | 87 |
| 609 | 18 Dec 2016 13:38:50 | Armed | | 26 | 87 |
| 610 | 18 Dec 2016 13:38:51 | Safe | 1 | 25 | 87 |
| 611 | 18 Dec 2016 23:28:15 | Armed | | 27 | 87 |
| 612 | 18 Dec 2016 23:28:16 | Safe | 1 | 28 | 87 |
| 613 | 20 Dec 2016 13:48:03 | Armed | | 24 | 87 |
| 614 | 20 Dec 2016 13:48:04 | Trigger | 4 | | 87 |
| 615 | 20 Dec 2016 13:48:08 | Safe | 5 | 24 | 87 |
| 616 | 20 Dec 2016 23:04:51 | Armed | | 30 | 87 |
| 617 | 20 Dec 2016 23:04:55 | Safe | 4 | 30 | 87 |
| 618 | 21 Dec 2016 01:21:10 | Armed | | 18 | 87 |
| 619 | 21 Dec 2016 01:21:59 | Safe | 49 | 21 | 87 |

DOLD-BL-000722

| Seq # | Local Time [DD:MM:YYYY hh:mm:ss] | Event [Event Type] | Duration [Seconds] | Temp [Degrees Celsius] | Batt Remaining [%] |
|---|---|---|---|---|---|
| 620 | 21 Dec 2016 01:22:27 | Armed | | 21 | 87 |
| 621 | 21 Dec 2016 01:22:29 | Safe | 2 | 21 | 87 |
| 622 | 21 Dec 2016 01:22:30 | Armed | | 21 | 87 |
| 623 | 21 Dec 2016 01:22:34 | Safe | 4 | 21 | 87 |
| 624 | 01 Jan 2017 11:40:17 | Armed | | 23 | 87 |
| 625 | 01 Jan 2017 11:40:19 | Trigger | 5 | | 87 |
| 626 | 01 Jan 2017 11:40:25 | Safe | 8 | 23 | 87 |
| 627 | 01 Jan 2017 18:59:51 | Armed | | 29 | 87 |
| 628 | 01 Jan 2017 18:59:51 | Safe | 0 | 28 | 87 |
| 629 | 01 Jan 2017 23:24:58 | Armed | | 27 | 87 |
| 630 | 01 Jan 2017 23:25:04 | Safe | 6 | 28 | 87 |
| 631 | 02 Jan 2017 13:42:12 | Armed | | 25 | 87 |
| 632 | 02 Jan 2017 13:42:13 | Safe | 1 | 25 | 87 |
| 633 | 03 Jan 2017 13:48:02 | Armed | | 25 | 87 |
| 634 | 03 Jan 2017 13:48:03 | Safe | 1 | 26 | 87 |
| 635 | 03 Jan 2017 19:13:59 | Armed | | 23 | 87 |
| 636 | 03 Jan 2017 19:14:00 | Safe | 1 | 23 | 87 |
| 637 | 08 Jan 2017 13:50:46 | Armed | | 23 | 87 |
| 638 | 08 Jan 2017 13:50:47 | Trigger | 5 | | 87 |
| 639 | 08 Jan 2017 13:50:52 | Safe | 6 | 23 | 86 |
| 640 | 10 Jan 2017 01:53:00 | Armed | | 23 | 86 |
| 641 | 10 Jan 2017 01:53:01 | Safe | 1 | 22 | 86 |
| 642 | 16 Jan 2017 20:31:07 | Armed | | 28 | 86 |
| 643 | 16 Jan 2017 20:31:11 | Safe | 4 | 27 | 86 |
| 644 | 17 Jan 2017 13:35:18 | Armed | | 23 | 86 |
| 645 | 17 Jan 2017 13:35:18 | Safe | 0 | 23 | 86 |
| 646 | 18 Jan 2017 00:09:30 | Armed | | 26 | 86 |
| 647 | 18 Jan 2017 00:09:31 | Trigger | 5 | | 86 |
| 648 | 18 Jan 2017 00:09:36 | Safe | 6 | 26 | 86 |
| 649 | 18 Jan 2017 01:53:40 | Armed | | 25 | 86 |

DOLD-BL-000723

| Seq # | Local Time [DD:MM:YYYY hh:mm:ss] | Event [Event Type] | Duration [Seconds] | Temp [Degrees Celsius] | Batt Remaining [%] |
|---|---|---|---|---|---|
| 650 | 18 Jan 2017 01:53:46 | Safe | 6 | 24 | 86 |
| 651 | 18 Jan 2017 01:54:09 | Armed | | 25 | 86 |
| 652 | 18 Jan 2017 01:54:12 | Safe | 3 | 25 | 86 |
| 653 | 18 Jan 2017 01:54:20 | Armed | | 25 | 86 |
| 654 | 18 Jan 2017 01:54:23 | Safe | 3 | 25 | 86 |
| 655 | 18 Jan 2017 01:56:30 | Armed | | 24 | 86 |
| 656 | 18 Jan 2017 01:56:33 | Safe | 3 | 24 | 86 |
| 657 | 18 Jan 2017 01:57:51 | Armed | | 24 | 86 |
| 658 | 18 Jan 2017 01:57:51 | Trigger | 1 | | 86 |
| 659 | 18 Jan 2017 01:57:52 | Safe | 1 | 24 | 86 |
| 660 | 18 Jan 2017 01:58:34 | Armed | | 23 | 86 |
| 661 | 18 Jan 2017 01:58:36 | Safe | 2 | 24 | 86 |
| 662 | 21 Jan 2017 22:09:30 | Armed | | 23 | 86 |
| 663 | 21 Jan 2017 22:09:30 | Trigger | 3 | | 86 |
| 664 | 21 Jan 2017 22:09:33 | Safe | 3 | 23 | 86 |
| 665 | 24 Jan 2017 13:42:40 | Armed | | 23 | 86 |
| 666 | 24 Jan 2017 13:42:40 | Safe | 0 | 22 | 86 |
| 667 | 24 Jan 2017 18:23:17 | Armed | | 28 | 86 |
| 668 | 24 Jan 2017 18:23:18 | Safe | 1 | 27 | 86 |
| 669 | 25 Jan 2017 03:59:19 | Armed | | 28 | 86 |
| 670 | 25 Jan 2017 03:59:20 | Safe | 1 | 28 | 86 |
| 671 | 29 Jan 2017 13:34:46 | Armed | | 24 | 86 |
| 672 | 29 Jan 2017 13:34:47 | Safe | 1 | 23 | 86 |
| 673 | 29 Jan 2017 23:05:26 | Armed | | 28 | 86 |
| 674 | 29 Jan 2017 23:05:26 | Safe | 0 | 28 | 86 |
| 675 | 29 Jan 2017 23:46:19 | Armed | | 25 | 86 |
| 676 | 29 Jan 2017 23:46:21 | Safe | 2 | 25 | 86 |
| 677 | 30 Jan 2017 16:03:41 | Armed | | 24 | 86 |
| 678 | 30 Jan 2017 16:03:43 | Safe | 2 | 25 | 86 |
| 679 | 30 Jan 2017 19:35:08 | Armed | | 26 | 86 |

DOLD-BL-000724

| Seq # | Local Time [DD:MM:YYYY hh:mm:ss] | Event [Event Type] | Duration [Seconds] | Temp [Degrees Celsius] | Batt Remaining [%] |
|---|---|---|---|---|---|
| 680 | 30 Jan 2017 19:35:10 | Safe | 2 | 26 | 86 |
| 681 | 05 Feb 2017 17:31:09 | Armed | | 21 | 86 |
| 682 | 05 Feb 2017 17:31:09 | Trigger | 5 | | 86 |
| 683 | 05 Feb 2017 17:31:15 | Safe | 6 | 22 | 86 |
| 684 | 06 Feb 2017 00:57:58 | Armed | | 24 | 86 |
| 685 | 06 Feb 2017 00:58:03 | Safe | 5 | 24 | 86 |
| 686 | 06 Feb 2017 17:37:33 | Armed | | 22 | 86 |
| 687 | 06 Feb 2017 17:37:34 | Trigger | 5 | | 86 |
| 688 | 06 Feb 2017 17:37:39 | Safe | 6 | 21 | 86 |
| 689 | 07 Feb 2017 17:37:23 | Armed | | 21 | 86 |
| 690 | 07 Feb 2017 17:37:23 | Trigger | 5 | | 86 |
| 691 | 07 Feb 2017 17:37:29 | Safe | 6 | 22 | 86 |
| 692 | 08 Feb 2017 17:43:30 | Armed | | 23 | 86 |
| 693 | 08 Feb 2017 17:43:30 | Trigger | 5 | | 86 |
| 694 | 08 Feb 2017 17:43:35 | Safe | 5 | 23 | 86 |
| 695 | 12 Feb 2017 17:40:40 | Armed | | 21 | 86 |
| 696 | 12 Feb 2017 17:40:40 | Trigger | 5 | | 86 |
| 697 | 12 Feb 2017 17:40:46 | Safe | 6 | 22 | 85 |
| 698 | 12 Feb 2017 20:43:07 | Armed | | 27 | 85 |
| 699 | 12 Feb 2017 20:43:13 | Trigger | 1 | | 85 |
| 700 | 12 Feb 2017 20:43:14 | Safe | 7 | 27 | 85 |
| 701 | 12 Feb 2017 21:02:58 | Armed | | 28 | 85 |
| 702 | 12 Feb 2017 21:03:08 | Safe | 10 | 28 | 85 |
| 703 | 12 Feb 2017 21:04:01 | Armed | | 29 | 85 |
| 704 | 12 Feb 2017 21:04:02 | Safe | 1 | 29 | 85 |
| 705 | 12 Feb 2017 21:04:19 | Armed | | 28 | 85 |
| 706 | 12 Feb 2017 21:04:32 | Safe | 13 | 29 | 85 |
| 707 | 12 Feb 2017 21:04:59 | Armed | | 29 | 85 |
| 708 | 12 Feb 2017 21:05:08 | Safe | 9 | 30 | 85 |
| 709 | 12 Feb 2017 21:05:52 | Armed | | 29 | 85 |

DOLD-BL-000725

| Seq # | Local Time [DD:MM:YYYY hh:mm:ss] | Event [Event Type] | Duration [Seconds] | Temp [Degrees Celsius] | Batt Remaining [%] |
|---|---|---|---|---|---|
| 710 | 12 Feb 2017 21:05:59 | Safe | 7 | 30 | 85 |
| 711 | 13 Feb 2017 17:40:53 | Armed | | 24 | 85 |
| 712 | 13 Feb 2017 17:40:57 | Trigger | 5 | | 85 |
| 713 | 13 Feb 2017 17:41:02 | Safe | 9 | 25 | 85 |
| 714 | 14 Feb 2017 04:57:18 | Armed | | 30 | 85 |
| 715 | 14 Feb 2017 04:57:23 | Trigger | 5 | | 85 |
| 716 | 14 Feb 2017 04:57:29 | Safe | 11 | 31 | 85 |
| 717 | 14 Feb 2017 04:57:47 | Armed | | 31 | 85 |
| 718 | 14 Feb 2017 04:57:51 | Safe | 4 | 30 | 85 |
| 719 | 14 Feb 2017 17:46:22 | Armed | | 24 | 85 |
| 720 | 14 Feb 2017 17:46:23 | Trigger | 5 | | 85 |
| 721 | 14 Feb 2017 17:46:28 | Safe | 6 | 25 | 85 |
| 722 | 14 Feb 2017 22:03:45 | Armed | | 30 | 85 |
| 723 | 14 Feb 2017 22:03:47 | Trigger | 1 | | 85 |
| 724 | 14 Feb 2017 22:03:48 | Safe | 3 | 29 | 85 |
| 725 | 15 Feb 2017 02:07:11 | Armed | | 28 | 85 |
| 726 | 15 Feb 2017 02:07:17 | Safe | 6 | 29 | 85 |
| 727 | 15 Feb 2017 06:09:48 | Armed | | 31 | 85 |
| 728 | 15 Feb 2017 06:09:50 | Safe | 2 | 31 | 85 |
| 729 | 15 Feb 2017 06:26:16 | Armed | | 31 | 85 |
| 730 | 15 Feb 2017 06:26:22 | Trigger | 1 | | 85 |
| 731 | 15 Feb 2017 06:26:23 | Safe | 7 | 32 | 85 |
| 732 | 21 Feb 2017 17:26:46 | Armed | | 22 | 85 |
| 733 | 21 Feb 2017 17:26:46 | Trigger | 5 | | 85 |
| 734 | 21 Feb 2017 17:26:51 | Safe | 5 | 23 | 85 |
| 735 | 21 Feb 2017 23:51:22 | Armed | | 20 | 85 |
| 736 | 21 Feb 2017 23:51:26 | Trigger | 3 | | 85 |
| 737 | 21 Feb 2017 23:51:29 | Safe | 7 | 21 | 85 |
| 738 | 21 Feb 2017 23:51:30 | Armed | | 20 | 85 |
| 739 | 21 Feb 2017 23:51:31 | Safe | 1 | 21 | 85 |

DOLD-BL-000726

| Seq # | Local Time [DD:MM:YYYY hh:mm:ss] | Event [Event Type] | Duration [Seconds] | Temp [Degrees Celsius] | Batt Remaining [%] |
|---|---|---|---|---|---|
| 740 | 22 Feb 2017 10:15:07 | Armed | | 25 | 85 |
| 741 | 22 Feb 2017 10:15:08 | Safe | 1 | 24 | 85 |
| 742 | 22 Feb 2017 12:35:01 | Armed | | 24 | 85 |
| 743 | 22 Feb 2017 12:35:12 | Trigger | 5 | | 85 |
| 744 | 22 Feb 2017 12:35:18 | Safe | 17 | 26 | 84 |
| 745 | 22 Feb 2017 12:36:29 | Armed | | 26 | 84 |
| 746 | 22 Feb 2017 12:36:34 | Trigger | 5 | | 84 |
| 747 | 22 Feb 2017 12:36:40 | Safe | 11 | 26 | 84 |
| 748 | 22 Feb 2017 13:57:12 | USB Connected | | | |
| 749 | 22 Feb 2017 13:57:48 | Time Sync | 22 Feb 2017 13:57:14 to 22 Feb 2017 13:57:48 | | |
| 750 | 22 Feb 2017 13:58:01 | Time Sync | 22 Feb 2017 13:58:01 to 22 Feb 2017 13:58:01 | | |
| 751 | 22 Feb 2017 14:04:31 | Armed | | 26 | 84 |
| 752 | 22 Feb 2017 14:04:31 | Trigger | 5 | | 84 |
| 753 | 22 Feb 2017 14:04:37 | Safe | 6 | 26 | 84 |
| 754 | 22 Feb 2017 14:04:37 | Armed | | 26 | 84 |
| 755 | 22 Feb 2017 14:04:38 | Safe | 1 | 26 | 84 |
| 756 | 26 Feb 2017 17:41:21 | Armed | | 23 | 84 |
| 757 | 26 Feb 2017 17:41:22 | Trigger | 5 | | 84 |
| 758 | 26 Feb 2017 17:41:27 | Safe | 6 | 24 | 84 |
| 759 | 27 Feb 2017 01:43:26 | Armed | | 29 | 84 |
| 760 | 27 Feb 2017 01:43:52 | Safe | 26 | 29 | 84 |
| 761 | 27 Feb 2017 17:38:28 | Armed | | 23 | 84 |
| 762 | 27 Feb 2017 17:38:29 | Trigger | 5 | | 84 |
| 763 | 27 Feb 2017 17:38:34 | Safe | 6 | 22 | 84 |
| 764 | 28 Feb 2017 00:38:22 | Armed | | 30 | 84 |
| 765 | 28 Feb 2017 00:38:32 | Safe | 10 | 30 | 84 |
| 766 | 28 Feb 2017 00:46:18 | Armed | | 29 | 84 |
| 767 | 28 Feb 2017 00:46:24 | Safe | 6 | 29 | 84 |
| 768 | 28 Feb 2017 00:46:27 | Armed | | 30 | 84 |
| 769 | 28 Feb 2017 00:46:28 | Safe | 1 | 30 | 84 |

DOLD-BL-000727

| Seq # | Local Time [DD/MM/YYYY hh:mm:ss] | Event [Event Type] | Duration [Seconds] | Temp [Degrees Celsius] | Batt Remaining [%] |
|---|---|---|---|---|---|
| 770 | 28 Feb 2017 00:48:56 | Armed | | 29 | 84 |
| 771 | 28 Feb 2017 00:48:58 | Safe | 2 | 30 | 84 |
| 772 | 05 Mar 2017 17:31:53 | Armed | | 26 | 84 |
| 773 | 05 Mar 2017 17:31:54 | Trigger | 5 | | 84 |
| 774 | 05 Mar 2017 17:31:59 | Safe | 6 | 26 | 84 |
| 775 | 05 Mar 2017 23:31:39 | Armed | | 26 | 84 |
| 776 | 05 Mar 2017 23:31:40 | Safe | 1 | 25 | 84 |
| 777 | 06 Mar 2017 17:39:45 | Armed | | 23 | 84 |
| 778 | 06 Mar 2017 17:39:45 | Trigger | 5 | | 84 |
| 779 | 06 Mar 2017 17:39:51 | Safe | 6 | 24 | 84 |
| 780 | 07 Mar 2017 17:36:21 | Armed | | 21 | 84 |
| 781 | 07 Mar 2017 17:36:22 | Trigger | 5 | | 84 |
| 782 | 07 Mar 2017 17:36:27 | Safe | 6 | 21 | 83 |
| 783 | 07 Mar 2017 17:55:07 | Armed | | 23 | 83 |
| 784 | 07 Mar 2017 17:55:08 | Safe | 1 | 23 | 83 |
| 785 | 08 Mar 2017 17:48:42 | Armed | | 24 | 83 |
| 786 | 08 Mar 2017 17:48:44 | Trigger | 5 | | 83 |
| 787 | 08 Mar 2017 17:48:49 | Safe | 7 | 25 | 83 |
| 788 | 12 Mar 2017 17:34:15 | Armed | | 21 | 83 |
| 789 | 12 Mar 2017 17:34:15 | Trigger | 5 | | 83 |
| 790 | 12 Mar 2017 17:34:21 | Safe | 6 | 22 | 83 |
| 791 | 13 Mar 2017 17:32:28 | Armed | | 23 | 83 |
| 792 | 13 Mar 2017 17:32:29 | Trigger | 5 | | 83 |
| 793 | 13 Mar 2017 17:32:34 | Safe | 6 | 23 | 83 |
| 794 | 14 Mar 2017 17:31:25 | Armed | | 23 | 83 |
| 795 | 14 Mar 2017 17:31:25 | Trigger | 5 | | 83 |
| 796 | 14 Mar 2017 17:31:31 | Safe | 6 | 23 | 83 |
| 797 | 14 Mar 2017 20:37:35 | Armed | | 29 | 83 |
| 798 | 14 Mar 2017 20:37:36 | Safe | 1 | 28 | 83 |
| 799 | 16 Mar 2017 00:05:31 | Armed | | 24 | 83 |

DOLD-BL-000728

| Seq # | Local Time [DD:MM:YYYY hh:mm:ss] | Event [Event Type] | Duration [Seconds] | Temp [Degrees Celsius] | Batt Remaining [%] |
|---|---|---|---|---|---|
| 800 | 16 Mar 2017 00:05:38 | Trigger | 3 | | 83 |
| 801 | 16 Mar 2017 00:05:42 | Safe | 11 | 23 | 83 |
| 802 | 16 Mar 2017 00:05:44 | Armed | | 25 | 83 |
| 803 | 16 Mar 2017 00:05:46 | Safe | 2 | 24 | 83 |
| 804 | 16 Mar 2017 00:05:58 | Armed | | 25 | 83 |
| 805 | 16 Mar 2017 00:05:59 | Safe | 1 | 24 | 83 |
| 806 | 19 Mar 2017 17:47:16 | Armed | | 20 | 83 |
| 807 | 19 Mar 2017 17:47:17 | Trigger | 5 | | 83 |
| 808 | 19 Mar 2017 17:47:23 | Safe | 7 | 21 | 83 |
| 809 | 20 Mar 2017 02:11:43 | Armed | | 25 | 83 |
| 810 | 20 Mar 2017 02:11:46 | Safe | 3 | 26 | 83 |
| 811 | 20 Mar 2017 17:41:55 | Armed | | 24 | 83 |
| 812 | 20 Mar 2017 17:41:56 | Trigger | 5 | | 83 |
| 813 | 20 Mar 2017 17:42:01 | Safe | 6 | 24 | 82 |
| 814 | 21 Mar 2017 03:16:45 | Armed | | 29 | 82 |
| 815 | 21 Mar 2017 03:16:45 | Safe | 0 | 30 | 82 |
| 816 | 21 Mar 2017 17:44:43 | Armed | | 23 | 82 |
| 817 | 21 Mar 2017 17:44:44 | Trigger | 5 | | 82 |
| 818 | 21 Mar 2017 17:44:49 | Safe | 6 | 23 | 82 |
| 819 | 21 Mar 2017 21:52:17 | Armed | | 29 | 82 |
| 820 | 21 Mar 2017 21:52:21 | Trigger | 5 | | 82 |
| 821 | 21 Mar 2017 21:52:26 | Safe | 9 | 29 | 82 |
| 822 | 21 Mar 2017 21:53:42 | Armed | | 29 | 82 |
| 823 | 21 Mar 2017 21:53:45 | Trigger | 3 | | 82 |
| 824 | 21 Mar 2017 21:53:48 | Safe | 6 | 29 | 82 |
| 825 | 21 Mar 2017 21:53:49 | Armed | | 29 | 82 |
| 826 | 21 Mar 2017 21:53:58 | Trigger | 5 | | 82 |
| 827 | 21 Mar 2017 21:54:03 | Safe | 14 | 30 | 82 |
| 828 | 21 Mar 2017 22:03:30 | Armed | | 26 | 82 |
| 829 | 21 Mar 2017 22:03:51 | Safe | 21 | 28 | 82 |

DOLD-BL-000729

| Seq # | Local Time<br>[DD:MM:YYYY hh:mm:ss] | Event<br>[Event Type] | Duration<br>[Seconds] | Temp<br>[Degrees Celsius] | Batt Remaining<br>[%] |
|---|---|---|---|---|---|
| 830 | 22 Mar 2017 04:40:13 | Armed | | 26 | 82 |
| 831 | 22 Mar 2017 04:40:14 | Safe | 1 | 26 | 82 |
| 832 | 29 Mar 2017 10:04:32 | Armed | | 28 | 82 |
| 833 | 29 Mar 2017 10:04:55 | Trigger | 5 | | 82 |
| 834 | 29 Mar 2017 10:05:02 | Safe | 30 | 30 | 82 |
| 835 | 29 Mar 2017 10:06:05 | USB Connected | | | |
| 836 | 29 Mar 2017 10:06:12 | Time Sync | 29 Mar 2017 10:06:07 to 29 Mar 2017 10:06:12 | | |

DOLD-BL-000730

# APPENDIX G

Dold_010562

# Snohomish County Sheriff's Office



# DOMESTIC VIOLENCE TRAINING

## 2014

# Initial Contact

## II. Initial Contact with Occupants

A. Responding officers should identify themselves as police officers and determine whom the complaining party is and why the call was placed.

B. Officers should be persistent about observing and speaking alone with the subject of the call.

C. If the reporting party is someone other than the subject or subjects of the call, officers should not reveal the caller's identity to the subjects.

D. Officers may enter and conduct a search of the premises if consent is given to do so. Consent to search can be given only by a person with authority to do so. The suspect may refuse consent to enter or search.

Dold_010609

Officers may enter a residence without a warrant under the **emergency aid exception** if the following factors are present:

- The officers subjectively believe that they need to enter the residence to provide assistance for health or safety reasons;

- A reasonable person in the same situation would similarly believe that there was need for assistance;

- There is a reasonable basis to associate the need for assistance with the place the officers enter;

- There is an imminent threat of substantial bodily injury to persons or property; and

- The claimed emergency is not a pretext for an evidentiary search.

Dold_010647