The Honorable Richard A. Jones
NOTED: April 22, 2022

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JENNIFER DOLD, personal representative of the estate of Alexander Dold; and KATHY DUNCAN, mother of Alexander Dold,

Plaintiffs,

v.

SNOHOMISH COUNTY, a political subdivision of the State of Washington; BRYSON MCGEE; and CODY MCCOY,

Defendants.

No. 2:20-cv-00383-RAJ

DECLARATION OF RICHARD B. JOLLEY

I, Richard B. Jolley, declare as follows:

1. I am one of the attorneys representing the Defendants in this lawsuit. I make this declaration based upon my own personal knowledge, upon facts which are admissible in evidence. I am competent to testify to the matters set forth in this declaration.

2. The following exhibits are cited or relied upon in Defendants McGee and McCoy's Motion for Summary Judgment:

A. Attached as **Exhibit A** is a true and correct copy of photo of Kathy Duncan's injuries.

B. Attached as **Exhibit B** is a true and correct copy of 911 Call transcript.

DECLARATION OF RICHARD B. JOLLEY - 1
2:20-cv-00383-RAJ

1285-00008/Jolley Decl V1

KEATING, BUCKLIN & MCCORMACK, INC., P.S.
ATTORNEYS AT LAW
801 SECOND AVENUE, SUITE 1210
SEATTLE, WASHINGTON 98104
PHONE: (206) 623-8861
FAX: (206) 223-9423

C. Attached as **Exhibit C** is a true and correct copy of 911 CAD.

D. Attached as **Exhibit D** is a true and correct copy of statement of Deputy Jim Miner;

E. Attached as **Exhibit E** are true and correct copies of excerpts of Cody McCoy deposition transcript;

F. Attached as **Exhibit F** are true and correct copies of excerpts of Shaun Van Eaton deposition transcript;

G. Attached as **Exhibit G** are true and correct copies of excerpts of Travis Block deposition transcript;

H. Attached as **Exhibit H** are true and correct copies of excerpts of Bryson McGee deposition transcript;

I. Attached as **Exhibit I** is a true and correct copy of Snohomish County Domestic Violence policies;

J. Attached as **Exhibit J** is a true and correct copy of Snohomish County Medical Examiner report;

K. Attached as **Exhibit K** are true and correct copies of excerpts of Stanley Adams, M.D. deposition transcript;

L. Attached as **Exhibit L** is a true and correct copies of excerpts of Kris Sperry, M.D. deposition transcript;

M. Attached as **Exhibit M** is a true and correct copy of Kris Sperry, M.D.'s report;

N. Attached as **Exhibit N** is a true and correct copy of Statement of Officer Block;

O. Attached as **Exhibit O** are true and correct excerpts of Kathy Duncan's deposition transcript

P. Attached as **Exhibit P** is a true and accurate copy of Kathy Duncan's interview.

DECLARATION OF RICHARD B. JOLLEY - 2
2:20-cv-00383-RAJ

1285-00008/Jolley Decl V1

KEATING, BUCKLIN & MCCORMACK, INC., P.S.
ATTORNEYS AT LAW
801 SECOND AVENUE, SUITE 1210
SEATTLE, WASHINGTON 98104
PHONE: (206) 623-8861
FAX: (206) 223-9423

Q. Attached as **Exhibit Q** is a true and accurate copy of H

I declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct to the best of my knowledge.

DATED this 28th day of March, 2022, at Seattle, Washington.

*/s/ Richard B. Jolley*
Richard B. Jolley, WSBA #23473

DECLARATION OF RICHARD B. JOLLEY - 3
2:20-cv-00383-RAJ

1285-00008/Jolley Decl V1

**KEATING, BUCKLIN & McCORMACK, INC., P.S.**
ATTORNEYS AT LAW
801 SECOND AVENUE, SUITE 1210
SEATTLE, WASHINGTON 98104
PHONE: (206) 623-8861
FAX: (206) 223-9423

# CERTIFICATE OF SERVICE

I hereby certify that on March 28, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

**Attorneys for Plaintiffs**
James E. Lobsenz, WSBA #8787
CARNEY BADLEY SPELLMAN PS
701 Fifth Avenue, Suite 3600
Seattle, WA 98104
Phone: 206-622-8020
Email: lobsenz@carneylaw.com; groth@carneylaw.com
E-SERVICE AGREEMENT

**Attorneys for Defendant Snohomish County**
Ted Buck, WSBA #22029
Delaney DiGiovanni, WSBA #56851
Nick Gross, WSBA #48236
FREY BUCK P.S.
1200 5th Avenue, Suite 19
Seattle, WA 98101
Email: tbuck@freybuck.com; ngross@freybuck.com; ddigiovanni@freybuck.com; dfalkowski@freybuck.com; ebariault@freybuck.com; sjohnson@freybuck.com

DATED: March 28, 2022

/s/ Richard B. Jolley
Richard B. Jolley, WSBA #23473
801 Second Avenue, Suite 1210
Seattle, WA 98104
Phone: (206) 623-8861
Fax: (206) 223-9423
Email: rjolley@kbmlawyers.com

DECLARATION OF RICHARD B. JOLLEY - 4
2:20-cv-00383-RAJ

1285-00008/Jolley Decl V1

KEATING, BUCKLIN & MCCORMACK, INC., P.S.
ATTORNEYS AT LAW
801 SECOND AVENUE, SUITE 1210
SEATTLE, WASHINGTON 98104
PHONE: (206) 623-8861
FAX: (206) 223-9423