**EXHIBIT K**

1

2

3

4

5                    UNITED STATES DISTRICT COURT

6          WESTERN DISTRICT OF WASHINGTON AT SEATTLE

7    _____

8    JENNIFER DOLD, personal     )
     representative of the       )
9    estate of Alexander Dold;   )
     and KATHY DUNCAN, mother    )
10   of Alexander Dold,          )   No. 2:20-cv-00383-RAJ
                                 )
11            Plaintiffs,        )
                                 )
12       vs.                     )
                                 )
13   SNOHOMISH COUNTY, a         )
     political subdivision of    )
14   the State of Washington;    )
     BRYSON MCGEE; and CODY      )
15   MCCOY,                      )
                                 )
16            Defendants.        )

17   _____

18

19       VIDEOTAPED DEPOSITION UPON ORAL EXAMINATION OF

20                    STANLEY D. ADAMS, M.D.

21   _____

22             WEDNESDAY, FEBRUARY 23, 2022
                    REMOTELY VIA ZOOM
23                  DEHUFFDEPO.COM

24

25

1    different from dysrhythmia, that an arrhythmia means

2    no heartbeat, period, and dysrhythmia means an

3    irregular heartbeat for some reason.  Is that wrong?

4  A  Yes.  They're synonymous terms, dysrhythmia --

5  Q  They're synonymous?

6  A  -- or arrhythmia.  It just means that the heart

7    really has no rhythm anymore.

8         What happens generally is the heart may go into

9    ventricular fibrillation, where all the heart muscle

10   cells, which normally beat in a synchronous,

11   coordinated fashion, they all start beating to their

12   own drummers, firing and contracting at their own

13   rates.

14        And what that means is, the heart, which is a

15   pump, is no longer pumping blood through the heart

16   and getting it out to the vital organs.  It's just

17   sitting there quivering like a bag of worms and the

18   blood no longer moves to the brain, and within, you

19   know, a very short period, usually a couple minutes

20   or so, there will be anoxic brain injury due to that.

21        Now, cardiac arrhythmia is a risk factor for

22   hypertensive cardiovascular disease.  So this

23   gentleman, if he had never had this interaction with

24   the law enforcement, he was at high risk for just a

25   spontaneous sudden cardiac death.

1     1.5 cm.

2          If they're 1.5 cm or thicker, they're definitely

3     abnormal, and they definitely can cause sudden

4     cardiac death just by the virtue of electrical -- you

5     know, it's way past, it's way deeper than the level

6     that we want to get into the weeds, about how the

7     electrical abnormality occurs, because you don't want

8     to hear about, you know, QT, QT dispersion and all

9     these other things.

10          But it's well documented, and he had a very

11     abnormal heart that could cause sudden cardiac death

12     on its own, and I don't agree with Sperry on that.

13  Q   Thank you.  No further questions.

14               THE VIDEOGRAPHER:  Are there any follow-ups?

15               MR. LOBSENZ:  Do you have questions, Richard?

16               MR. JOLLEY:  Yes.  I was reaching for the

17     unmute.  Sorry that you guys heard my exchange with

18     my wife about feeding the dogs.

19                         EXAMINATION

20  BY MR. JOLLEY:

21  Q   Dr. Adams, just one or two quick questions.

22          In your examination of Mr. Dold, did you see

23     anything on his face or head that appeared to you to

24     be electrical burns?

25  A   No.  I don't remember anything like that.  And I

1              C E R T I F I C A T E

2

3   STATE OF WASHINGTON    )
                           ) SS
4   COUNTY OF KING         )

5

6        I, JOLENE C. HANECA, Court Reporter in and for the

7   State of Washington, do hereby certify that the

8   foregoing proceedings heard in the above-entitled and

9   numbered cause, on the 23rd day of February, 2022,

10  remotely via Zoom, was reported by me on said date and

11  reduced to typewriting under my directions.

12       I do further certify that said transcript of

13  proceedings, as above transcribed, is a full, true and

14  correct transcript of my machine shorthand notes of the

15  aforementioned matter.

16       WITNESS MY HAND AND SEAL, this 2ND day of MARCH

17  2022.

18

19

20       _____
         Court Reporter in and for
21       the State of Washington,
         residing at Bothell.
22       CCR #2741

23

24

25

155