The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| JENNIFER DOLD, personal representative of the estate of Alexander Dold; and KATHY DUNCAN, mother of Alexander Dold,<br><br>Plaintiffs,<br>vs.<br><br>SNOHOMISH COUNTY, a political subdivision of the State of Washington; BRYSON McGEE; and CODY McCOY,<br><br>Defendants. | No. 2:20-cv-00383-RAJ<br><br>DECLARATION OF NICK D. GROSS IN SUPPORT OF DEFENDANT SNOHOMISH COUNTY'S RESPONSE TO PLAINTIFFS' MOTION TO DISQUALIFY DEFENDANTS' EXPERT MARK KROLL, PH.D.<br><br>NOTED FOR APRIL 8, 2022<br>ORAL ARGUMENT REQUESTED |

I, Nick D. Gross, declare as follows:

1. I am one of the attorneys of record for Defendant Snohomish County in this matter, am over the age of 18 and make this declaration based upon personal knowledge.

2. Attached hereto are true and correct copies of the following exhibits:

Exhibit A: SMART Report (Dold_007739-40);

Exhibit B: Expert Report of Mark Kroll, PhD;

Exhibit C: Expert Report of Kris Perry, M.D, Forensic Pathologist (pgs. 7, 9);

Exhibit D: Deposition of Kris Sperry, M.D. (83:23-84:10)(105: 19-21);

Exhibit E: Snohomish County Medical Examiner's Office Autopsy Report (pgs. 1, 3);

Exhibit F: Deposition of Mark Kroll, PhD. (15: 18-23, 24:24-25:4, and 78: 24-80: 5):

DECLARATION OF NICK D. GROSS IN SUPPORT OF DEFENDANT SNOHOMISH COUNTY'S RESPONSE TO PLAINTIFFS' MOTION TO DISQUALIFY DEFENDANTS' EXPERT MARK KROLL, PH.D. – Page 1 of 3
2:20-cv-00383-RAJ

FREY BUCK, P.S.
1200 Fifth Ave, Suite 1900
Seattle WA 98101
Tel: 206.486.8000 Fax: 206.902.9660

Exhibit G: Mark Kroll's, PhD, Curriculum Vitae; and

Exhibit H: Axon Enterprises, *TASER Handheld Energy Weapon Warnings, Instructions, and Information: Law Enforcement*, https://axon-2.cdn.prismic.io/axon-2/19c2d86c-c983-4d9f-bac4-dd6bdb8ce29c_Law+Enforcement+Warnings+8_5x11.pdf (last visited April 4, 2022).

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE STATE OF WASHINGTON THAT THE FOREGOING IS TRUE AND CORRECT.

Dated this 4th day of April, in Seattle, Washington.

By: _____
Nick Gross, WSBA #48236
Attorney for Defendant Snohomish County

DECLARATION OF NICK D. GROSS IN SUPPORT OF DEFENDANT SNOHOMISH COUNTY'S RESPONSE TO PLAINTIFFS' MOTION TO DISQUALIFY DEFENDANTS' EXPERT MARK KROLL, PH.D. – Page 2 of 3
2:20-cv-00383-RAJ

FREY BUCK, P.S.
1200 Fifth Ave, Suite 1900
Seattle WA 98101
Tel: 206.486.8000 Fax: 206.902.9660

# CERTIFICATE OF SERVICE

The undersigned certifies under the penalty of perjury according to the laws of the United States and the State of Washington that on this date I electronically filed the foregoing **DECLARATION OF NICK D. GROSS IN SUPPORT OF DEFENDANT SNOHOMISH COUNTY'S RESPONSE TO PLAINTIFFS' MOTION TO DISQUALIFY DEFENDANTS' EXPERT MARK KROLL, PH.D.** with the Clerk of the Court using their CM/ECF system which will send notification of such filing to the following:

| *Attorney for Plaintiffs Jennifer Dold, P.R. for the Estate of Alexander Dold; and Kathy Duncan* | *Attorneys for Defendants Bryson McGee and Cody McCoy* |
| --- | --- |
| James E. Lobsenz, WSBA #8787<br>Randy Johnson, WSBA #50129<br>Carney Badley Spellman, P.S.<br>701 Fifth Avenue, Suite 3600<br>Seattle, WA 98104<br>lobsenz@carneylaw.com<br>Johnson@carneylaw.com | Sean M. Dwyer, WSBA #57281<br>Shannon M. Ragonesi, WSBA #31951<br>Richard Jolley, WSBA #23473<br>Keating Bucklin McCormack, Inc. P.S.<br>801 Second Avenue, Suite 1210<br>Seattle, WA 98104<br>sdwyer@kbmlawyers.com<br>sragonesi@kbmlawyers.com<br>rjolley@kbmlawyers.com |

DATED this 4th day of April 2022 at Seattle, Washington.

Stephanie Johnson

DECLARATION OF NICK D. GROSS IN SUPPORT OF DEFENDANT SNOHOMISH COUNTY'S RESPONSE TO PLAINTIFFS' MOTION TO DISQUALIFY DEFENDANTS' EXPERT MARK KROLL, PH.D. – Page 3 of 3
2:20-cv-00383-RAJ

FREY BUCK, P.S.
1200 Fifth Ave, Suite 1900
Seattle WA 98101
Tel: 206.486.8000 Fax: 206.902.9660