# EXHIBIT F

```
                    UNITED STATES DISTRICT COURT

            WESTERN DISTRICT OF WASHINGTON AT SEATTLE
    _____
    JENNIFER DOLD, personal       )
    representative of the estate  )
    of Alexander Dold; and        )
    KATHY DUNCAN,                 )
                                  )
            Plaintiffs,           )
                                  )
                vs.               )    NO. 2-20-cv-00383-RAJ
                                  )
    SNOHOMISH COUNTY, a political )
    subdivision of the State of   )
    Washington; BRYSON McGEE; and )
    CODY McCOY,                   )
                                  )
            Defendants.           )
    _____

     REMOTE VIDEO RECORDED DEPOSITION UPON ORAL EXAMINATION OF

                    MARK WILLIAM KROLL, PhD
    _____




                    WEDNESDAY, JANUARY 27, 2022

                        DEHUFFDEPO.COM
```

1

1  Q  And you wouldn't consider yourself competent to treat
2     schizophrenia; would you?
3  A  No.
4  Q  And just to clarify, you're saying "no" meaning "no, I
5     would not consider myself competent;" right?
6  A  Agreed.
7  Q  Would you consider yourself competent to diagnose or
8     treat any particular mental illness?
9  A  No.
10 Q  You've done research about the effects of tasers on live
11    human beings; correct?
12 A  Yes.
13 Q  In any of your research on that subject, to your
14    knowledge, did you have any subjects in your experiments
15    who were suffering from schizophrenia?
16 A  Yes.
17 Q  Tell me about that.
18 A  ==25 percent who resist arrest or control suffer from==
19    ==schizophrenia, bipolar disease or schizoaffective==
20    ==disorder.==  ==And then numerous large studies of==
21    ==arrest-related deaths and so include by necessity a==
22    ==large number of people with those terrible mental==
23    ==illnesses.==
24 Q  Okay, I don't understand, but maybe you could tell me.
25    In these studies you're referring to that you did, did

```
 1  A   Well, it doesn't specifically say that.  That is a
 2      common question that is asked in studies, because it's
 3      considered unethical to do any kind of clinical study on
 4      people that are pregnant or are schizophrenic.
 5  Q   Are you able to say anything about what screening
 6      questions actually were asked in your study?
 7  A   Not from this specifically.  But I know from past
 8      experience with other studies what the typical questions
 9      are.
10  Q   Okay.  And from past experience in other studies, you
11      believed that typically people are asked if "you have
12      any mental illness;" is that correct?
13  A   I can't say that for sure.
14  Q   Well, what can you say about --
15  A   -- Well, what I can say, I consider it unethical to do
16      clinical studies on schizophrenics.  Maybe that will
17      save a little time here.  You don't have clinical
18      studies for schizophrenics except for, generally for
19      psychiatric medications, if that's helpful.
20  Q   I think that's helpful.  If I'm understanding you,
21      you're saying it would be unethical generally to do a
22      study like this using schizophrenics as subjects?
23  A   Right, and for two reasons.  One, you have the cost
24      benefit.  We know that there is, there's no benefit
25      because schizophrenia lies in the brain, and
```

```
 1        electrocution risk lies with the heart.  So, there's no
 2        connection.  People with mental illness do not have any
 3        more or less sensitivity to electricity or
 4        electrocution.  So, there's no benefits; so this would
 5        never get past the first cut-off at my university, for
 6        example.
 7   Q    Several minutes ago you mentioned sort of three areas of
 8        mental illness:  I think schizoaffective disorders,
 9        bipolar disorders and schizophrenia; correct?
10   A    Yes.
11   Q    Okay.  And so would the same thing be true that
12        generally speaking it would be unethical to include
13        people with bipolar disorder in your studies?
14   A    Yes.  And again, for, for the main reason there's no
15        benefit, and there's no difference.  The mental disease
16        does not affect how your body responds to electricity.
17        So, it -- There would be no benefit, so you would never
18        get it past your Institutional Review Board.
19   Q    The same thing would be true with the people with
20        schizoaffective disorders?
21   A    Yes.
22   Q    And these are all police officers in this study you did
23        in 2009; right?
24   A    Correct.
25   Q    So, it would be safe to assume, wouldn't it, that there
```

| | | |
|---|---|---|
| 1 | | mechanisms? |
| 2 | A | Yes. |
| 3 | Q | Do you have any expertise in endo...? |
| 4 | A | Endocrinology? |
| 5 | Q | Yeah, thanks. |
| 6 | A | No. |
| 7 | Q | Has any Court ever ruled that you are qualified to give |
| 8 | | an expert opinion about physiology? |
| 9 | A | I'm not sure if they used that term, but most of my |
| 10 | | court opinions deal with physiological effects of |
| 11 | | electricity, so I think the simplist answer would be, |
| 12 | | yes. |
| 13 | Q | So, let me put it a different way.  Has anyone ever gone |
| 14 | | to court with an argument that you are not qualified as |
| 15 | | an, as an expert in physiology? |
| 16 | A | I don't know if that term was ever used.  I don't recall |
| 17 | | a case, an example of that. |
| 18 | Q | So, you don't recall an example of anyone ever making |
| 19 | | that argument? |
| 20 | A | Specifically with the term physiology, I do not recall |
| 21 | | anyone making such an argument. |
| 22 | Q | Do you consider yourself qualified to give an expert |
| 23 | | opinion in the area of physiology? |
| 24 | A | In regards to electrophysiology, absolutely.  And |
| 25 | | bioelectricity, absolutely. |

| | | |
|---|---|---|
| 1 | Q | Okay.  You seem to have carved out a couple areas where |
| 2 | | the answer's yes.  Are there any other areas of |
| 3 | | physiology where you feel qualified? |
| 4 | A | I -- Over the last five years I've done a fair bit of |
| 5 | | research on biomechanics, and I would say those three |
| 6 | | would pretty much cover it. |
| 7 | Q | Sorry.  What are the three biomechanics?  One was |
| 8 | | electricity? |
| 9 | A | Yeah, and electrophysiology, which is specifically |
| 10 | | bioelectricity clinically as it applies to the heart. |
| 11 | Q | Okay.  Biomechanics, electrophysiology.  And what else; |
| 12 | | what's the third one? |
| 13 | A | General bioelectricity. |
| 14 | Q | I'm sorry, I seem to have, like, two.  Biomechanics, |
| 15 | | general, general -- |
| 16 | A | -- Bioelectricity. |
| 17 | Q | General bioelectricity and electrophysiology? |
| 18 | A | Yes.  And the third one is really a subset of the second |
| 19 | | one, but it's important enough that I like to list it |
| 20 | | separately. |
| 21 | Q | Which one is the smaller one, the subset of the larger |
| 22 | | one? |
| 23 | A | Well, electrophysiology is smaller due to the fact it |
| 24 | | applies to the heart.  In terms of clinical relevance, |
| 25 | | it's actually the larger one. |

| | | |
|---|---|---|
| 1 | Q | Which one is the subset of the other? |
| 2 | A | Bioelectricity is a general study of effects of |
| 3 | | electricity on the human body.  Electrophysiology, |
| 4 | | specifically cardioelectrophysiology is a subset of |
| 5 | | bioelectricity deals with effects on the heart. |
| 6 | Q | Okay.  Anything else? |
| 7 | A | That covers the main three. |
| 8 | Q | Are there any other areas of physiology where you feel |
| 9 | | qualified to testify as an expert? |
| 10 | A | That covers the main three.  There's other, there's |
| 11 | | other areas I've published -- I've been researching and |
| 12 | | publishing a long time, so I can just tell you those are |
| 13 | | the main three. |
| 14 | Q | Well, can you think of another one? |
| 15 | A | Not right now. |
| 16 | Q | Okay.  And you just called them three again.  You said |
| 17 | | something like "I like to call them three but one is |
| 18 | | really a subset of the other."  Did I get that right? |
| 19 | A | Yes. |
| 20 | Q | So, why do you call them three instead of two, if one is |
| 21 | | inside the other? |
| 22 | A | Well, I think I answered that pretty well, but to |
| 23 | | clarify...  When we're dealing with cardiac |
| 24 | | electrophysiology issues, electrical stimulation of the |
| 25 | | heart, for example, or electrocardiography, the roots of |

```
 1                  C E R T I F I C A T E

 2

 3   STATE OF WASHINGTON)
                        )  ss.
 4   COUNTY OF SNOHOMISH)

 5

 6              I, CARRIE. J. DEHUFF, Court Reporter in and for

 7       the State of Washington do hereby certify that the

 8       foregoing proceedings heard in the above-entitled and

 9       numbered cause, on the 27th day of January 2022, at

10       Auburn, Washington, was reported by me on said date and

11       reduced to typewriting under my directions.

12              I do further certify that said transcript of

13       proceedings, as above transcribed, is a full, true and

14       correct transcript of my machine shorthand notes of the

15       aforementioned matter.

16              WITNESS MY HAND AND SEAL, this 4th day of

17       February 2022.

18

19                              _____
                                Court Reporter in and for
20                              the State of Washington,
                                residing at Auburn.
21                              CSR #2532
```