Honorable Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| JENNIFER DOLD, personal representative of the estate of Alexander Dold; and KATHY DUNCAN,<br><br>Plaintiffs,<br><br>v.<br><br>SNOHOMISH COUNTY, a political subdivision of the State of Washington; BRYSON McGEE; and CODY McCOY,<br><br>Defendants. | NO. 2:20-cv-00383-RAJ<br><br>SECOND DECLARATION OF JAMES E. LOBSENZ IN SUPPPORT OF PLAINTIFFS' MOTION TO DISQUALIFY DEFENDANTS' EXPERT MARK KROLL |

I, JAMES E. LOBSENZ, do hereby declare under penalty of perjury under the laws of the United States of America that the following facts are true and correct:

1. I am counsel for the Plaintiffs. I have personal knowledge of the facts set forth here.

2. Attached to this declaration as Appendix A is a true and correct copy of a list of the training courses Defendant McGee took which includes, inter alia, a 40-hour training entitled "Police Response to the Mentally Ill.

3. Attached to this declaration as Appendix B are true and correct copies of pages 18-19 from the Rule 26 expert report of William Harmening.

4. Attached to this declaration as Appendix C are true and correct copies of two pages from the Taser training course, developed by Axon Enterprises, and which was taken

SECOND DECLARATION OF JAMES E. LOBSENZ IN SUPPPORT OF PLAINTIFFS' MOTION TO DISQUALIFY DEFENDANTS' EXPERT MARK KROLL – 1
(2:20-cv-00383-RAJ)

**CARNEY BADLEY SPELLMAN, P.S.**
701 Fifth Avenue, Suite 3600
Seattle, WA 98104-7010
(206) 622-8020

DOL013-0001 6888945

1. by Defendant McGee, which refer to the metabolic effects of multiple taser applications.

5. Attached to this declaration as Appendix D are true and correct copies of an excerpt from the deposition of Mark Kroll.

6. Attached to this declaration as Appendix E are true and correct copies of excerpts from deposition of Dr. Kris Sperry.

DATED this 8th day of April, 2022.

                                      *s/ James E. Lobsenz*
James E. Lobsenz WSBA #8787
Attorneys for Plaintiffs
CARNEY BADLEY SPELLMAN, P.S.
701 Fifth Avenue, Suite 3600
Seattle, WA 98104
Phone: (206) 622-8020
lobsenz@carneylaw.com

SECOND DECLARATION OF JAMES E. LOBSENZ IN SUPPPORT OF PLAINTIFFS' MOTION TO DISQUALIFY DEFENDANTS' EXPERT MARK KROLL – 2
(2:20-cv-00383-RAJ)

CARNEY BADLEY SPELLMAN, P.S.
701 Fifth Avenue, Suite 3600
Seattle, WA 98104-7010
(206) 622-8020

DOL013-0001 6888945

# CERTIFICATE OF SERVICE

I hereby certify that on this 8th day of April, 2022, I electronically filed the foregoing **SECOND DECLARATION OF JAMES E. LOBSENZ IN SUPPORT OF PLAINTIFFS' MOTION TO DISQUALIFY DEFENDANTS' EXPERT MARK KROLL** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

**Attorneys for Defendant Snohomish County**
Ted Buck tbuck@freybuck.com
Delaney DiGiovanni ddigiovanni@freybuck.com
Nick Gross ngross@freybuck.com
Evan Bariault ebariault@freybuck.com

**Attorneys for Defendants Cody McCoy and Bryson McGee**
Shannon M. Ragonesi sragonesi@kbmlawyers.com
Richard B. Jolley rjolley@kbmlawyers.com
Sean M. Dwyer sdwyer@kbmlawyers.com

DATED this 8th day of April, 2022.

    *s/ Deborah A. Groth*
    Legal Assistant

SECOND DECLARATION OF JAMES E. LOBSENZ IN SUPPPORT OF PLAINTIFFS' MOTION TO DISQUALIFY DEFENDANTS' EXPERT MARK KROLL – 3
(2:20-cv-00383-RAJ)

**CARNEY BADLEY SPELLMAN, P.S.**
701 Fifth Avenue, Suite 3600
Seattle, WA 98104-7010
(206) 622-8020

DOL013-0001 6888945

# APPENDIX A

MCGEE, BRYSON J
ID No. 1500
GOLD BAR

Total Training Hours:     376.05

| Training Courses | Hours | From | To |
|---|---|---|---|
| SCSO FIREARMS TRAINING | 0.50 | 04/01/2009 | 04/30/2009 |
| OFFICER INVOLVED SHOOTINGS | 8.00 | 04/16/2009 | 04/16/2009 |
| ROLL CALL TRAINING | 0.50 | 04/18/2009 | 04/18/2009 |
| COUNTERFEITING AND PIRACY LAW ENF TRAINING | 5.00 | 05/12/2009 | 05/12/2009 |
| WORK PLACE HARASSMENT TRAINING | 0.50 | 05/27/2009 | 06/10/2009 |
| BAC VERIFIER DATAMASTER | 4.00 | 05/28/2009 | 05/28/2009 |
| SCSO FIREARMS TRAINING | 0.50 | 06/01/2009 | 06/18/2009 |
| DEFENSIVE TACTICS | 0.50 | 06/01/2009 | 06/18/2009 |
| PERSONAL WATERCRAFT OPERATIONS COURSE | 9.00 | 06/05/2009 | 06/05/2009 |
| POLICE RESPONSE TO THE MENTALLY ILL | 40.00 | 06/08/2009 | 06/12/2009 |
| CRISIS SITE ORIENTATION | 0.15 | 07/24/2009 | 07/28/2009 |
| ROLL CALL TRAINING | 0.15 | 08/01/2009 | 08/01/2009 |
| SCSO FIREARMS TRAINING | 0.50 | 08/03/2009 | 08/20/2009 |
| MARINE SERVICES UNIT TRAINING | 8.00 | 09/08/2009 | 09/08/2009 |
| POLICE MOUNTAIN BICYCLE PATROL SCHOOL | 20.00 | 09/15/2009 | 09/15/2009 |
| CONTROL TACTICS | 0.50 | 10/01/2009 | 10/31/2009 |
| MARINE LAW ENFORCEMENT CONFERENCE | 14.00 | 10/06/2009 | 10/08/2009 |
| SCSO FIREARMS TRAINING | 0.50 | 10/07/2009 | 10/29/2009 |
| TASER TARGETING | 0.50 | 10/22/2009 | 10/22/2009 |
| LATERAL VASCULAR NECK RESTRAINT | 4.00 | 12/03/2009 | 12/22/2009 |
| ROLL CALL TRAINING | 0.25 | 01/02/2010 | 01/02/2010 |
| MARINE SERVICES UNIT TRAINING | 3.00 | 01/20/2010 | 01/20/2010 |
| SCSO FIREARMS TRAINING | 0.50 | 02/01/2010 | 02/28/2010 |
| DOMESTIC VIOLENCE RCW TRAINING | 0.20 | 02/19/2010 | 02/19/2010 |
| WORK STATION TRAINING - EAST PRECINCT | 0.50 | 02/22/2010 | 02/22/2010 |
| WORK PLACE HARASSMENT TRAINING | 0.50 | 02/24/2010 | 02/24/2010 |
| WORK STATION TRAINING - EAST PRECINCT | 0.50 | 02/24/2010 | 02/24/2010 |
| WORK STATION TRAINING - GOLD BAR | 0.50 | 04/01/2010 | 04/01/2010 |
| SHIELD OPERATOR'S COURSE - LEVEL 1 INTRO | 0.50 | 04/05/2010 | 04/05/2010 |
| MARINE SERVICES UNIT TRAINING | 4.00 | 04/07/2010 | 04/07/2010 |
| BASIC MARINE LAW ENFORCEMENT COURSE | 40.00 | 04/12/2010 | 04/16/2010 |
| MARINE LAW ENFORCEMENT OFFICER MBE | 8.00 | 04/20/2010 | 04/20/2010 |
| WORK STATION TRAINING - GOLD BAR | 0.50 | 04/21/2010 | 04/21/2010 |
| SHIELD OPERATOR'S COURSE - LEVEL 1 INTRO | 3.00 | 04/22/2010 | 04/22/2010 |



# APPENDIX B

## CIT/ DE-ESCALATION

When the two deputies entered the house and chased Dold into the bedroom, not only was his resistance predictable, but so too was his increased resistance In response to their escalation of force. The deputies should reasonably have known, based on their training[10] and the initial radio traffic that Dold was suffering from some level of mental illness, specifically thought disorder. They had information that he was "mental" and had discontinued taking his meds. The training received by police officers, whether in basic academy training or the more advanced training taken by McGee, includes the proper way to respond to a situation where an individual is demonstrating behavior associated with mental illness. Specifically, the training describes the symptoms and behaviors indicative of a thought disorder (i.e., schizophrenia). They include:

- Bizarre delusional thinking
- Hallucinations
- Incoherent, disconnected thoughts and speech
- Expression of irrational fear
- Deteriorated self-care
- Poor reasoning
- Strange and erratic behaviors

The advanced training taken by McGee was the 40-hour Crisis Intervention Team ("C.I.T.") training that police officers across the U.S. complete.[11] This training teaches officers to know and expect the following:

- A thought-disordered suspect will almost always demonstrate high levels of paranoia.

---

[10] McGee attended the 40-hour "Police Response to the Mentally Ill" training in June 2009 (see Bates 024595). McCoy would have received abbreviated de-escalation training during his basic academy training.

[11] Bureau of Justice Assistance: *Effective Community Responses to Mental Health Crises: A National Curriculum for Law Enforcement Based on best practices from CIT programs Nationwide* (Instructor Guide).

18

- They will respond negatively to being physically touched and will resist any attempt at restraint.
- They will demonstrate poor judgement, and once emotionally escalated, attempts to de-escalate will almost always fail.
- They are at an increased risk for excited delirium and sudden death after a prolonged physical encounter.

It was imperative that the deputies approach this encounter with de-escalation in mind. The fact that Dold purportedly swung at and struck McGee, again, a fact that is in dispute, should not have changed this. Even if criminal charges were at that point warranted, they reasonably should have known that escalating their own respond and level of force would only escalate Dold's emotional and physical reaction to it and lead to a dangerous and possibly deadly outcome.

OTHER USE OF FORCE

In addition to the use of the Tasers and the LVNR, the additional uses of force during the encounter were described by the deputies

McGee
- Several closed fist strikes to the body (bedroom)

McCoy
- Knee pin face to the floor (bedroom)
- Four to six punches to the face (bedroom)
- Four strikes to the shoulder with expandable baton

Johnson
- Three kicks

# APPENDIX C

# 4. Restrain Fast – Avoid Prolonged Exposures

- Cuff under power – and FAST

- Long or multiple CEW applications extend stress, pain, and metabolic effects

- You need to be able to clearly justify each activation or continuous activation

© 2019 Axon Enterprises, Inc.
Dold_022213

# Physiologic/Metabolic Effects

CEWs may produce effects that could increase the risk of sudden death, including changes in:

- Blood chemistry
- Blood pressure
- Respiration
- Heart rate and rhythm
- Adrenaline and stress hormones

The longer the CEW exposure, the greater the potential effects. Use reasonable efforts to minimize the number and duration of CEW exposures

© 2019 Axon Enterprises, Inc.
Dold_022214

# APPENDIX D

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| JENNIFER DOLD, personal representative of the estate of Alexander Dold; and KATHY DUNCAN,<br><br>　　　　Plaintiffs,<br><br>　　　　vs.<br><br>SNOHOMISH COUNTY, a political subdivision of the State of Washington; BRYSON McGEE; and CODY McCOY,<br><br>　　　　Defendants. | NO. 2-20-cv-00383-RAJ |

REMOTE VIDEO RECORDED DEPOSITION UPON ORAL EXAMINATION OF

MARK WILLIAM KROLL, PhD

WEDNESDAY, JANUARY 27, 2022

DEHUFFDEPO.COM

| | | |
|---|---|---|
| 1 | A | Well, not from Axon. |
| 2 | Q | Not from Axon. So, in the last five years it's been |
| 3 | | pretty much 120 roughly a year for the consulting? |
| 4 | A | From Axon. |
| 5 | Q | From Axon. Okay. And then you have consulting income |
| 6 | | from other people, not Axon; correct? |
| 7 | A | Correct. |
| 8 | Q | Who are they, |
| 9 | A | I'm not comfortable just giving out my whole personal |
| 10 | | financial statement. That's between me and the IRS. |
| 11 | Q | So, you are declining to answer my question about that? |
| 12 | A | I'm declining to give you exact how much money I make |
| 13 | | per year and how I make it. I've been playing ball with |
| 14 | | you because Haemonetics and Axon are public companies, |
| 15 | | so you can get this yourself off the internet in about |
| 16 | | four clicks. I am not comfortable telling you my whole |
| 17 | | financial situation. |
| 18 | Q | Have you been hired as an expert in any criminal cases? |
| 19 | A | I have. |
| 20 | Q | Can you name any of them? |
| 21 | A | USA v. Byerly. USA v.... Blanking on the guy's name |
| 22 | | right now. He was a big manufacturer of synthetic |
| 23 | | drugs. Georgia v. Deputies. |
| 24 | Q | Sorry. Georgia v. Deputies? |
| 25 | A | Georgia v. Washington County Deputies. |

# APPENDIX E

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON AT SEATTLE

---

| | |
|---|---|
| JENNIFER DOLD, personal representative of the estate of Alexander Dold; and KATHY DUNCAN, mother of Alexander Dold, | ) ) ) ) ) ) |
| Plaintiffs, | ) ) ) |
| vs. | ) ) |
| SNOHOMISH COUNTY, a political subdivision of the State of Washington; BRYSON MCGEE; and CODY MCCOY, | ) ) ) ) ) ) |
| Defendants. | ) ) |

No. 2:20-cv-00383-RAJ

---

VIDEOTAPED DEPOSITION UPON ORAL EXAMINATION OF

KRIS SPERRY, M.D.

---

9:02 a.m. - 12:45 p.m.

Wednesday, January 19, 2022

Remote Video Teleconference


REPORTED BY:
JOLENE C. HANECA, RPR, CCR 2741

1  officers.
2          So the Taser, really except in vanishingly rare
3  cases, doesn't directly cause someone's death, nor result
4  in any tissue damage or heart damage that contributes to
5  the death, but, as I said, the only real effect is if it
6  is the -- is on the underlying physiology, if there are
7  cumulative discharges.
8          Does that make sense to you?
9      Q.   Yes.  And the cumulative effect of the
10 discharges would be that that would contribute to stress
11 that ultimately creates acidosis?
12     A.   Basically, yes.  Yeah, I mean increased
13 adrenalin production that, of course, is involuntary, and
14 then, you know, as I said, oxygen utilization and
15 impairment of exhaling enough carbon dioxide such that
16 the blood pH becomes more and more acidotic and then, you
17 know, can reach critical, critical point, critical levels
18 if indeed everything is all continued.
19     Q.   Just based on what you saw from the autopsy, is
20 it your opinion that the Tasers, or Taser applications
21 contributed in any way to Mr. Dold's death?
22     A.   Well, the problem is, and this is one of the
23 difficulties about these deaths, the fact that the Taser
24 was used and there were apparently multiple attempts at
25 applying the Taser current, I can't tell you that the

1  physiology, but people who are adapted to that recover
2  just fine and certainly don't have any problems, but with
3  a very intense struggle like this, with Mr. Dold and the
4  two officers, this is going to generate lactic acid and
5  generate, well, reduce in -- excuse me, result in an
6  oxygen debt and an accumulation of carbon dioxide in the
7  blood, and that produces acidosis.
8        In fact, we talked about this a couple hours
9  ago with the Taser discharges. Tasers are painful, and
10 pain produces adrenalin, which then accentuates the
11 production of lactic acid and enhances the oxygen debt
12 that is present.
13       So you don't kill someone directly with a
14 Taser, but factored into everything else, the acidosis
15 increases. So -- excuse me -- ultimately there is a
16 breaking point that is reached that will cause sudden
17 death just from the restraint and the intense physical
18 action, as well as the Taser application, all combined
19 together, without asphyxia.
20       Now, when some type of asphyxial mechanism, say
21 compression of the neck is factored in, an individual
22 such as Mr. Dold is much more sensitive to interruptions
23 in blood flow going to the brain, and a sudden cardiac
24 death can result from an asphyxial mechanism that is not
25 as intense, or not as severe in the absence of any