Honorable John H. Chun

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JENNIFER DOLD, et al., | |
| Plaintiffs, | Case No. 2:20-cv-00383-JHC |
| v. | ORDER ON PLAINTIFFS' MOTION FOR DISQUALIFICATION OF DEFENDANTS' EXPERT MARK KROLL |
| SNOHOMISH COUNTY, et al., | |
| Defendants. | |

Having considered the Plaintiffs' motion for disqualification of Defendants expert witness Mark Kroll (Dkt. # 65), the pleadings and records on file, and the arguments of the parties,

IT IS HEREBY ORDERED that the Plaintiffs' motion is DENIED.  This denial is without prejudice as to Plaintiffs' request for limitations on Mark Kroll's testimony, which request the Court will consider along with motions *in limine*.

DATED this 5th day of May, 2022.

John H. Chun
United States District Court Judge

ORDER ON PLAINTIFFS' MOTION FOR DISQUALIFICATION
OF DEFENDANTS' EXPERT MARK KROLL – 1
(2:20-cv-00383-JHC)