UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JENNIFER DOLD, ET AL.,<br><br>Plaintiffs,<br><br>v.<br><br>SNOHOMISH COUNTY, ET AL.,<br><br>Defendants. | CASE NO. 2:20-cv-00383-JHC<br><br>ORDER DIRECTING A RESPONSE TO MOTION FOR RECONSIDERATION |

  Before the Court is Snohomish County's motion for reconsideration (Dkt. # 137) of the Court's order denying the County's motion for summary judgment as to the negligent retention claim. Pursuant to Local Civil Rule 7(h)(3), the Court DIRECTS Plaintiffs to file a response to the County's motion for reconsideration no later than January 23, 2023. Plaintiffs' responsive brief shall not exceed ten (10) pages in length and shall be limited to the issues raised in the County's motion for reconsideration. The County may file an optional reply no later than January 27, 2023. The County's optional reply shall not exceed five (5) pages in length.

  The Court DIRECTS the Clerk to re-note the County's motion for reconsideration (Dkt. # 137) for January 27, 2023.

ORDER DIRECTING A RESPONSE TO MOTION FOR RECONSIDERATION - 1

Dated this 12th day of January, 2023.

John H. Chun
United States District Judge