UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JENNIFER DOLD, ET AL., <br><br> Plaintiffs, <br><br> v. <br><br> SNOHOMISH COUNTY, ET AL., <br><br> Defendants. | CASE NO. 2:20-cv-00383-JHC <br><br> ORDER DIRECTING A RESPONSE TO MOTION FOR RECONSIDERATION |

Before the Court is Plaintiffs' motion for reconsideration (Dkt. # 141) of the Court's order granting the deputies' motion for summary judgment as to the warrantless entry claim. Pursuant to Local Civil Rule 7(h)(3), the Court DIRECTS Defendants to file a response to Plaintiffs' motion for reconsideration no later than January 23, 2023. The responsive brief shall not exceed ten (10) pages in length and shall be limited to the issues raised in the motion for reconsideration. Plaintiffs may file an optional reply no later than January 27, 2023. The optional reply shall not exceed five (5) pages in length.

The responsive briefing should address the entirety of Plaintiffs' motion. And it should specifically address: (1) the extent to which the deputies could see Ms. Duncan at the door, (2) any actions by Mr. Dold that prevented the deputies from communicating with Ms. Duncan, and

(3) the legal significance of the fact that the deputies did not meaningfully communicate with Ms. Duncan.

The Court DIRECTS the Clerk to re-note the County's motion for reconsideration (Dkt. # 141) for January 27, 2023.

Dated this 13th day of January, 2023.

John H. Chun
United States District Judge