UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JENNIFER DOLD, ET AL., | CASE NO. 2:20-cv-00383-JHC |
| Plaintiffs, | ORDER |
| v. | |
| SNOHOMISH COUNTY, ET AL., | |
| Defendants. | |

    This matter comes before the Court on the parties' Joint Motion to Certify Question to State Supreme Court.  Dkt. # 158.  The Court GRANTS the motion.  Accordingly, the Court STRIKES the trial date, all pending motions, and all other case deadlines.  The Court will issue an order certifying the question to the Washington Supreme Court in due course.

    The parties shall keep the Court informed about the status of the Washington Supreme Court's decision.  The parties shall file a joint status report every three (3) months and shall file a joint status report within fourteen (14) days of any final decision by the Washington Supreme Court.

ORDER - 1

Dated this 16th day of February, 2023.

John H. Chun
United States District Judge

ORDER - 2