Honorable John H. Chun

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| JENNIFER DOLD, personal representative of the estate of Alexander Dold; and KATHY DUNCAN,<br><br>Plaintiffs,<br><br>v.<br><br>SNOHOMISH COUNTY, a political subdivision of the State of Washington; BRYSON McGEE; and CODY McCOY,<br><br>Defendants. | NO. 2:20-cv-00383-JHC<br><br>STIPULATED MOTION FOR DISMISSAL |

The parties, represented by their counsel of record, do hereby advise this court that they have reached a full and final settlement of this case;

Now therefore, all parties stipulate and jointly move for dismissal of this case and ask the court to enter an order of dismissal with prejudice, and with each party to bear its own costs.

DATED this 31st day of May, 2023.

        *s/ James E. Lobsenz*
James E. Lobsenz WSBA #8787
Randy J. Johnson WSBA #50129
Attorneys for Plaintiffs
CARNEY BADLEY SPELLMAN, P.S.
701 Fifth Avenue, Suite 3600
Seattle, WA 98104
Phone: (206) 622-8020
lobsenz@carneylaw.com
johnson@carneylaw.com

STIPULATED MOTION FOR DISMISSAL – 1
(2:20-cv-00383-JHC)

DOL013-0001 7229980

**CARNEY BADLEY SPELLMAN, P.S.**
701 Fifth Avenue, Suite 3600
Seattle, WA 98104-7010
(206) 622-8020

|   |   |
|---|---|
| 1 | *s/Evan Bariault by James E. Lobsenz per email authorization* |
| 2 | Ted Buck WSBA #22029 |
| 3 | Evan Bariault WSBA #42867 |
|   | Delaney DiGiovanni WSBA #56851 |
| 4 | Nick Gross WSBA #48236 |
|   | Attorneys for Defendant Snohomish County |
| 5 | FREY BUCK. |
|   | 1200 Fifth Avenue Suite 1900 |
| 6 | Seattle WA  98101 |
| 7 | tbuck@freybuck.com |
|   | ebariault@freybuck.com |
| 8 | ddigiovanni@freybuck.com |
|   | ngross@freybuck.com |

*s/Shannon Ragonesi by James E. Lobsenz per email authorization*
Richard Jolley WSBA #23473
Shannon Ragonesi WSBA #31951
Sean M. Dwyer WSBA #57281
Attorneys for Defendants Bryson McGee and Cody McCoy
KEATING BUCKLIN MCCORMACK INC. PS
801 Second Avenue Suite 1210
Seattle WA  98104
rjolley@kbmlawyers.com
sragonesi@kbmlawyers.com
dwyer@kbmlawyers.com

---

STIPULATED MOTION FOR DISMISSAL – 2
(2:20-cv-00383-JHC)

DOL013-0001 7229980

**CARNEY BADLEY SPELLMAN, P.S.**
701 Fifth Avenue, Suite 3600
Seattle, WA 98104-7010
(206) 622-8020

# CERTIFICATE OF SERVICE

I hereby certify that on this 31st day of May, 2023, I electronically filed the foregoing **STIPULATED MOTION FOR DISMISSAL** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

**Attorneys for Defendant Snohomish County**
Ted Buck tbuck@freybuck.com
Delaney DiGiovanni ddigiovanni@freybuck.com
Nick Gross ngross@freybuck.com
Evan Bariault ebariault@freybuck.com

**Attorneys for Defendants Cody McCoy and Bryson McGee**
Shannon M. Ragonesi sragonesi@kbmlawyers.com
Richard B. Jolley rjolley@kbmlawyers.com
Sean M. Dwyer sdwyer@kbmlawyers.com

DATED this 31st day of May, 2023.

    *s/ Deborah A. Groth*
    Legal Assistant

STIPULATED MOTION FOR DISMISSAL – 3
(2:20-cv-00383-JHC)

DOL013-0001 7229980

**CARNEY BADLEY SPELLMAN, P.S.**
701 Fifth Avenue, Suite 3600
Seattle, WA 98104-7010
(206) 622-8020