Honorable John H. Chun

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| JENNIFER DOLD, personal representative of the estate of Alexander Dold; and KATHY DUNCAN,<br><br>　　　　　　　Plaintiffs,<br><br>　　　v.<br><br>SNOHOMISH COUNTY, a political subdivision of the State of Washington; BRYSON McGEE; and CODY McCOY,<br><br>　　　　　　　Defendants. | NO. 2:20-cv-00383-JHC<br><br>ORDER ON STIPULATED MOTION FOR DISMISSAL |

The parties' stipulated for dismissal with prejudice is hereby GRANTED. Each party is to bear its own costs.

DATED this 31st day of May, 2023

_____
Honorable John H. Chun
United States District Court Judge

ORDER ON STIPULATED MOTION FOR DISMISSAL – 1
(2:20-cv-00383-JHC)

DOL013-0001 7230004

**CARNEY BADLEY SPELLMAN, P.S.**
701 Fifth Avenue, Suite 3600
Seattle, WA 98104-7010
(206) 622-8020